IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **TRUDY ELIANA MUÑOZ RUEDA,** )<br>)<br>**Petitioner,** )<br>v. )<br>)<br>**HAROLD W. CLARKE, Director,** )<br>**Virginia Department of Corrections,** )<br>)<br>**Respondent.** ) | 1:14cv699 (LMB/IDD) |

### MUNOZ'S EXHIBIT/AMENDMENT TO HER APPENDIX

Pursuant to this Court's December 5, 2014, Order, Petitioner Trudy Eliana Muñoz Rueda hereby electronically files the medical records (redacted) to which she cites in her petition. When Muñoz filed her petition she relied on the state court record for the medical records to which she cited because they are voluminous. This was erroneous because the medical records were submitted to the state court on CD and this Court does not accept filings in CD format. Therefore, undersigned counsel apologizes for this mistake and through this filing makes electronically available the relevant medical records. These redacted records are 143 total pages and filed in five parts to bring each document filed under the 10 MB size limit.

Respectfully submitted,

_____/s/_____
Trudy Eliana Muñoz Rueda
by counsel

Matthew L. Engle, Va. Bar No. 46833
WASHINGTON & LEE UNIVERSITY SCHOOL
OF LAW
1 Denny Circle
Lexington, Virginia 24450

        (540) 458-8188
        engle.matthew@gmail.com

        Jonathan P. Sheldon, Va. Bar No. 66726
        SHELDON, FLOOD & HAYWOOD, PLC
        10621 Jones Street, Suite 301
        Fairfax, Virginia 22030
        (703) 691-8410
        (703) 251-0757 (fax)
        jsheldon@sfhdefense.com


        *Counsel for Trudy Muñoz Rueda*


## CERTIFICATE OF SERVICE

  I certify that on December 15, 2014, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF filing system that will send notification of such filing to Warden's counsel, Rosemary Bourne, Office of the Attorney General, 900 East Main Street, Richmond, VA 232198, *at rbourne@oag.state.va.us*.


        _____/s/_____
        Jonathan P. Sheldon
        Sheldon, Flood & Haywood, PLC
        Counsel for Trudy Muñoz Rueda
        10621 Jones Street, Suite 301A
        Fairfax, VA 22030
        Office (703) 691-8410
        Fax (703) 251-0757
        JSheldon@SFHdefense.com