File

## Commonwealth of Virginia

### COUNTY OF FAIRFAX
4110 CHAIN BRIDGE ROAD, ROOM 114
FAIRFAX, VIRGINIA 22030-4047

**RAYMOND F. MORROGH**
COMMONWEALTH'S ATTORNEY
**IAN M. RODWAY**
CHIEF DEPUTY COMMONWEALTH'S ATTORNEY
**JOHN R. MURPHY**
DEPUTY COMMONWEALTH'S ATTORNEY
**KATHERINE E. STOTT**
DEPUTY COMMONWEALTH'S ATTORNEY
**CASEY M. LINGAN**
DEPUTY COMMONWEALTH'S ATTORNEY
703-246-2776

KATHRYN S. SWART
JOHN J. MURRAY
GREGORY O. HOLT
MARC J. BIRNBAUM
MARK J. SULLIVAN
CAMILLE TURNER
KELLY K. PEARSON
ROBERT D. MCCLAIN
KATHRYN A. PAVLUCHUK
BRANDON R. SHAPIRO
ERIN L. SYLVESTER
JAMES PANAGIS
DYLAN S. GALLAGHER
J. DAVID GARDY
MICHAEL M. GROMOSAIK
JEREMY S. BALINT
MARK J. OBERNDORF
JONATHAN L. PHILLIPS
ELIZABETH H. NASH
JILL T. TAYLOR
JESSICA L. GREIS EDWARDSON
CRISTIN G. HEAD
ASSISTANTS

December 16, 2009

Guillermo Uriarte, Esq.
5881 Leesburg Pike, Suite 402
Falls Church, Virginia 22041

Re:   *Commonwealth v. Trudy Eliana Munoz Rueda. Trial: Jan 11- 13, 2010*

Dear Mr. Uriarte:

Enclosed please find the following documents for your review:

1.   Medical records from Fairfax INOVA Hospital regarding treatment of the victim ▮▮▮▮▮▮▮ (Includes CT and MRI Scans)
2.   Dr. William E. Hauda II - Pediatric Physical Abuse Evaluation Report
3.   Medical Records from Children's Medical Center – Ophthalmology Department (Includes retinal scans)
4    Medical Report from The Wilmer Eye Institute
5.   Medical Records from victim's Pediatrician (Kidz Doc)
6.   Prenatal Records for ▮▮▮▮▮▮▮ and his mother
7.   Birth Records for ▮▮▮▮▮▮▮

The remaining non-medical related documents will be provided per the discovery order entered in this case. Per our phone conversation, it is my understanding that you do not require the appearance of the custodian of records for the authenticity of the medical records and do not object to the admissibility of these documents as evidence.

Sincerely,

Gregory O. Holt
Assistant Commonwealth's Attorney

CC: Court/file

MED0001

4250618
11/29/08 to
12/1/08

HealthPort

Med Records

PT

1201

**Patient Name** ████████          **Medical Record Number**
**Social Security # (Optional)**      **Patient Date of Birth** ████ 08
**Dates of Service** ██ 08 - ██ 08   **Contact Phone Number** ___ - 521 - 332 - 1201
**Patient Address** ████████ Alexandria , VA ████
                    Street Address        City        State      Zip Code
**Guardian**

To release or disclose the following information to:      **Physician Phone #** _____ (required if records are to be faxed)
Erin Whitmer                                              **Fax #** _____
Name of person or entity to receive information           For physician or patient only

████████ Alexandria , VA ████
Street Address        City        State      Zip Code

**Information to be released/disclosed:**

☐ Emergency Room Record            ☐ Psychiatric Admit Note        ☐ EKG/ETG
☐ Face Sheet                       ☐ Psychiatric Examination       ☐ Substance Abuse Records
☐ Discharge Summary                ☐ Progress Notes                ☐ Part of Correction. Health
☑ History & Physical               ☐ Physician Orders              ☑ Complete Health Record
☐ Consultation                     ☐ Radiology Reports             ☐ Record Abstract
☐ Operative Report                 ☐ Radiology Films/CD            ☐ Billing Information
☐ Pathology Report                 ☑ Laboratory Reports            ☐ Other _____

**Purpose:**
☐ Medical Follow-Up                ☐ Transfer of care              ☐ Insurance
☑ Attorney                         ☐ Disability                    ☐ Other

**Patient advised of charges:** ☑ Yes ☐ No ☐ N/A
☐ Please mail the records          ☐ Fax to the member above       ☑ Will pick up the records
☐ I wish to review the records     Note: You will need to make an appointment for the review

I understand that if the person or agency that receives my information is not a health care provider or health plan covered by the HIPAA privacy regulations, the information described above may be redisclosed and is no longer protected by those regulations.

I understand that medical notification is necessary to cancel this authorization and can be addressed to the department listed at the top of this form. I am aware that my cancellation will not be effective as to disclosures already made in reliance on this authorization.

I understand Inova Health system may not condition treatment on my decision to sign this authorization.

I understand that this disclosure may include information regarding drug abuse, alcoholism, or alcohol abuse, psychiatric or mental illness, Acquired Immunodeficiency Syndrome (AIDS) or infection with HIV regulated by Federal Statute (42 CFR Part 2).

_Erin M Whitmer_                                 8/24/09
**Signature of Patient or Representative**        **Date** (Authorization will expire six months after date signed)

_Erin M. Whitmer_                                 Mother
**Print Name of Personal Representative** (If applicable)   **Relationship to Patient**

## INOVA HEALTH SYSTEM

### AUTHORIZATION TO RELEASE/DISCLOSE
### PROTECTED HEALTH INFORMATION

04914-(02/07)
Page 1 of 3

Inova Alexandria Hospital

Date: 9/9/09    Req #: 30533445
ABS    ER    DS    HP    XRY
EKG    CON   LAP   OP REPORT
       PATH   (ENTIRE RECORD)
Other _____
Scanned _____ # Pages _____
Initials DM

MED0010



# INOVA HEALTH SYSTEM

Requested by: PURKERT, KATHERINE



Patient            : ███ N██ G.
MRN                : 04██-93
DOB                : ██ 2008
Date of Service    :
Performing Facility : FH
Ordering Provider  :
Result Provider    :
Report Name        : CONSULTATION REPORT
Status             : P        TRX        X

**PHYSICAL EXAMINATION:** EEG is being taken at this time. Head is wired and wrapped. Heart rate 115, respiratory rate 34, saturation 99%. Patient is not tracking at this time, but eyes are open. The patient is alert. Patient is scanning around purposely when he is spoken to. His face is symmetric. He smiled briefly and he also cried and whimpered a lot, particularly at dad when dad was talking to him. Whenever dad got close and started talking with him, he would coo back at him as if he wanted to be picked up, and he reached his hands in his general direction. He was moving all 4 extremities, left side slightly better than the right side, but he was demonstrating distal and proximal movement that is actually nonpatterned looking and did not look spastic. He appeared to isolate finger movement, able to grab my fingers when they were put in his hands and demonstrated flexion and extension of all major joints. He dorsiflexed, plantar flexed ankles and extended and flexed the knees. He had dressings and things on his right leg, which limited the movement on that side, appeared to have slightly brisk reflexes on the right compared to the left. He did not have clonus.. Passive range of motion is excellent in the upper and lower extremities.

**ASSESSMENT AND PLAN:** A 4-month-old boy previously healthy, presenting 04/20/2009, with seizures, nonaccidental trauma, status epilepticus, retinal hemorrhages, subdural hematoma without major mass effect, just extubated today. Cranial CT shows subdural hematoma but no definitive parenchymal injury (MRI is not yet done), though the seizures suggest some injury.

1.   On exam, shows impaired vision (_____ explained by severe retinal hemorrhages) but patient actually does move all extremities, including good distal fine motor bilaterally, the left-sided movement slightly greater than right; good level of arousal with responsive reactive cooing and whimpering as dad talks up close to him, grabs my fingers and pulls, all positive signs.
2.   Recommend speech and swallow evaluation given stridor and encephalopathic at this time, coming off intubation, sedation, and traumatic brain injury, aspiration risk.
3.   Physical therapy and occupational therapy initiated shortly.
4.   Discussed findings with dad, family at bedside, clearly improving.

MED0071

JUN-19-2000  03:41          HC PEDS 5 SOUTH                    703 775 8707    P.007

# INOVA HEALTH SYSTEM

Requested by: PURKERT, KATHERINE

Patient          :█████ ██ G.
MRN              :0█305093
DOB              :██ 2008
Date of Service  :
Performing Facility :FH
Ordering Provider :
Result Provider  :
Report Name      :CONSULTATION REPORT
Status           :P         TRX      X

DATE OF BIRTH:                  ████ 2008
ADMISSION DATE:                 04/20/2009

PATIENT LOCATION:               W5N W51601

DATE OF CONSULTATION:           05/01/2009
CONSULTANT:                     John S Myseros. MD
CONSULTING SERVICE:             PEDIATRIC NEUROSURGERY

I have been asked to see this little boy before he is discharged home.
This is essentially a 5-month-old little boy who was admitted to the
hospital with a nonaccidental injury. Evidently. he presented on
04/20/2009 with seizures. A CT scan upon admission showed multiple areas
of blood and some swelling with poor gray/white differentiation. He was
subsequently found to have retinal hemorrhages and was diagnosed with a
nonaccidental injury. He just had an MRI prior to his planned discharge:
it showed some subdural collection. so I was called. I have not formerly
examined the little boy other than feeling his fontanel. When he is not
crying, his fontanel is quite soft. When he is crying it is a little more
full. There is no _____. He does have a feeding tube in. unremarkable

I spent some time talking to his family and reviewing the MRI. There are
areas of injury bilateral occipital lobes, as well as the left parietal
lobe. There is a subdural hygroma more on the left than on the right.
There is significant volume loss with cerebral atrophy. The cortical sulci
are well defined and the ventricles are getting larger.

I have explained to the family that I do not believe this is hydrocephalus
but rather atrophy of the brain and the development of subdural collections
because his brain is essentially shrinking. These children can get
hygromas that lead to head growth acceleration and sometimes need to be
tapped. On rare occasion. they even need to be shunted. We refrain any
subdural taps or any invasive procedures unless there is evidence of head
growth acceleration or clinical evidence of increased intracranial
pressure. such as lethargy. sunsetting eyes or unexplained vomiting.

If this child is well, I would like to see him back in the neurosurgery
office in 3 to 4 weeks. I have given his parents my card.

Thank you for allowing me to see this young man.

MED0073



98928

## PEDIATRIC (Birth-12 years) ADMISSION HISTORY AND PHYSICAL EXAM

| Social History (include parental/ sibling age, parental occupation(s)) | lives c̄ parents and dad c̄ sinusitis<br>dad works II | |
|---|---|---|
| Family History | ___ HTN ___ CAD ___ Asthma ___ Diabetes ___ Cancer ___ VUR<br>☒ Congenital Anomalies ☒ Learning Disabilities ___ Other: Mie died age 8 (chromosomal problem)<br>PGF → febrile seizures, paternal cousins → muscular dystrophy | |

| Review of Systems | | | | |
|---|---|---|---|---|
| CONST: | ☐ ~~Fever~~ | ☐ Chills | ☐ Diaphoresis | ☐ Weight Change |
| EYE: | ☐ Redness L/ R | ☐ Pain L/ R | ☐ Discharge L/ R | ☐ Vision Change L/ R |
| ENT: | ☐ Hearing Changes | ☐ Sore Throat | ☐ ~~Earache~~ | ☐ Epistaxis |
| RESP: | ☐ SOB | ☒ Cough | ☐ ~~Sputum~~ | ☐ Hemoptysis |
| CV: | ☐ Chest Pains | ☐ Palpitations | ☐ Edema | ☐ DOE |
| GI: | ☐ Abdominal Pain | ☐ Nausea | ☐ ~~Vomiting~~ | ☐ ~~Diarrhea~~ |
| GU: | ☐ Frequency | ☐ Dysuria | ☐ Hematuria | ☐ Bleeding |
| MS: | ☐ Myalgias | ☐ Arthralgias | | |
| SKIN: | ☐ Rash | ☒ Bruising | ☐ Lesions | ☒ ALL OTHER |
| NEURO: | ☐ Weakness | ☐ Numbness | ☐ Dizzy | SYSTEMS |
| PSYCH: | ☐ Depression | ☐ Anxiety | ☐ Suicidal | REVIEWED |
| ENDO: | ☐ Polyuria | ☐ Polydipsia | | WERE |
| DOM VIOL: | ☐ Safe in current environment | | | NEGATIVE |

### PHYSICAL EXAMINATION

| Vital Signs | Temp | P | RR | BP | POx | Weight / % | Hgt or Lgth / % | Wt for Lgth or BMI / % | HC ≤ 2 yrs / % |
|---|---|---|---|---|---|---|---|---|---|
| | 98.3 | 170 | 28 | 98/58 | 100% ETT 3.5 | 6.8Kg 50% | 65cm 50% | | 43.5cm 50-75% |

| General Condition | intubated, sedated, NAD |
|---|---|
| HEENT | mmm PFOF eyes closed mm pupils |
| Neck | supple |
| Cardiovascular | RRR S1S2 bl r/r et inguinal pulses |
| Respiratory | ventilated breaths CTAB |
| Abdomen | soft NTND NABS ⊕ HSM |

PATIENT IDENTIFICATION



W█████
N█████
04305493   4 m M
PADM        ADM



G████ 2008
FH 37373672
ACCT STRT
4/20/2009

INOVA FAIRFAX HOSPITAL FOR CHILDREN
## PEDIATRIC HISTORY
Page 2A of 3

CAT #98928 / R120406 • IFH-PEDS-HX • PAGE 1 2A

MED0085

# INOVA FAIRFAX HOSPITAL
# PRIMARY

W█████N█████G
DOB: ████2008 M4M
Wt/Ht: 6.8 Kg
MedRec: 04305493
AcctNum: 37373672

## HPI TRAUMA

*CHIEF COMPLAINT:* Patient presents for the evaluation of ?"**choking/seizing**". (15:29 SM1)

*HISTORIAN:* History obtained from parent, History obtained from EMS. (15:29 SM1)

*MECHANISM:* Complaint occurred by **unknown**. ( 5:29 SM1)

*OCCURRED:* Onset was **this PM, Patient currently has symptoms**, Occurred at daycare. (15:29 SM1)

*NOTES:* **4 mo M with no significant PMH BIBA p/w questionable choking/sz onset this PM while pt was at daycare. Per EMS, babysitter gave a few rescue breaths and comrpressions. +sz.**
A)**patent** B)**BBS** C)**BP:102/58, HR:165** D)**GCS=3** E)**yes**. (15:57 SM1)

## ROS (18:13 KIXL)

*CONSTITUTIONAL PED:* No fever, No fussiness.

*RESPIRATORY PED:* No cough.

*GI PED:* No vomiting, No stool changes.

*NOTES:* All systems were reviewed and are negative for acute complaints except as described above.

## PHYSICAL EXAM (18:21 KIXL)

*CONSTITUTIONAL PED:* Triage vital signs reviewed, Appears well hydrated, **actively seizing**.

*HEAD PED:* Atraumatic, Normocephalic, **Fontanel mildly bulging**.

*EYES:* **eyes deviated to RIGHT, pupils sluggish to react**.

*ENT PED:* Ears and nose normal to inspection, Oropharynx normal, Tympanic membranes normal.

*NECK PED:* Trachea midline, No masses.

*RESPIRATORY CHEST PED:* Breath sounds clear and equal bilaterally, **mild suprasternal retractions**.

*CARDIOVASCULAR PED:* RRR, Heart sounds normal.

*ABDOMEN PED:* Abdomen is soft, No distension, No masses.

*GENITOURINARY MALE PED:* External genitalia normal.

*BACK:* Normal inspection.

*UPPER EXTREMITY:* Inspection normal, No edema.

*LOWER EXTREMITY:* Inspection normal, No edema.

*NEURO PED:* **Pt actively seizing**.

*SKIN:* Skin is dry, Skin is normal color.

*LYMPHATIC:* No adenopathy in neck.

## INTUBATION (15:46 CDAR)

*INTUBATION:* Emergent consent implied, Performed by resident, I was present for the entire procedure, Patient's airway is patent, **Patient being ventilated with bag valve mask, Airway suctioned**, Indication for intubation is respiratory failure, Oral–laryngoscopy intubation used, Patient sedated with benzodiazepine, Paralytic used: vecuronium, Patient was pre–oxygenated, Size of tube used is 3.5, Tube is cuffed, in 1 attempt, Tube visualized through cords, Breath sounds equal after intubation, OGT placed, Qualitative end tidal CO2 reading taken and confirms endotracheal intubation, Breath sounds heard bilaterally, no gurgling heard over epigastrium, Chest x–ray ordered to confirm placement, Patient tolerated procedure well, **Dr. Thorton at bedside for entire procedure**.

## NGT/OGT (15:48 CDAR)

*TIME OUT:* Attending Name: Thorton.

*NGT/OGT:* Emergent consent implied, Performed by resident, I was present for the entire procedure, Nasogastric tube placement indicated for airway management, in the oropharynx, Description of output: Clear secretions returned, NG tube inserted after 1 attempt, Tube was clamped, No complications noted, Patient tolerated

MED0180

Date / Time: 5/8/09  1500
Weight (kg) 7 Kg  ❑ actual  ❑ reported  ❑ estimated  ❑ ideal  ❑ adjusted
Height (cm) _____  BSA (m²) _____  (√ Ht (cm) x Wt (kg) / 3600)

**Allergies:**  Medication / Food        Reaction

☑ None

## MEDICATION LIST (REPLACES ALL PREVIOUS MEDICATION LISTS):   ❑ No Home Medications

| Medication Name | Concentration / Strength* | Dose | Frequency | Route | Last Given | Indication |
|---|---|---|---|---|---|---|
| Phenobarbital | 6 mL | by mouth | every 12 hrs | | | seizures |
| Diastat | one gel | per rectum | every 12 hrs for active seizures | | | needed |
| Methadone Valium | } | see attached schedule. | | | | |
| Fer. In-Sol | 1 mL | by mouth | once daily | | | anemia |
| ✱ see attached | | | | | | |

### DO NOT TAKE ANY OTHER MEDICATIONS WITHOUT CONTACTING YOUR DOCTOR

Special Instructions: For any seizure, use diastat x 1 then call your doctor / 911

Tablet/capsule size (ie, micrograms, mg, gm) or liquid/suspension/injection concentration (ie, mg, units/mL)
At discharge, if a concentration to be formulated is unobtainable, the mg amount MUST be part of the medication column

MD _Amanda Selt_ MD   _Selden_   _66102_  RN _____
reconciled with admit MRS)        (print)      (beeper)   (reviewed with parent prior to discharge)

Parent/Guardian Signature: X _Erin Wehrmer_

PATIENT IDENTIFICATION

W■■■
N■■■    G■■■■■08
04305493  5M  M  FH  37373672
PADM    ADM        ACCT START
       04/20/09

INOVA HEALTH SYSTEM
**DISCHARGE-PEDIATRIC**
**MEDICATON RECONCILIATION SHEET**

CAT # 85858 / R110905 · PKGS OF 100

MED0183

4305493  W████ N████                    **LABORATORY REPORT**                    Page 7 (more)
Report ID:LABORATORY REPORT
Terminal ID : FHMR6MC
Reporting period = 20Apr2009 thru 8May2009  Requested by:CONNIE BARNES U65767

---

                              BLOOD CULTURES (Continued)

      NO GROWTH 5 DAYS
DATE AND TIME OF REPORT: 05/01/2009 AT 1001

---

** Sputum Culture                        26APR2009   01:44 MCRO   Final

W████   N████ G

                  RESPIRATORY CULTURES AND ASSOCIATED TESTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CULTURE, SPUTUM                          ACCESSION #: MM-09-039436
TRACHEAL ASPIRATE                           COLLECTED:   04/26/09 AT 0144
                                            RECEIVED:    04/26/09 AT 0305

   STAINS AND PREPARATIONS
   04/26/09  0348
    RARE WBCS
    NO ORGANISMS SEEN
   FINAL REPORT
   04/27/09  1317
    MODERATE GROWTH OF STREPTOCOCCUS PNEUMONIAE
    LIGHT GROWTH OF STAPHYLOCOCCUS AUREUS
    REFER TO PREVIOUS SUSCEPTIBILITY RESULTS
DATE AND TIME OF REPORT: 04/27/2009 AT 1319

---

** Sputum Culture                        20APR2009   23:42 MCRO   Final

W████   N████ G

                  RESPIRATORY CULTURES AND ASSOCIATED TESTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CULTURE, SPUTUM                          ACCESSION #: MM-09-037895
TRACHEAL ASPIRATE                           COLLECTED:   04/20/09 AT 2342
                                            RECEIVED:    04/21/09 AT 0029

   STAINS AND PREPARATIONS
   04/21/09  0106
    FEW WBCS
    MANY GRAM POSITIVE COCCI
    FEW GRAM POSITIVE RODS
    RARE GRAM NEGATIVE RODS
   FINAL REPORT
   04/24/09  1406
    HEAVY GROWTH OF STAPHYLOCOCCUS AUREUS AND STREPTOCOCCUS
     PNEUMONIAE
   SUSCEPTIBILITY TESTING
   S AUREUS                      MIC        INTERP

            AZITHROMYCIN                      S
            CIPROFLOXACIN       <=0.5         S
            CLINDAMYCIN         <=0.25        S
            D-TEST              NEGATIVE
            ERYTHROMYCIN        <=0.25        S
            LEVOFLOXACIN        <=0.12        S
            OXACILLIN           0.5           S
            SULFA/TRIMETH       <=10          S
            TETRACYCLINE        <=1           S
            VANCOMYCIN          <=0.5         S
   S PNEUMO                      MIC        INTERP

            AMPICILLIN                        S

# INOVA HEALTH SYSTEM

Requested by: BARNES, CONNIE

```
Patient              :W███████ N███ G.
MRN                  :04305493
DOB                  :███████/2008
Date of Service      :
Performing Facility  :FH
Ordering Provider    :MABROUK, SUSAN
Result Provider      :
Report Name          :Chest Single View Portable
Status               :F        DXSTIC   X
```

Chest Single View Portable - STATUS: Final
  IMAGE     By: Lee Dr., John H.          Perform Date: 29Apr09 05:20
  Ordered By: Mabrouk Dr., Susan M,       Ordered Date: 29Apr09 00:36
  Facility: FH                            Department: DXR

Service Report Text
  EXAMINATION:  DX3-0213 CHEST 1 VW PORTABLE
  Date of Service: 04/29/2009 05:20

  INTERPRETATION:

  HISTORY:  5-month-old boy with intubation.

  COMPARISON:  4/27/2009

  FINDINGS:  ET tube is 1.3 cm above the carina. There slight prominence
  of perihilar markings on the right with increased right lobe
  atelectasis. There is no pleural effusion. The left lung is clear. The
  cardiomediastinal silhouette is normal. Corpak tip is in the proximal
  duodenum.


  IMPRESSION:     Increased right upper lobe atelectasis.


Dictating Physician:    JOHN LEE M.D.
Electronically Signed:  012962 on Apr 29 2009  1:19PM
Dictated:               Apr 29 2009  1:20PM
Transcribed:            on Apr 29 2009  1:19PM
```

MED0213

# INOVA HEALTH SYSTEM

Requested by: BARNES, CONNIE

Patient         :████, N█ G.
MRN             :04305493
DOB             :██/██/2008
Date of Service :
Performing Facility :FH
Ordering Provider :MABROUK, SUSAN
Result Provider :
Report Name     :Chest Single View Portable
Status          :F          DXSTIC    X

---

Chest Single View Portable - STATUS: Final
  IMAGE        By: Schneider Dr., Ingrid       Perform Date: 25Apr09 06:29
  Ordered By: Mabrouk Dr., Susan M.            Ordered Date: 25Apr09 00:43
  Facility: FH                                 Department: DXR

Service Report Text
  EXAMINATION:  DX3-0213 CHEST 1 VW PORTABLE
  Date of Service: 04/25/2009 06:29

INTERPRETATION:

Clinical History:  Assess ET tube position

Comparison: 4/24/2009

Portable Chest: The endotracheal tube projects  1.5 cm above the carina.
The Corpak projects to the duodenal bulb.

The heart is normal in size.  The lungs demonstrate diffuse interstitial
abnormality and more pronounced perihilar opacities, more pronounced
right upper lobe atelectasis is suggested.   There is no effusion. No
pneumothorax.

IMPRESSION:    Persistent pulmonary opacities. satisfactory position of
tubes and lines as described.

Dictating Physician:     INGRID SCHNEIDER M.D.
Electronically Signed:   010691 on Apr 25 2009  9:03AM
Dictated:                Apr 25 2009  9:04AM
Transcribed:               on Apr 25 2009  9:03AM

# INOVA HEALTH SYSTEM

```
Patient            : ██████ N████ G.                    Requested by: BARNES, CONNIE
MRN                : ██████████
DOB                : ██████2008
Date of Service    :
Performing Facility : FH
Ordering Provider   : PADUA, ERIC
Result Provider     :
Report Name         : Chest Single View Portable
Status              : F           DXSTIC    X
```

---

```
Chest Single View Portable - STATUS: Final
  IMAGE      By: Jerath Dr., Nakul  .       Perform Date: 26Apr09 05:38
  Ordered By: Padua Dr., Eric M.            Ordered Date: 26Apr09 03:42
  Facility: FH                              Department: DXR
```

Service Report Text
  EXAMINATION:  DX3-0213 CHEST 1 VW PORTABLE
  Date of Service: 04/26/2009 05:38

  INTERPRETATION:

  HISTORY: Assess ET tube. Traumatic subdural.

  COMPARISON: 4/25/2009.

  FINDINGS: ET tube extends to the distal trachea and enteric tube extends
  to the proximal duodenum. Lung volumes are diminished. There is right
  greater than left perihilar, right upper lobe and right infrahilar
  opacities, which are more pronounced. Heart size is accentuated. There
  is no pneumothorax.


  IMPRESSION:     Progressed airspace opacities. No pneumothorax.


```
Dictating Physician:       NAKUL JERATH M.D.
Electronically Signed:     002125 on Apr 26 2009  8:40AM
Dictated:                  Apr 26 2009  8:41AM
Transcribed:                 on Apr 26 2009  8:40AM
```

MED0217

# INOVA HEALTH SYSTEM

|  |  | Requested by: BARNES, CONNIE |
|---|---|---|
| Patient | :█████ N █ G. | |
| MRN | :04305493 | |
| DOB | :██████/2008 | |
| Date of Service | : | |
| Performing Facility | :FH | |
| Ordering Provider | :THORNTON, DAWN | |
| Result Provider | : | |
| Report Name | :Chest Single View Portable | |
| Status | :P        DXSTIC    X | |

---

Chest Single View Portable - STATUS: Prelim

| IMAGE     By: Jerath Dr., Nakul   . | Perform Date: 20Apr09 16:34 |
|---|---|
| Ordered By: Thornton Dr., Dawn M. | Ordered Date: 20Apr09 15:39 |
| Facility: FH | Department: DXR |

Service Report Text
  EXAMINATION:  DX3-0213 CHEST 1 VW PORTABLE
  Date of Service: 04/20/2009 16:06

  INTERPRETATION:

  HISTORY: Cardiac arrest.

  COMPARISON: None.

  FINDINGS: ET tube extends to the distal trachea. Enteric tube extends to
  the stomach. Heart size is within normal limits. Hazy bilateral
  pulmonary opacities are seen. This could represent patchy atelectasis or
  infiltrate. There is no pneumothorax.

  IMPRESSION:     Question patchy bilateral atelectasis versus infiltrate.
  No
  pneumothorax.

  Dictating Physician:    NAKUL JERATH M.D.
  Electronically Signed:  002125 on Apr 20 2009  4:32PM
  Dictated:               Apr 20 2009  4:33PM
  Transcribed:             on Apr 20 2009  4:32PM

MED0223

# INOVA HEALTH SYSTEM

```
                                        Requested by: BARNES, CONNIE
Patient              :█████ N███ G.
MRN                  :04305493
DOB                  :██████/2008
Date of Service      :
Performing Facility  :FH
Ordering Provider    :THORNTON, DAWN
Result Provider      :
Report Name          :CT Head-Brain WO Contrast
Status               :F        DXSTIC    X
```

---

```
CT Head-Brain WO Contrast - STATUS: Final
  IMAGE    By: Goldstein Dr., Brian S       Perform Date: 20Apr09 15:55
  Ordered By: Thornton Dr., Dawn M,         Ordered Date: 20Apr09 15:44
  Facility: FH                              Department: CTS

Service Report Text
  EXAMINATION:  CT3-0185 CT HEAD BRAIN WO CONT
  Date of Service: 04/20/2009 15:55

  INTERPRETATION:

  HISTORY: Lethargy

  FINDINGS:

  Noncontrast CT imaging of the head was performed. The study is abnormal.
  There is increased attenuation ventral to the high left frontal lobe.
  This appears contiguous with abnormally increased attenuation tracking
  along the falx in a left parafalcine distribution and along the left
  tentorium. Findings are suspicious for a subdural hematoma measuring
  approximately 4 mm in maximum thickness. There is no midline shift or
  hydrocephalus. The basilar cisterns are clear. No depressed skull
  fracture is detected. The mastoid, middle ear cavity and paranasal sinus
  regions are clear.




  IMPRESSION:
  1. Abnormal head CT demonstrating what appears to be extra-axial blood
  ventral to the high left frontal lobe, tracking along the left
  parafalcine distribution and somewhat along the left tentorial leaf as
  discussed above. Findings are suspicious for a subdural hematoma. Close
  followup is recommended.

  This urgent result was telephoned to the emergency room physician caring
  for the patient at the time of interpretation.



  Dictating Physician:     BRIAN GOLDSTEIN M.D.
  Electronically Signed:   010969 on Apr 20 2009  4:13PM
```

4305493  W█████  N████                 **LABORATORY REPORT**                 Page 5 (more)
Report ID:LABORATORY REPORT
Terminal ID : FHMR6MC
Reporting period = 20Apr2009 thru 8May2009 Requested by:CONNIE BARNES U65767

|  | Final | Final |  |
|---|---|---|---|
| Urine Type |  | foley | @al M |
| Color | YELLOW | YELLOW |  |

* * * COMMENTS * * *

a1- If a microscopic evaluation is clinically indicated, a new order for 'UA With
    Microscopic' and a fresh specimen is required.

---

## BLOOD BANK

BLOOD BANK TESTING;
** No data matched **

---

## BODY FLUID ANALYSIS

BODY FLUID ANALYSIS;
** No data matched **

---

## BLOOD GASES

BLOOD GASES;
** No data matched **

---

## CVSL TESTS

CVSL TESTS;
** No data matched **

---

## IMMUNOLOGY

IMMUNOLOGY SECTION;
** No data matched **

---

## MICROBIOLOGY

MICROBIOLOGY;
;                          MICROBIOLOGY

** RSV Detection                 01MAY2009  19:37 MCRO  Final

W█████, N██ G
                    RESPIRATORY CULTURES AND ASSOCIATED TESTS
-----------------------------------------------------------------------
RSV DETECTION                          ACCESSION #: VV 09-003878
NASAL SWAB                             COLLECTED:    05/01/09 AT 1937
                                       RECEIVED:     05/01/09 AT 2058

   FINAL REPORT
   05/01/09  2122
      NEGATIVE FOR RSV (RESPIRATORY SYNCYTIAL VIRUS) ANTIGEN
DATE AND TIME OF REPORT: 05/01/2009 AT 2123

;
---
** Influenza Antigen                 01MAY2009  19:37 MCRO   Final

W█████  N██ G
                    RESPIRATORY CULTURES AND ASSOCIATED TESTS
-----------------------------------------------------------------------
INFLUENZA ANTIGEN DETECTION            ACCESSION #: MM-09-041918
NASAL SWAB                             COLLECTED:    05/01/09 AT 1937
                                       RECEIVED:     05/01/09 AT 2058

   FINAL REPORT
   05/01/09  2123
      NEGATIVE FOR INFLUENZA A ANTIGEN
      NEGATIVE FOR INFLUENZA B ANTIGEN
DATE AND TIME OF REPORT: 05/01/2009 AT 2123

;

MED0236

4305493  W█████ N█        **LABORATORY REPORT**        Page 6 (more)
Report ID: LABORATORY REPORT
Terminal ID : FHMR6MC
Reporting period = 20Apr2009 thru 8May2009  Requested by: CONNIE BARNES U65767

---

** Sputum Culture                    28APR2009  08:26 MCRO  Final

W█████  N██  G
                      RESPIRATORY CULTURES AND ASSOCIATED TESTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CULTURE, SPUTUM                          ACCESSION #: MM-09-040189
ENDOTRACHEAL TUBE                          COLLECTED:  04/28/09 AT 0826
                                           RECEIVED:   04/28/09 AT 1024

   STAINS AND PREPARATIONS
   04/28/09  1345
     FEW WBCS
     RARE EPITHELIAL CELLS
     MODERATE GRAM POSITIVE COCCI
   FINAL REPORT
   04/30/09  0933
     MODERATE GROWTH OF STAPHYLOCOCCUS AUREUS
     MODERATE GROWTH OF STREPTOCOCCUS PNEUMONIAE
     SUSCEPTIBILITY TESTING WAS NOT REPEATED ON THIS ISOLATE
       BECAUSE IT WAS PERFORMED ON THE SAME ORGANISM FROM A
       CULTURE COLLECTED WITHIN 14 DAYS OF THIS ONE
   SUSCEPTIBILITY TESTING
   S AUREUS                     MIC       INTERP
      ────────
           AZITHROMYCIN                      S
           CIPROFLOXACIN        <=0.5        S
           CLINDAMYCIN          <=0.25       S
           D-TEST               NEGATIVE
           ERYTHROMYCIN         <=0.25       S
           LEVOFLOXACIN         0.25         S
           OXACILLIN            0.5          S
           SULFA/TRIMETH        <=10         S
           TETRACYCLINE         <=1          S
           VANCOMYCIN           <=0.5        S
   DATE AND TIME OF REPORT: 04/30/2009 AT 0934

---

** Blood Cult (Aerobic)              28APR2009  05:09 MCRO  Final

W█████  N██  G
                            BLOOD CULTURES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CULTURE, BLOOD, AEROBIC                  ACCESSION #: BL-09-025412
BLOOD OBTAINED BY VENIPUNCTURE             COLLECTED:  04/28/09 AT 0509
                                           RECEIVED:   04/28/09 AT 0533
   FINAL REPORT
   05/03/09  0921
     NO GROWTH 5 DAYS
   DATE AND TIME OF REPORT: 05/03/2009 AT 0921

---

** Blood Cult (Aerobic)              26APR2009  02:14 MCRO  Final

W█████  N██  G
                            BLOOD CULTURES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CULTURE, BLOOD, AEROBIC                  ACCESSION #: BL 09 024946
BLOOD FROM ARTERIAL DRAW                   COLLECTED:  04/26/09 AT 0214
                                           RECEIVED:   04/26/09 AT 0513
   FINAL REPORT
   05/01/09  1000

MED0237

4305493   W███████ N███                           **LABORATORY REPORT**                    Page 7 (more)
Report ID:LABORATORY REPORT
Terminal ID : FHMR6MC
Reporting period = 20Apr2009 thru 8May2009  Requested by:CONNIE BARNES U65767

---

BLOOD CULTURES (Continued)

    NO GROWTH 5 DAYS
DATE AND TIME OF REPORT: 05/01/2009 AT 1001

---

** Sputum Culture                              26APR2009   01:44 MCRO   Final

W███████  N███ G
                  RESPIRATORY CULTURES AND ASSOCIATED TESTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CULTURE, SPUTUM                        ACCESSION #: MM-09-039436
TRACHEAL ASPIRATE                         COLLECTED:   04/26/09 AT 0144
                                          RECEIVED:    04/26/09 AT 0305

  STAINS AND PREPARATIONS
  04/26/09   0348
    RARE WBCS
    NO ORGANISMS SEEN
  FINAL REPORT
  04/27/09   1317
    MODERATE GROWTH OF STREPTOCOCCUS PNEUMONIAE
    LIGHT GROWTH OF STAPHYLOCOCCUS AUREUS
    REFER TO PREVIOUS SUSCEPTIBILITY RESULTS
DATE AND TIME OF REPORT: 04/27/2009 AT 1319

---

** Sputum Culture                              20APR2009   23:42 MCRO   Final

W███████  N███ G
                  RESPIRATORY CULTURES AND ASSOCIATED TESTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CULTURE, SPUTUM                        ACCESSION #: MM-09-037895
TRACHEAL ASPIRATE                         COLLECTED:   04/20/09 AT 2342
                                          RECEIVED:    04/21/09 AT 0029

  STAINS AND PREPARATIONS
  04/21/09   0106
    FEW WBCS
    MANY GRAM POSITIVE COCCI
    FEW GRAM POSITIVE RODS
    RARE GRAM NEGATIVE RODS
  FINAL REPORT
  04/24/09   1406
    HEAVY GROWTH OF STAPHYLOCOCCUS AUREUS AND STREPTOCOCCUS
    PNEUMONIAE
SUSCEPTIBILITY TESTING

| S AUREUS | MIC | INTERP |
|---|---|---|
| AZITHROMYCIN | — | S |
| CIPROFLOXACIN | <=0.5 | S |
| CLINDAMYCIN | <=0.25 | S |
| D-TEST | NEGATIVE | |
| ERYTHROMYCIN | <=0.25 | S |
| LEVOFLOXACIN | <=0.12 | S |
| OXACILLIN | 0.5 | S |
| SULFA/TRIMETH | <=10 | S |
| TETRACYCLINE | <=1 | S |
| VANCOMYCIN | <=0.5 | S |

| S PNEUMO | MIC | INTERP |
|---|---|---|
| AMPICILLIN | — | S |

MED0238

4305493  W███████ N█      **LABORATORY REPORT**                    Page 8 (more)
Report ID:LABORATORY REPORT
Terminal ID : FHMR6MC
Reporting period = 20Apr2009 thru 8May2009 Requested by:CONNIE BARNES U65767

___

RESPIRATORY CULTURES AND ASSOCIATED TESTS (Continued)

| | | |
|---|---|---|
| AZITHROMYCIN | | S |
| CEFOTAX-MENING | <=0.06 | S |
| CEFOTAX-NONMNG | <=0.06 | S |
| CEFTRI-MENING | <=0.06 | S |
| CEFTRI-NONMNG | <=0.06 | S |
| CHLORAMPHENICOL | <=2 | S |
| ERYTHROMYCIN | <=0.06 | S |
| LEVOFLOXACIN | 1 | S |
| PENICILLIN G | <=0.06 | S |
| SULFA/TRIMETH | <=10 | S |
| TETRACYCLINE | <=1 | S |
| VANCOMYCIN | <=1 | S |

DATE AND TIME OF REPORT: 04/24/2009 AT 1407

___

** Urine Culture                           20APR2009   21:54 MCRO   Final

W███████  N██ G
                    URINE CULTURES AND ASSOCIATED TESTS
------------------------------------------------------------------
CULTURE, URINE                         ACCESSION #: PP-09-022971
URINE, CATHETERIZED, FOLEY               COLLECTED:   04/20/09 AT 2154
                                         RECEIVED:    04/20/09 AT 2251
 FINAL REPORT
 04/22/09  1019
   NO GROWTH
DATE AND TIME OF REPORT: 04/22/2009 AT 1020

___

** Blood Cult (Aerobic)                    20APR2009   15:35 MCRO   Final

W███████  N██ G
                        BLOOD CULTURES
------------------------------------------------------------------
CULTURE, BLOOD, AEROBIC                 ACCESSION #: BL-09-023705
BLOOD OBTAINED BY VENIPUNCTURE           COLLECTED:   04/20/09 AT 1535
                                         RECEIVED:    04/20/09 AT 1634
 FINAL REPORT
 04/26/09  1000
   NO GROWTH 5 DAYS
DATE AND TIME OF REPORT: 04/26/2009 AT 1000

___

                              PATHOLOGY

PATHOLOGY REPORTS:
** No data matched **

                              MISC LABS

MISCELLANEOUS LAB RESULTS:

| | 7May2009 | 30Apr2009 | 29Apr2009 | 28Apr2009 |
|---|---|---|---|---|
| | 18:30 | 04:24 | 06:14 | 10:30 |
| Misc Other Labs | FH | FH | FH | FH |
| | Final | Final | Final | Final |

MED0239

# INOVA HEALTH SYSTEM

Patient           : W██████, N██ G.               Requested by: PURKERT, KATHERINE
MRN               : 02█████93
DOB               :        2008
Date of Service   :
Performing Facility : FH
Ordering Provider : TOLBERT, CHARONE
Result Provider   :
Report Name       : MRI Brain WWO Contrast
Status            : F          DXSTIC     X

EXAMINATION:  MR3-0047 MRI BRAIN WWO CONT
 Date of Service: 05/01/2009 14:38

INTERPRETATION:

CLINICAL HISTORY: 5-month-old male patient with nonaccidental trauma and seizures.

EXAM: On a 1.5 Tesla closed system, the brain was imaged utilizing multiple pulse sequences in orthogonal planes following the uneventful administration of intravenous gadolinium. Anesthesia and monitoring was provided by the Department of Anesthesia at Inova Fairfax Hospital.

Comparison made to most recent unenhanced CT head dated April 22, 2009.

FINDINGS:

There is now a T2 hyperintense subdural hygroma over the left frontal and ventral temporal convexity which has developed since the prior CT. This measures roughly 11 mm in thickness and produces mass effect on the left cerebral hemisphere, mild deformity on the left ventricular frontal horn and subtle left-to-right midline shift.

There is what appears to be a thrombosed cortical vein at the ventral left parietal convexity (best seen on series 3 images 1-9 and series 8 images 18-22). In that region of the parietal lobe there is some cortical laminar necrosis and enhancement which may reflect subacute venous ischemia from this thrombosed cortical vein. The flow-voids within the superior sagittal sinus and transverse/sigmoid sinuses are normal. There is patchy cortical enhancement involving the supratentorial hemispheres (to a greater degree in the bilateral occipital lobes and left parietal region) best seen on post contrast coronal series 10. This finding is nonspecific but probably reflects posttraumatic parenchymal injury as well. There is signal abnormality and restricted diffusion within the splenium which suggests axonal injury.

The subdural blood along the falx appears to have resolved. There is residual extra-axial subdural hemorrhage over the left occipital convexity and along the midline between the cerebellar hemispheres in the posterior fossa. Finally, the overall volume of the brain parenchyma is significantly less than on the prior CT. The patient is well-hydrated

MED0439

# INOVA HEALTH SYSTEM



Requested by: PURKERT, KATHERINE

Patient          :W███  ██ G.
MRN              :04305493
DOB              :███ 2008
Date of Service  :
Performing Facility :FH
Ordering Provider :TOLBERT, CHARONE
Result Provider  :
Report Name      :MRI Brain WWO Contrast
Status           :F          DXSTIC    X

as per the clinical service. Findings may therefore reflect the actual baseline parenchymal brain volume with subsequent resolution of diffuse cerebral edema. Making this assumption, the volume is low which suggests malnourishment or failure to thrive.

The orbital contents are unremarkable. The optic chiasm, intracranial optic nerves and optic tracts are symmetric. The visualized paranasal sinuses are clear. There is scattered fluid middle ear cavities and mastoid air cells. There is moderate adenoidal and palatine tonsillar hypertrophy.


IMPRESSION:

1. Interval development of left frontal and anterior temporal subdural hygroma as described.
2. Thrombosed left parietal cortical vein with evidence of subjacent ischemia and laminar necrosis.
3. Patchy cortical enhancement involving the bilateral occipital and left parietal lobes suggesting parenchymal injury.
4. Signal abnormality and restricted diffusion in the splenium suggesting deep white matter and/or axonal injury.
5. Resolving subdural hemorrhages over the left occipital convexity and midline posterior fossa.
6. Significant reduction in parenchymal brain volume which may reflect resolution of diffuse cerebral edema on the initial unenhanced CT scans. Please see discussion above.

Findings were discussed by phone with Dr. Marimon of the pediatric inpatient service on May 1st 2009 at 4:30 p.m.


Dictating Physician:     CHRISTIAN MULLER M.D.
Electronically Signed:   012654 on May  1 2009  5:05PM
Dictated:                May  1 2009  6:07PM
Transcribed:             on May  1 2009  5:05PM

TOTAL P.011

MED0440

 **INOVA FAIRFAX HOSPITAL**

Admission Date: 4/20/2009 5:18 PM (ET)
Patient Name: W███████ N███
MRN: 04305493
Account Number: 037373672
Location: EDA / EDA-EDA-FEDA-03

## CM Assessment: Daily/ Weekly Notes

## Patient Information - MRN # 04305493 - W███████ N███

| Name: | N███ W██████ | Admission Date: | 4/20/2009 5:18 PM (ET) |
|---|---|---|---|
| MRN: | 04305493 | Account Number: | 037373672 |
| Date of Birth: | ████ 2008 (age 5 month(s)) | Social Security Number: | |
| Gender: | Male | Marital Status: | Single |
| Primary Diagnosis: | TRAUMATIC SUBDURAL HEM | Secondary Diagnosis: | |
| Address: | ██████████ ALEXANDRIA, VA ████ | Home:<br>Work:<br>Alternative: | (571) 332-1201 |
| Admitting Physician: | AGARWAL, SWATI | Attending Physician: | AGARWAL, SWATI |
| Readmit: | No | Last Discharge Date: | |
| Primary Plan Description: | BC CAREFIRST NCA 080 | Primary Plan Number: | XIP901804718 |
| Secondary Plan Description: | | Secondary Plan Number: | |

## Assessment Notes - MRN # 04305493 - W███████ N███

| Assessment Note Created By: | Rotondo, Donna | Department: | Case Management |
|---|---|---|---|
| Assessment Note Created On: | 4/20/2009 6:03 PM (ET) | | |
| Notes: | | | |

SOCIAL WORK

Request by ED Attending to refer case to CPS. Spoke with Fairfax County Police officer LD. Anderson who is present in hospital following case. Reports case being investigated---detectives at the scene currently. Officer reports not known if CPS contacted. Per protocol Fairfax County CPS (703 324-7400) contacted, spoke with intake worker Lou Phelps. Ms. Phelps reports case to be assigned to Jocelyn Waldron. PICU SW to follow for ongoing needs.

Signature: *Donna M. Rotondo LCSW*    Date Signed: 4/20/2009

Signed by:  Rotondo, Donna          Position:     Social Worker
Phone Number: (703) 776-3694        Pager Number: (301) 939-8146

ECIN Generated (Scan)

© 1998-2009 Extended Care Information Network, Inc. All rights reserved. [Production(PO-885)]

MED0509

# PICU Resident Progress Note

**Tuesday, April 21, 2009**

Name: W_____ N_____  
Room: 501  
Age: 4.5 months

DOB: _____2008  
MRN: 4305493  
Admit Date: 4/20/2009

Wt: 6.8kg  
PICU admit: 4/20/2009

| | |
|---|---|
| **Problem List:**<br>1. subdural hematoma<br>2. r/o NAT | **Allergies:** NKDA , NKFA<br><br>**Lines/Tubes/Drains:**<br>1. ETT, 3.5<br>2. OG *to gravity*<br>3. PIV |
| **Neuro:** intubated sedated *in ED*<br><br>**Exam:** nl tone, arousable, pinpoint pupils | 1. Fentanyl 7 mcg IV q1 prn<br>2. Versed 1.2mg IV q1 prn<br>3. Fosphenytoin 20mg IV q12<br><br>**Neuro - Assessment & Plan:** subdural hematoma, r/o NAT<br>1. neurosurgery following<br>2. repeat CT head to follow up SDH *(stable)*<br>3. optho c/s to evaluate for retinal hemorrhages *(called)* |
| **CVS:**<br>HR 130~190's   BP: 80-100 / 50-60<br>MAP: 55-70   CVP:<br><br>Exam: RRR S1S2 ?M 2+ brachial pulses | 1.<br>**CVS - Assessment & Plan:** stable<br>1. *∅ issues* |
| **Pulmonary.** *volume trig*<br>SIMV Mode: (control)PC:   PS: 10 PEEP: 5   RR: 20 FiO2: 30%<br>RR: 25-40 Sats: 100%   ETCO2 34-42<br><br>Exam: CTA Ⓑ Versed breaths<br><br>CXR: 4/20 ?LLL atelectasis vs infiltrate<br>ABG: / / / / | **Pulmonary - Assessment & Plan:** intubated<br>1. extubate today → aggress to rate to keep EtCO2 <50<br>2. f/u CXR today (post extubation) |
| **Infectious Disease**<br>Temp: 98-101 98-101.3°<br><br>WBC: 63 5 14 8 17 L 6 M<br>Cultures: Blood cx 4/20, urine cx 4/20, sputum culture few WBC, many GPC, GNR *rare, few GPR* | 1. CTX 340mg IV q24<br>2. Tylenol prn OG q4 fever<br>**Infectious Disease - Assessment & Plan:** consider meningitis<br>1. follow up cultures *and continue UE Abx*<br>2. if extubated and stable, consider *LP* |
| **Heme:**<br>8.3<br>10 \ 271<br>/ 25<br>13.7 33<br>/ 1.2<br>Fibrinogen 290(nl) | 1.<br>2.<br>**Heme – Assessment & Plan:**<br>1. monitor H/H post bleed<br>2. based on CT findings, to decide if c/s neuro *(not at this time)* |
| **FEN/GI:**<br><br>IN/OUT: 549 / 267   Balance: ⊕ 282<br>UOP: 6 5.8 mL/kg/hr (12hr) BM/Emesis: ∅<br>Diet: NPO<br>IVF: NS @ 30cc/hr<br><br>Exam:<br>137 \ 106 \ 3 < 103   9.2<br>3.7 / 23 / 0.2<br><br>UA SG 1016<br>pH 5<br>glucose 250<br>ketones 15 | 1. D5 NS @ 30cc/hr<br>**FEN/GI - Assessment & Plan:**<br>1. continue NPO and IVF at maintenance<br>2. follow accuchecks q4 and add D5 in fluids if BG < 100<br>3. accu was BB so added D5 to fluids<br>4. once extubated, may monitor mental status and if awake advance feeds Pedialyte then formula similac |
| **Social:** CPS called from ED, homicide detective involved, social work involved need Dr. Hauda consult | **Assesment & Plan:** possible NAT<br>1. skeletal survey today<br>2. called Dr. Hauda (aware) |

*Susan Mabrouk*  
Susan Mabrouk, M.D., P13755  
4/21/2009 4/21/2009 7:36 AM

MED0524

1PN

| Date & Time | ALL ENTRIES | PHYSICIAN signature includes complete Name and ID# |
| --- | --- | --- |

| DATE | TIME | |
| --- | --- | --- |
| 1225 4/21/09 | | Inova FACT Department |

Chart Reviewed

Briefly — 4 mo biba from daycare yesterday w/ seizure after repeated choking episode, found to have SDH on CT scan.

Parents relate two injuries — wood plaque fell off wall while placing him into a bouncy chair ~10 days ago, small abrasion on back of head, seemed fine. Also had small R forehead bruise a few days later, told it was from thrashing on play mat @ daycare. Normal development until today, eating some solid foods, no medical problems.

(PE) Intubated, sedated (unable to do oral exam, will re eval tomorrow) no visible external trauma.

(Rad) CT, B frontal SDH

skeletal survey — pending.

(Oph) multiple, extensive B bilateral retinal hemorrhages.

(Imp) Nonaccidental trauma — shaking or shaking-impact most likely given SDH w/ RH. Need to exclude other occult trauma w/ bone survey.

(Rec) Disposition as per CPS/LE

Repeat skeletal survey in 10 days

No additional labs required at this time

will follow, call w/ questions

703 967 6798    #29V2

INOVA HEALTH SYSTEM
**PATIENT PROGRESS NOTES**

04305493  4M  M
PADM           ADM

G
FH  37373672
ACCT STRT

CAT # 84797A / R102408
IHS-MS-PROG

MED0527

**PICU Resident Progress Note**

Name: W█████ N█  Room: 501

DOB: ████ 2008  MRN: 4305493

Wt: 6.8kg

**Wednesday, April 22, 2009**

Age: 4.5 months

Admit Date: 4/20/2009

PICU admit: 4/20/2009

| | |
|---|---|
| **Problem List:**<br>1. subdural hematoma<br>2. ~~r/o~~ NAT<br><br>*emesis* | **Allergies:** NKDA , NKFA<br><br>**Lines/Tubes/Drains:**<br>1. PIV |
| **Neuro:** optho c/s showed retinal hemorrhages<br>*rash post fosphenytoin*<br>**Exam:** nl tone, arousable, pinpoint pupils<br><br>*Head CT 4/21 stable SDH* | 1. Fentanyl 7 mcg IV q1 prn<br>2. Versed 1.2mg IV q1 prn<br>3. Fosphenytoin 20mg IV q12<br><br>**Neuro - Assessment & Plan:** subdural hematoma, ~~r/o~~ NAT *emesis*<br>1. neurosurgery following<br>2. 4/21/09 CT head to follow up SDH<br>3. optho c/s to evaluate for retinal hemorrhages *extensive*<br>4. ~~hold sedation for extubation~~ *Neuro c/s → EEG* |
| **CVS:**<br>HR ~~140-190~~ BP: 70-100/~~48-70~~ 50's<br>MAP: 130-190 CVP:<br><br>Exam: | 1.<br>**CVS - Assessment & Plan:** stable<br>1. no issues<br>2.<br><br>*Phenytoin 50kg pp 20-30 mg/kg b BID* |
| **Pulmonary.** intubated 4/20- 4/21, stridor immediately post extubation<br>Racemic Epi x 1 dose 4/21 *1.5 LNC → RA 4pm 4/21*<br><br>RR: ~~30-40~~ Sats: ~~100%~~ 95-100%<br>*40-50's*<br>Exam: *stridor*<br>CXR:<br>\BG:    /   /   /   / | 1. Decadron 3.5 mg IV q6 x 24 *Racemic Epi q 2 pr*<br>**Pulmonary - Assessment & Plan:** *stridor stridor*<br>1. *monitor stridor extubation* |
| **Infectious Disease**<br>Temp:<br><br>WBC:<br><br>Cultures: Blood cx 4/20, urine cx 4/20 NGTD, sputum culture few WBC,<br>many GPC, GNR | 1. ~~CTX 340mg IV q24~~ *D/C 4/21*<br>2. Tylenol prn po q4 fever<br>**Infectious Disease - Assessment & Plan:**<br>1. follow up cultures<br>2. |
| **Heme:**<br><br>〉〈    〉〈 | 1.<br>2.<br>**Heme – Assessment & Plan:**<br>1. no issues |
| **FEN/GI:** 4/21 OG removed, advanced feeds 4/21<br><br>IN/OUT: 5+6+2+7 967/549<br>UOP:   mL/kg/hr   BM/Emesis:<br>Diet: Similac po ad lib<br>UA glucose 250, 15 ketones<br><br>Exam:<br>42 108 4 TH 9.5<br>5 23 2 | 1. D5 NS @ 30cc/hr *5*<br>**FEN/GI - Assessment & Plan:**<br>1. HLIV today<br>2. follow up accuchecks q4<br>3. *repeat UA today prior to d/c foley* |
| **Social:** CPS called from ED, homicide detective involved (confession from baby sitter who shook baby), social work involved, Dr. Hauda consulted | **Assesment & Plan:**<br>1. skeletal survey 4/22<br>*transfer to floor today (written)* |

*[signature]*

Susan Mabrouk, M.D., P13755

4/22/2009 4/22/2009 7:46 AM

MED0530

<u>**Pediatric ICU Attending Note**</u>
<u>**4/21/09  Time: 1240**</u>

W████ N███G 
MRN 4305493
DOB: ████08

**ID:** 4.5 mo. male admitted with seizure after choking episode at daycare→Subdural hematoma
**Interim history:** Pt. waking up more overnight→requiring more sedation. Opening eyes, moving all extremities. Sucking on ETT. Repeat Head CT today with stable subdural hematoma. Stable on vent. +temp last night likely secondary to SDH. Optho eval today revealed bilateral retinal hemorrhages.

**Images reviewed=** Head CT today with stable posterior SDH, no mass effect.
**Labs:** Coags INR 1.3 Plt >100 Hct stable.
**Numeric details per resident note.**

**PE:**        full,
Intubated, AF- ~~soft,~~. Pupils- dilated (after eye drops), +retinal hemorrhages bilat.
RRR –m/r/g  Lungs- clear, no distress, symmetric chest wall movement, -flaring, -retr
Abd- soft, NT, ND +BS
Extr- warm, 2+ pulses, CRT < 2 sec.  No deformities.
Skin- no bruising.

**A/P:** 4.5 mo. male with SDH, bilateral retinal hemorrhages consistent with NAI.  Overall, pt. more active today.  Will attempt extubation and then obtain skeletal survey.
- Neuro- On Fosphenytoin BID.  Minimize sedation for extubation. NSurg following.
- CV- stable
- Resp-  Wean vent rate today and attempt extubation if pt. ready.
- GI- NPO for now.  Will have speech, PT, OT eval prior to PO feed trial after extub.
- Heme- Coags essentially normal, Plt ok.  Will get further heme w/u if requested by Dr. Houda
- Dr. Houda consulted and involved.  He will talk to detectives.
- Social- Both mom and dad and extended family updated on optho findings.

Swati Agarwal, MD  Pager 13742

 **INOVA FAIRFAX HOSPITAL**

Admission Date: 4/20/2009 5:18 PM (ET)
Patient Name: W██████ N██
MRN: 04305493
Account Number: 037373672
Location: W5E / W5E-W501-FW501-01

## CM Assessment: Daily/ Weekly Notes

### Patient Information - MRN # 04305493 - W██████, N██

| Name: | N██ W██████ | Admission Date: | 4/20/2009 5:18 PM (ET) |
|---|---|---|---|
| MRN: | 04305493 | Account Number: | 037373672 |
| Date of Birth: | ████2008 (age 5 month(s)) | Social Security Number: | |
| Gender: | Male | Marital Status: | Single |
| Primary Diagnosis: | TRAUMATIC SUBDURAL HEM | Secondary Diagnosis: | |
| Address: | ████████ ALEXANDRIA, VA██ | Home: Work: Alternative: | (571) 332-1201 |
| Admitting Physician: | AGARWAL, SWATI | Attending Physician: | AGARWAL, SWATI |
| Readmit: | No | Last Discharge Date: | |
| Primary Plan Description: | BC CAREFIRST NCA 080 | Primary Plan Number: | XIP901804718 |
| Secondary Plan Description: | | Secondary Plan Number: | |

### Assessment Notes - MRN # 04305493 - W██████ N██

| Assessment Note Created By: | Sweatt, Layne | Department: | Case Management |
|---|---|---|---|
| Assessment Note Created On: | 4/23/2009 11:58 AM (ET) | | |

**Notes:**

SOCIAL WORK NOTE

LATE ENTRY FOR 4/22/2009 (put into system on 4/23/209)

On 4/22/209, sw contacted Dr. Kronen regarding patient/family situation, requesting he see parents to provide additional evaluation,support and interventions to them during this most difficult time. He indicated he would be in touch with parents.

SW met with mother on 4/22/2009, one-on-one, surrounding the events that have occurred. Encouraged her to express her feelings and to talk about the events as she understands them and her feelings as much as possible. SW also met with grandmother today, to provide additional support to her.

Will continue to monitor/follow this situation. This SW did not receive a phone call back from the Child Protective Services worker but will try to follow up again in this regard. SW has been told that daycare provider is being investigated/in custody.

Layne Sweatt, LCSW
x7968

4/23/09

MED0532

1PN

| Date & Time | ALL ENTRIES | PHYSICIAN signature includes complete Name and ID# |
|---|---|---|

| DATE | TIME | |
|---|---|---|
| 4/12/05 | 1945 | EEG Completed : 2 Hzly Re2GT<br>For Results Call: 703-480-0956<br>Facility Code: 1100<br>User ID=99999 Press 2<br>Listen by Patient ID: Press 3<br>Enter Medical Record Number<br>Multiple Records: Press 5 to Advance |

CAT SCAN COMPLETED
DATE 4-22-09
TIME 1530
TECHNOLOGIST JP
EXAM Head

DO NOT USE

U
QD
qd
IU
µg
QOD
QID/qid
AU
AS
AD

MS
MSO4
MgSO4
AZT

Nitro
drip

PATIENT IDENTIFICATION

 
 
04305493  4M  M  FH 37373672
PADM      ADM    ACCT STRT

**INOVA HEALTH SYSTEM**
**PATIENT PROGRESS NOTES**

CAT # 84797A / R102408
IHS-MS-PROG

MED0533

### Pediatric ICU Attending Note
### 4/22/09  Time: 1400

 W███ N██G
MRN 4305493
DOB: ████08

**ID:** 4.5 mo. male admitted with seizure, SDH, retinal hemorrhages c/w NAI
**Interim history:** Extubated yesterday and breathing comfortably now on RA. Did have some transient stridor that improved after racemic epi.  On Decadron x 4 doses now.  No seizures o/n but is having some tonic activity today mostly right sided.  Also captured on EEG.  13 min. of seizure activity stopped spontaneously—but Ativan given after.  Dilantin level pending.

**Images reviewed=** none
**Labs:** Dilantin level pending.
**Numeric details per resident note.**

**PE:**
Intubated, AF- full,  Pupils- reactive bilat.  ? tracks to light.
RRR –m/r/g  Lungs- clear, no distress, symmetric chest wall movement, -flaring, -retr
Abd- soft, NT, ND +BS
Extr- warm, 2+ pulses, CRT < 2 sec.  No deformities.
Skin- no bruising.
**Neuro-** moving all 4 extr, ? decr mvt on right but IVs are in Right extremities.  Seizure activity of tonic movement of right leg, arm, and right lip/cheek.  No cyanosis or apnea.

**A/P:** 4.5 mo. male with SDH, bilateral retinal hemorrhages consistent with NAI.  With seizures today.  EEG in progress.  Will check Dilantin level and consider re-load.  Re-discuss changing to Keppra w/ Neuro.
- Neuro- F/U EEG.  D/W AED treatment with Neuro.
- CV- stable
- Resp- Stable on RA.  No desats with sz but will place NCO2 just in case.
- GI- PO improving.  No signs of aspiration.
- Heme- stable.
- Dr. Houda consulted and involved.  Awaiting skeletal survey.
- Social- Both mom and dad and extended family updated.

Swati Agarwal, MD  Pager 13742

| Date & Time | ALL ENTRIES | PHYSICIAN signature includes complete Name and ID# |
| --- | --- | --- |

| DATE | TIME | |
| --- | --- | --- |
| | | Nurse NdE |
| 4/23/09 | 0650 | Pt č seizure on R side of face č mouth twitch and R eye twitch. Pt given Ativan x1 and the Batvu @ bedside to assess pt per Dr Gruendl. — phenobarbital 40g given @ this time — cont to assess pt for seizure activity.  ──── RN |
| 4/23/09 | 0900 | Nurse Note Pt č upper airway stridor — racemic epi gtt x1 will cont to assess pt resp stat ──── RN |
| 4/23/09 | 0800 | Ped Neurology 1-2 minute (R sided clonus) Sz started yesterday late AM during the EEG recording. The EEG showed appropriate L hemisphere periodic activity during clinical events and gen/sd slowing interictally. The Sz have increased in frequency through the night, resulting in incremental efforts to optimize the phenobarb levels, up to 27 μ/dl. But he still broke through. There are momentary tufts of decreased clinical Sz w/ intermittent Ativan use. IV loading of Keppra 20 mg/kg has not decreased the Sz frequency. None last more than 2min. Incremental loading doses of Phenobarbital has been given, just now complete the 2nd load of 5mg/kg, w/ some decrease of seizures. There are genuine attempts to avoid re-intubation. EXAM / Shows good flexion posture of ext, sym resistance (mild) of all 4 ext, sym ↑ve DTRs. Pupils 2/2 ↓↓ 1 min. Breathing spontaneously. Ant font still firm. IMP Persistent Sz suggest underlying cerebral contusion not seen on serial head CT (cont'd →) |



W
N
04305493   4M  M
PADM        ADM

G                08
FH 37373672
ACCT STRT

INOVA HEALTH SYSTEM
**PATIENT PROGRESS NOTES**

CAT # 84797A / R102408
IHS-MS-PROG
PKGS OF 100

MED0535

| DO | NOT | USE |
| --- | --- | --- |
| U | | |
| QD | | |
| qd | | |
| IU | | |
| μg | | |
| QOD | | |
| QID/qid | | |
| AU | | |
| AS | | |
| AD | | |
| MS | | |
| MSO4 | | |
| MgSO4 | | |
| AZT | | |
| Nitro drip | | |

1PN

| Date & Time | ALL ENTRIES | PHYSICIAN signature includes complete Name and ID# |
| --- | --- | --- |

| DATE | TIME | |
| --- | --- | --- |
| 4/23/09 | 0800 | (Cen Md — Ped Neurology) |

PLAN: 1/ Needs continuous EEG ASAP
2/ Head MRI when stable
3/ Probably needs more phenobarb
   & possible reintubation and
   supported ventilation -
4/ Phenobarb level after completion
   of 20 mg/kg load w/ the
   then
5/ optimize levels to 25-35 µg/dl
   of the phenobarbital.

W. Yoney
1216

DO
NOT
USE

U
QD
qd
IU
µg
QOD
QID/qid
AU
AS
AD

| 4/23/09 | 1050 | |

Neurodynatic Department
p EEG electrodes applied ..... Collodin in
accordance to the int 10-20 system. Cushing
GTR already started ..... while can
per Neurology request. Patient family and
..... nurse info ....
Michael Schuster
R. ..... BS

MS
MS04
MgSO4
AZT

| 4/23/09 | 12 4 | |

Inova FACT Department
Skeletal survey reviewed, minor abn @ distal ℞
radius & ulna, no other apparent Injuries, no conclusive
trauma on survey, still recommend repeat skeletal survey
around May 1st. This can be inpatient, or if pt has been
d/c from hospital it will be arranged through the
Inova FACT Department.
Call w/ questions 703 967 6798

Nitro
drip

#29R

PATIENT IDENTIFICATION



W........... 08
N...........
04305493   4M   M   FH 37373672
PADM        ADM        ACCT STRT

**INOVA HEALTH SYSTEM**
**PATIENT PROGRESS NOTES**

CAT # 84797A / R102408
IHS-MS-PROG

MED0536

| Date & Time | | ALL ENTRIES | PHYSICIAN signature includes complete Name and ID# |
|---|---|---|---|
| **DATE** | **TIME** | | |

Neuro

4/23/09
12:00p — 99⁷   90-100 / 50-60   110-180   Sat 100%

DS NS 635 — ~~intubated~~
Keppra — repeat 2b → 2 b/l
plan hold — MAE to stimulate
Dilantin

A/P — 4 mth old ♂ c̄ fibril SDH
① Cts to follow new exam
② Treat seizure to antismts per neuro
③ Re need cts ...... Cat scan ....
chage in exam

DO
NOT
USE

U
QD
qd
IU
µg
QOD
QID/qid
AU
AS
AD
MS
MS04
MgSO4
AZT

Nitro
drip

PATIENT IDENTIFICATION






W
N
04305493   4M  M  FH  37373672   /08
PADM        ADM        ACCT STRT

**INOVA HEALTH SYSTEM**
## PATIENT PROGRESS NOTES

CAT # 84797A / R102408
IHS-MS-PROG

MED0537

## PICU Resident Progress Note

**Thursday, April 23, 2009**

Name: W█████ N████  Room: 501  Age: 4.5 months
DOB: ████2008  MRN: 4305493  Admit Date: 4/20/2009
Wt: 6.8kg  PICU admit: 4/20/2009

| | |
|---|---|
| **Problem List:**<br>1. subdural hematoma<br>2. b/l retinal hemorrhages<br>3. NAT<br>4. Right focal seizures | **Allergies:** NKDA , NKFA<br><br>**Lines/Tubes/Drains:**<br>1. PIV |
| **Neuro:** optho c/s showed retinal hemorrhages, neuro c/s EEG and dilantin level, 4/22 right sided focal clonic movements<br><br>**Exam:** decreased tone, drowsy, pinpoint pupils, decreased mvt of R side > L<br><br>4/21 CT head stable SDH<br>4/22 CT head stable SDH<br>4/22 Dilantin levels 10, 27, EEG → p subclinical seizures<br>4/23 Dilantin level 20, Phenobarbital 25 (nl) | 1. Phenobarbital 10mg IV q12<br>2. Phenobarbital 40mg IV q1 hr x3, 35mg IV x1<br>3. Fentanyl 7 mcg IV q1 prn<br>4. Versed 1.2mg IV q1 prn<br><br>**Neuro - Assessment & Plan:** subdural hematoma, NAT<br>1. neurosurgery following-> no CTs needed,<br>2. neurology following-> continuous EEG, d/c Keppra and Fosphenytoin, PB level 4/24 |
| **CVS.** 4/22 occasional bradycardia lasting few seconds<br>HR 110-160 BP: 90-100<br>50-70's<br>**Exam:**<br>RRR S1S2 pm 2+ brachial pulses | 1.<br>**CVS - Assessment & Plan:** stable<br>1. monitor for bradycardia (? Possibly secondary to inc ICP).<br>2. |
| **Pulmonary.** intubated 4/20- 4/21, stridor immediately post extubation and received Racemic Epi, 4/23 HHNC due to apnea/resp distress<br><br>RR:  Sats:<br>**Exam:** initially → nasal flaring supraclavicular pxs post HHNC → ↓ resp distress<br>**CXR:** 4/23 peripheral airspace opacities | 1. Racemic Epi 11.25mg inh q2 prn stridor<br>2.<br>**Pulmonary - Assessment & Plan:** stridor post extubation, apnea<br>1. Monitor for resp distress esp while seizing |
| **Infectious Disease**<br>Temp: afebrile<br><br>WBC:<br><br>Cultures: Blood cx 4/20 NGTD, urine cx 4/20 negative, sputum culture heavy growth staph aureus (pan sensitive) and strep pneumoniae | 1. Tylenol 100mg prn po/pr q4 fever<br><br>**Infectious Disease - Assessment & Plan:**<br>1. follow up blood culture<br>2. |
| **Heme:** SDH stable | 1.<br>2.<br>**Heme – Assessment & Plan:**<br>1. no active bleeding |
| **FEN/GI:** 4/21 OG removed, advanced feeds 4/21, on 4/22 NPO, MIVF, 4/23 NS bolus, ND placement and start feeds<br><br>IN/OUT: 840/972  Balance: -132<br>UOP: 6 mL/kg/hr  BM/Emesis: x 2<br>Diet: Similac 20cal/oz ND<br>repeat UA 4/22 negative<br>KUB to follow up ND placement<br><br>Exam: Soft +NTND NABS | 1. D5 NS @  cc/hr<br><br>**FEN/GI - Assessment & Plan:**<br>1. weaning IVF to15cc/hr then to 2cc/hr when place ND + T feed<br>2. start Similac feeds at 5cc/hr then increase by 10cc/hr q2hr to goal of 30cc/hr (70 cal/kg/day = 106 cc/kg/day)<br>3. 4/24 AM labs: CMP |
| **Social:** CPS called from ED, homicide detective involved (confession from baby sitter who shook baby), social work + Dr. Hauda involved, Dr. Kronen consulted for mom | **Assesment & Plan:** NAT, mom with anxiety<br>1. skeletal survey 4/22 negative for fractures<br>2. per FACT team, needs May 1st repeat skeletal survey (inpt/outpt)<br>DT/OT following |
| **PMR:** Speech: reassess when taking po, PT/OT recs: extensive therapy | |

Susan Mabrouk, M.D., P13755
4/23/20094/23/2009 2:12 PM

MED0538

 **INOVA FAIRFAX HOSPITAL**

Admission Date: 4/20/2009 5:18 PM (ET)
Patient Name: W██████ N██
MRN: 04305493
Account Number: 037373672
Location: W5E / W5E-W501-FW501-01

## CM Assessment: Daily/ Weekly Notes

### Patient Information - MRN # 04305493 - W██████, N██

| Name: | N██ W██████ | Admission Date: | 4/20/2009 5:18 PM (ET) |
|---|---|---|---|
| MRN: | 04305493 | Account Number: | 037373672 |
| Date of Birth: | ████2008 (age 5 month(s)) | Social Security Number: | |
| Gender: | Male | Marital Status: | Single |
| Primary Diagnosis: | TRAUMATIC SUBDURAL HEM | Secondary Diagnosis: | |
| Address: | ALEXANDRIA, VA ████ | Home: Work: Alternative: | (571) 332-1201 |
| Admitting Physician: | AGARWAL, SWATI | Attending Physician: | AGARWAL, SWATI |
| Readmit: | No | Last Discharge Date: | |
| Primary Plan Description: | BC CAREFIRST NCA 080 | Primary Plan Number: | XIP901804718 |
| Secondary Plan Description: | | Secondary Plan Number: | |

### Assessment Notes - MRN # 04305493 - W██████  N██

| Assessment Note Created By: | Sweatt, Layne | Department: | Case Management |
|---|---|---|---|
| Assessment Note Created On: | 4/23/2009 11:58 AM (ET) | | |
| Notes: | | | |

SOCIAL WORK NOTE

LATE ENTRY FOR 4/22/2009 (put into system on 4/23/209)

On 4/22/209, sw contacted Dr. Kronen regarding patient/family situation, requesting he see parents to provide additional evaluation,support and interventions to them during this most difficult time. He indicated he would be in touch with parents.

SW met with mother on 4/22/2009, one-on-one, surrounding the events that have occurred. Encouraged her to express her feelings and to talk about the events as she understands them and her feelings as much as possible. SW also met with grandmother today, to provide additional support to her.

Will continue to monitor/follow this situation. This SW did not receive a phone call back from the Child Protective Services worker but will try to follow up again in this regard. SW has been told that daycare provider is being investigated/in custody.

Layne Sweatt, LCSW
x7968

*Layne Sweatt*                                      4/23/09



**INOVA FAIRFAX HOSPITAL**

Admission Date: 4/20/2009 5:18 PM (ET)
Patient Name: W███████ N██
MRN: 04305493
Account Number: 037373672
Location: W5E / W5E-W501-FW501-01

## Patient Information - MRN # 04305493 - W███████, N██

| Name: | N██ W███████ | Admission Date: | 4/20/2009 5:18 PM (ET) |
|---|---|---|---|
| MRN: | 04305493 | Account Number: | 037373672 |
| Date of Birth: | ████2008 (age 5 month(s)) | Social Security Number: | |
| Gender: | Male | Marital Status: | Single |
| Primary Diagnosis: | TRAUMATIC SUBDURAL HEM | Secondary Diagnosis: | |
| Address: | ████████████ ALEXANDRIA, VA█ | Home: Work: Alternative: | (571) 332-1201 |
| Admitting Physician: | AGARWAL, SWATI | Attending Physician: | AGARWAL, SWATI |
| Readmit: | No | Last Discharge Date: | |
| Primary Plan Description: | BC CAREFIRST NCA 080 | Primary Plan Number: | XIP901804718 |
| Secondary Plan Description: | | Secondary Plan Number: | |

## Assessment Notes - MRN # 04305493 - W███████ N██

| Assessment Note Created By: | Ayoub, Linda | Department: | | Case Management |
|---|---|---|---|---|
| Assessment Note Created On: | 4/23/2009 10:40 AM (ET) | | | |
| Notes: | | | | |

Per resident's request, met with parents in early am of today due to parents fragile emotional status and anxiety surrounding their child's medical circumstances....psych consult ordered after parents agreed to meeting with psychiatrist this morning. Layne Sweatt, social worker, very involved with the family and offering support as needed. Linda A at 4113

_Linglu_
( LINDA Ayous, RN)
4/13

4/24/09
Case Mgr.

© 1998-2009 Extended Care Information Network, Inc. All rights reserved. [Production(HA-885)]

MED0540

<u>**Pediatric ICU Attending Note**</u>
<u>**4/23/09  Time: 1400**</u>


MRN 4305493
DOB: ███08

**ID:** 4.5 mo. male admitted with seizure, SDH, retinal hemorrhages c/w NAI with status epilepticus
**Interim history:** Right sided generalizing to left sided seizures overnight c/w status epilepticus.  Dilantin, Keppra and phenobarb loads given.  Dilantin level 27→20, phenobarb level 25 after 20 mg/kg this a.m. Cont. EEG in place.  Pt with some stridor and retractions therefore placed on HHNC 8 lpm with improvement.  Afebrile.  No signif bradys.  NPO.

**Images reviewed=** ? rml haziness
**Labs:**  per HPI and resident note
**Numeric details per resident note.**

**PE:**
AF- full,  Pupils- reactive bilat., sedated
RRR –m/r/g  Lungs- clear, no distress, symmetric chest wall movement, -flaring, mild retr
Abd- soft, NT, ND +BS
Extr- warm, 2+ pulses, CRT < 2 sec.  No deformities.
Skin- no bruising.
**Neuro-** somewhat hypertonic today in all extr, no clonus

**A/P:** 4.5 mo. male with SDH, bilateral retinal hemorrhages consistent with NAI.  With status epilepticus-- cont. EEG in progress.  Neurology following and recommends Phenobarbital treatment with goal phenobarb level 25-30.

- Neuro- Cont. EEG.  Phenobarb BID.  Follow levels.  Stop other AEDs.  Ativan prn.  Goal to control seizures today.  Will need MRI when stable.  PT/OT/Speech involved.
- CV- stable
- Resp-  Improved on HHNC.  Will intubate if necessary given side effects of sedation of AEDs.
- GI- Place ND tube and start feeds.
- Heme- stable.
- Dr. Houda consulted and involved.  Skeletal survey negative, ? right wrist abnl.  Repeat skeletal survey around May 1st.
- Social- Both mom and dad and extended family updated.  Psych/SW/Case Mgt involved.

Swati Agarwal, MD  Pager 13742



**INOVA FAIRFAX HOSPITAL**

Admission Date: 4/20/2009 5:18 PM (ET)
Patient Name: W██████ N██
MRN: 04305493
Account Number: 037373672
Location: W5E / W5E-W501-FW501-01

## Patient Information - MRN # 04305493 - V██████, N██

| Name: | N██ W████ | Admission Date: | 4/20/2009 5:18 PM (ET) |
|---|---|---|---|
| MRN: | 04305493 | Account Number: | 037373672 |
| Date of Birth: | ████2008 (age 5 month(s)) | Social Security Number: | |
| Gender: | Male | Marital Status: | Single |
| Primary Diagnosis: | TRAUMATIC SUBDURAL HEM | Secondary Diagnosis: | |
| Address: | ██████ ALEXANDRIA, VA██ | Home: Work: Alternative: | (571) 332-1201 |
| Admitting Physician: | AGARWAL, SWATI | Attending Physician: | AGARWAL, SWATI |
| Readmit: | No | Last Discharge Date: | |
| Primary Plan Description: | BC CAREFIRST NCA 080 | Primary Plan Number: | XIP901804718 |
| Secondary Plan Description: | | Secondary Plan Number: | |

## Assessment Notes - MRN # 04305493 - V██████ N██

| Assessment Note Created By: | Sweatt, Layne | Department: | Case Management |
|---|---|---|---|
| Assessment Note Created On: | 4/24/2009 2:09 PM (ET) | | |
| Notes: | | | |

SOCIAL WORK NOTE

4/24/2009 1400

SW left a message for Fairfax County Child Protective Services worker requesting an update on investigation/situation. Also, on the message, asked about any services (such as counseling) through victim services that might be available to this family.

SW continues to support family and follow this situation. Met with father who said that he and his wife continue to meet with Dr. Kronen, psychiatrist, and that this has been helpful. Mother more interactive, involved, and rested today, per father.

Layne Sweatt, LCSW
x7968

*[handwritten signature]* Layne Sweatt
7968    4/24/09

© 1998-2009 Extended Care Information Network, Inc. All rights reserved. [Production(PO-885)]

MED0542

| Date & Time | ALL ENTRIES | PHYSICIAN signature includes complete Name and ID# |
| DATE | TIME | |

Neurosurg

4/23/09
11:00 — Patient on continous EEG monitoring and noted to have another seizure. Would recommend continued anticonvulsant treatment per neurology for seizures. No acute neurosurgical intervention at this time. Would get repeat Head CT if decline in neurologic exam noted. Call c̄ questions

**DO NOT USE**

U
QD
qd
IU
µg
QOD
QID/qid
AU
AS
AD
MS
MS04
MgSO4
AZT
Nitro drip

4/24/09 0600 Ped Neurology
3 clinical seizures reported overnight, there were more than 6 electrographic Sz, all looked similar on the EEG whether w/ clinical event or not. The electrographic Sz look like periodic epileptiform discharges of 1 Hz frequency — even w/ clinical Sz.
Exam: The last seen was at 5 AM when the phenobarb level was 48 mg/dl
EXAM: Eyes opened some respiratory movements, mostly interactive movements
PERRL. Pupils 4/4 → 2/2.
IMP: Frequent motored seizures subclinical & clinical lasting more than 15 min each episode with adequate phenobarb level
SUGGEST 1/ Versed drip to burst suppression pattern x 24 hours minimum
2/ Maintain phenobarb level 35 - 40
3/ Anticipate need for intubation.
4/ Will need head MRI ( ) when stable.

PATIENT IDENTIFY

4M  M   FH 37373672
ADM      ACCT STRT
04305493
PADM

**INOVA HEALTH SYSTEM**
**PATIENT PROGRESS NOTES**

CAT # 84797A / R102408
IHS-MS-PROG

MED0543