
Admission Date: 4/20/2009 5:18 PM (ET)
Patient Name: W[redacted] N[redacted]
MRN: 04305493
Account Number: 037373672
Location: W5E / W5E-W501-FW501-01

## Patient Information - MRN # 04305493 - W[redacted], N[redacted]

| Name: | N[redacted] W[redacted] | Admission Date: | 4/20/2009 5:18 PM (ET) |
|---|---|---|---|
| MRN: | 04305493 | Account Number: | 037373672 |
| Date of Birth: | [redacted]2008 (age 5 month(s)) | Social Security Number: | |
| Gender: | Male | Marital Status: | Single |
| Primary Diagnosis: | TRAUMATIC SUBDURAL HEM | Secondary Diagnosis: | |
| Address: | [redacted]<br>ALEXANDRIA, VA [redacted] | Home:<br>Work:<br>Alternative: | (571) 332-1201 |
| Admitting Physician: | AGARWAL, SWATI | Attending Physician: | AGARWAL, SWATI |
| Readmit: | No | Last Discharge Date: | |
| Primary Plan Description: | BC CAREFIRST NCA 080 | Primary Plan Number: | XIP901804718 |
| Secondary Plan Description: | | Secondary Plan Number: | |

## Assessment Notes - MRN # 04305493 - W[redacted] N[redacted]

| Assessment Note Created By: | Sweatt, Layne | Department: | Case Management |
|---|---|---|---|
| Assessment Note Created On: | 4/24/2009 2:09 PM (ET) | | |

Notes:

SOCIAL WORK NOTE

4/24/2009 1400

SW left a message for Fairfax County Child Protective Services worker requesting an update on investigation/situation. Also, on the message, asked about any services (such as counseling) through victim services that might be available to this family.

SW continues to support family and follow this situation. Met with father who said that he and his wife continue to meet with Dr. Kronen, psychiatrist, and that this has been helpful. Mother more interactive, involved, and rested today, per father.

Layne Sweatt, LCSW
x7968

Layne Sweatt
7968
4/24/09

© 1998-2009 Extended Care Information Network, Inc. All rights reserved. [Production(PO-885)]

MED0544

# PICU Resident Progress Note

**Friday, April 24, 2009**

Name: W[redacted], N[redacted]
Room: 501
Age: 4.5 months
DOB: [redacted]2008
MRN: 4305493
Admit Date: 4/20/2009
Wt: 6.8kg
PICU admit: 4/20/2009

| | |
|---|---|
| **Problem List:**<br>1. subdural hematoma<br>2. b/l retinal hemorrhages<br>3. NAT<br>4. Right focal seizures | **Allergies:** NKDA , NKFA<br><br>**Lines/Tubes/Drains:**<br>1. PIV |
| **Neuro:** optho c/s showed retinal hemorrhages, neuro c/s EEG and dilantin level, 4/22 R sided focal clonic movements, 4/23 generalized sz<br><br>Exam: decreased tone, drowsy, pinpoint pupils, decreased mvt of R side > L<br><br>4/21 CT head stable SDH<br>4/22 CT head stable SDH<br>4/22 Dilantin levels 10, 27<br>4/23 Dilantin level 20, Phenobarbital 25 (nl) -> 30<br>4/24 Phenobarbital 48 | 1. Phenobarbital 10mg IV q12<br>2. Fentanyl 7 mcg IV q1 prn<br>3. Versed 1.2mg IV q1 prn<br><br>**Neuro - Assessment & Plan:** subdural hematoma, NAT<br>1. neurosurgery following-> no CTs needed,<br>2. neurology following-> continuous EEG, d/c Keppra and Fosphenytoin, PB level 4/24<br>burst suppression for 24hr c Versed drip<br>goal PB level 30's |
| **CVS.** 4/22 occasional bradycardia lasting few seconds<br>HR 120~150 BP: 70-90's / 45-65<br>Exam: CTAB ø stridor noted | 1.<br>**CVS - Assessment & Plan:** stable<br>1. monitor for bradycardia (? Possibly secondary to inc ICP)<br>2. |
| **Pulmonary.** intubated 4/20- 4/21, stridor immediately post extubation and received Racemic Epi, 4/23 HHNC due to apnea + resp distress<br><br>HHNC 8 L FiO2 50% to [illegible]<br>RR: 30-45 Sats: 100% to [illegible]<br>Exam: RRR S1S2 øM 2+ femoral pulses<br><br>CXR: 4/23 peripheral airspace opacities | 1. Racemic Epi 11.25mg inh q2 prn stridor<br>2.<br>**Pulmonary - Assessment & Plan:** stridor post extubation, apnea s/p PB administration, on HHNC<br>1. Monitor for resp distress esp while seizing<br>2. May need intubation w/ Versed drip |
| **Infectious Disease**<br>Temp: Tm 100.4<br><br>WBC:<br><br>Cultures: Blood cx 4/20 NGTD, urine cx 4/20 negative, sputum culture heavy growth staph aureus (pan sensitive) and strep pneumoniae | 1. Tylenol 100mg prn po/pr q4 fever<br><br>**Infectious Disease - Assessment & Plan:**<br>1. follow up blood culture<br>2. |
| **Heme:** SDH stable | 1.<br>2.<br>**Heme – Assessment & Plan:** SDH s/p NAT<br>1. no active bleeding |
| **FEN/GI:** 4/21 OG removed, advanced feeds, on 4/22 NPO, MIVF, 4/23 NS bolus, ND placement and start feeds<br><br>IN/OUT: 420 / 465 Balance: -45cc<br>UOP: 2.8 mL/kg/hr BM/Emesis: ø<br>Diet: Similac 20cal/oz ND 30cc/hr<br>repeat UA 4/22 negative<br>KUB ND in place<br>5.2 / 3 / 0.2 / 38 / 46 / 144<br><br>Exam: soft NTND NABS ø Masses<br>136 / 99 / 3 / 4.7 / 29 / 0.2 / 91 / 9.5 | 1. ~~D5 NS @ 2 cc/hr~~ HLIV<br><br>**FEN/GI - Assessment & Plan:** enteric feeds started 4/23<br>1. Similac feeds at 30cc/hr (70 cal/kg/day = 106 cc/kg/day)<br>2. 4/24 AM labs: CMP<br>3. Monitor if stools today (ø yesterday) may give Glycerin suppository |
| **Social:** CPS called from ED, homicide detective involved (confession from baby sitter who shook baby), social work + Dr. Hauda involved, Dr. Kronen consulted for mom<br><br>**PMR:** Speech: reassess when taking po, PT/OT recs: extensive therapy | **Assesment & Plan:** NAT<br>1. skeletal survey 4/22 negative for fractures<br>2. per FACT team, needs May 1st repeat skeletal survey (inpt/outpt) |

[signature]
Susan Mabrouk, M.D., P13755
4/24/2009 7:38 AM

MED0545

**Pediatric ICU Attending Note**
**4/24/09 Time: 1000**

W[redacted], N[redacted]G
MRN 4305493
DOB: [redacted]08

**ID:** 4.5 mo. male admitted with seizure, SDH, retinal hemorrhages c/w NAI with status epilepticus
**Interim history:** 4 clinical seizures yesterday with more than that seen on EEG. Phenobarb boluses and level 48 this a.m. Pt. responsive and moving all extr. Tolerated ND feeds. Stable on HHNC.

**Images reviewed**= none
**Labs:** per HPI and resident note
**Numeric details per resident note.**

**PE:**
AF- full, Pupils- reactive bilat., HHNC in place at time of exam.
RRR –m/r/g Lungs- clear, no distress, symmetric chest wall movement, -flaring, - retr
Abd- soft, NT, ND +BS
Extr- warm, 2+ pulses, CRT < 2 sec. No deformities.
Skin- no bruising.
**Neuro-** baseline seems somewhat flexed, moving all extr and vocalizing today.

**A/P:** 4.5 mo. male with SDH, bilateral retinal hemorrhages consistent with NAI. With status epilepticus--cont. EEG in progress. Given continued intermitten seizures (both clinical and sub-clinical) intubate and start versed infusion. Cont phenobarb with goal level in 25-30s.

- Neuro- Cont. EEG. Phenobarb BID. Follow levels. Start Versed drip and titrate to burst suppression. Will need MRI when stable. PT/OT/Speech involved.
- CV- stable
- Resp- Intubate to protect airway given side effects of AED treatment.
- GI- Restart feeds after intubation.
- Heme- stable.
- Dr. Houda consulted and involved. Skeletal survey negative, ? right wrist abnl. Repeat skeletal survey around May 1st.
- Social- Both mom and dad and extended family updated. Psych/SW/Case Mgt involved.

Swati Agarwal, MD Pager 13742

11:47:35 AM, 4/24/2009

# Pediatric Critical Care
# Intubation Note

This Patient was intubated with a 3.5 cuffed endotracheal tube.

The technique was performed using a routine intubation technique.

A Miller blade was used to facilitate the intubation.

The CXR showed that ETT is in Good Position.

Risks, benefits and alternatives were given to the family/guardian.

The intubation was confirmed by presence of $CO_2$.

| Indication(s) for the intubation |
|---|
| Airway Protection |

| Anesthestics Used |
|---|
| Atropine<br>Fentanyl<br>Midazolam<br>Vecuronium |

**Initial Ventilator Settings:**

| Vt: NA | Rate: NA | PEEP: NA | FiO2: NA | PIP: NA |
|---|---|---|---|---|

**Additional Notes:**

intubation performed by Dr. Mabrouk under my direct and constant supervision

Cynthia Gibson, M.D.

1PN

| Date & Time | | ALL ENTRIES — PHYSICIAN signature includes complete Name and ID# |
|---|---|---|
| DATE | TIME | |
| | | Procedure Note |
| 4/24/09 | 1145AM | Intubation @ 1130AM with ETT 3.5, cuffed. Prior to procedure, Fentanyl 14 mcg, Versed 7 mg, and Atropine 0.1 mg IV given and bagged for 2-3 min. Vecuronium given 0.7 mg IV and bagged 1-2 min. With laryngoscope Miller 1.0 visualized ND tube and vocal cords and placed ETT past vocal cords without much resistance. ETCO2 was reading 30's and condensation on ETT as well as chest rise. ⊕ ① sided BS, removed ETT slightly to 12 cm, taped at lip. Vent started SIMV VC PSO, [illegible] BS equal b/l and chest rise symmetrical. CXR ordered STAT to assess placement. Dr. Gibson @ bedside [signature] MABROUK #3755 |
| 4/24/09 | 1525 | Nutrition<br>O: Diet: Similac 20 @ 30 cc/hr = 70 Kcals/Kg<br>Ht: 65 cm (62nd %) Wt: 6.8 Kg (39th %) wt/ht: 18th %<br>Labs: Alb - 3.0 ↓ (4/24) meds/H&P reviewed.<br>A/P: Pt has been tolerating feedings. Currently feeds on hold 2° intubation. Once feeds resumed suggest MD considers ↑ goal to 40 cc/hr = 94 Kcals/Kg (as tolerated). RD will follow prn. — G Caceres-Roman, RD, CNSD #73544 |

DO NOT USE: U, QD, qd, IU, µg, QOD, QID/qid, AU, AS, AD, MS, MSO4, MgSO4, AZT, Nitro drip

PATIENT IDENTIFICATION

W[redacted] G[redacted]/08
N[redacted]
04305493 4M M FH 37373672
PADM ADM ACCT STRT

INOVA HEALTH SYSTEM
**PATIENT PROGRESS NOTES**

CAT # 84797A / R102408
IHS-MS-PROG

MED0548

**Pediatric ICU Attending Note**
**4/25/09 Time: 1200**

W[redacted]N[redacted]G
MRN 4305493
DOB[redacted]08

**ID:** 4.5 mo. male admitted with seizure, SDH, retinal hemorrhages c/w NAI with status epilepticus
**Interim history:** Intubated and started on Versed infusion yesterday to control seizures. Electrographic seizures on EEG and awakening therefore Pentobarb 2 mg/kg x 3 overnight. No seizures since 8 p.m. Sedated this a.m. Occ. Awakening per nursing. Req'd fluid bolus overnight for low BP. Phenobarb level 48 today

**Images reviewed=** ETT ok, perihilar haziness, no focal infiltrate
**Labs:** per HPI and resident note
**Numeric details per resident note.**

**PE:**
AF- hard to assess given EEG leads and cap, Pupils- small and reactive bilat., intubated
RRR –m/r/g Lungs- clear, no distress, symmetric chest wall movement, -flaring, - retr
Abd- soft, NT, ND +BS
Extr- warm, 2+ pulses, CRT < 2 sec. No deformities.
Skin- no bruising.
**Neuro-** baseline seems somewhat flexed, moving all extr when awake

**A/P:** 4.5 mo. male with SDH, bilateral retinal hemorrhages consistent with NAI. With status epilepticus--cont. EEG in progress. No sz on EEG since 8 p.m.

- Neuro- Cont. EEG. Phenobarb BID. Follow levels. Cont Versed drip at 5 mg/hr. Pentobarb prn. EEG appears mostly suppressed. Will need MRI when stable. PT/OT/Speech involved.
- CV- stable. Dopamine drip available.
- Resp- Stable on vent. Adjust to keep ETCO2 35-45
- GI- Incr feeds ND
- Heme- No issues.
- Dr. Houda consulted and involved. Skeletal survey negative, ? right wrist abnl. Repeat skeletal survey around May 1st.
- Social- Both mom and dad and extended family updated. Psych/SW/Case Mgt involved.

Swati Agarwal, MD Pager 13742

**PICU Resident Progress Note** — Saturday, April 25, 2009

Name: W[redacted] N[redacted] Room: 501 Age: 4.5 months
DOB [redacted] 2008 MRN: 4305493 Admit Date: 4/20/2009
Wt: 6.8kg PICU admit: 4/20/2009

| | |
|---|---|
| **Problem List:**<br>1. subdural hematoma<br>2. b/l retinal hemorrhages<br>3. NAT<br>4. status epilepticus | **Allergies:** NKDA, NKFA<br><br>**Lines/Tubes/Drains:**<br>1. PIV<br>2. ND<br>3. ETT, 3.5 cuffed |
| **Neuro:** optho c/s showed retinal hemorrhages, neuro c/s EEG and dilantin level, 4/22 R sided focal clonic movements, 4/23 generalized sz<br><br>**Exam:** decreased tone, drowsy, pinpoint pupils, ~~decreased mvt of R side~~ sedated<br><br>4/22 CT head stable SDH<br>4/23 Phenobarbital 25 (nl) -> 30<br>4/24 Phenobarbital 48<br>4/25 PB lvl 48 | 1. Phenobarbital 10mg IV q12<br>2. Versed IV 5mg/hr<br>3. Fentanyl 7-14 mcg IV q1 prn → ↑ bolus 20mcg<br>4. Versed 2mg IV q1 prn<br>5. Ativan 0.7mg IV q1 prn<br>6. Pentobarbital x3 doses given<br><br>**Neuro - Assessment & Plan:** subdural hematoma, NAT<br>1. neurosurgery following-> no CTs needed,<br>2. neurology following-> continuous EEG, burst suppression with versed drip, goal PB level 35-45, Fentanyl drip w/ bolus [illegible] |
| **CVS.** 4/22 occasional bradycardia lasting few seconds 4/24 hypotensive with versed drip x2 NS boluses<br>HR BP:<br><br>Exam: unchanged | 1.<br>**CVS - Assessment & Plan:** stable<br>1. Dopamine gtt ordered (RN to call) for persistent hypotension<br>2. |
| **Pulmonary.** Intubated 4/20- 4/21, stridor immediately post extubation and received Racemic Epi, 4/23 HHNC due to apnea + resp distress<br><br>Mode: PRVC PS: 4 70cc R: FiO2: wean to keep sats >92%<br>PEEP: PS:<br>RR: Sats:<br><br>Exam:<br><br>CXR: 4/25 | 1. Racemic Epi 11.25mg inh q2 prn stridor<br>2.<br>**Pulmonary - Assessment & Plan:** stridor post extubation, apnea s/p PB administration, intubated 4/24 for protecting airway<br>1. CXR qAM while intubated<br>2. CBG prn<br>3. keep $ETCO_2$ in 30-40 |
| **Infectious Disease**<br>Temp:<br><br>WBC:<br><br>Cultures: Blood cx 4/20 NGTD, urine cx 4/20 negative, sputum culture heavy growth staph aureus (pan sensitive) and strep pneumoniae | 1. Tylenol 100mg prn po/pr q4 fever<br><br>**Infectious Disease - Assessment & Plan:**<br>1. follow up blood culture<br>2. |
| **Heme:** SDH stable | 1.<br>2.<br>**Heme – Assessment & Plan:** SDH s/p NAT<br>1. no active bleeding |
| **FEN/GI:** 4/21 OG removed, advanced feeds, on 4/22 NPO, MIVF, 4/23 NS bolus, ND placement and start feeds<br><br>IN/OUT: Balance:<br>UOP: mL/kg/hr BM/Emesis:<br>Diet: Similac 20cal/oz ND 30cc/hr<br>KUB 4/23 ND in place<br><br>Exam: | 1. HLIV<br><br>**FEN/GI - Assessment & Plan:** enteric feeds started 4/23<br>1. Similac feeds at 30cc/hr (70 cal/kg/day = 106 cc/kg/day)<br>2. nutrition recommended increasing feeds to 40cc/hr (94cal/kg/day) |
| **Social:** CPS called from ED, homicide detective involved (confession from baby sitter who shook baby), social work + Dr. Hauda involved, Dr. Kronen consulted for mom's anxiety<br><br>**PMR:** Speech: reassess when taking po, PT/OT recs: extensive therapy | **Assesment & Plan:** NAT<br>1. skeletal survey 4/22 negative for fractures<br>2. per FACT team, needs May 1st repeat skeletal survey (inpt/outpt). |

Susan Mabrouk [signature]

Susan Mabrouk, M.D., P1375
4/25/2009 8:03 AM

1PN

Date & Time | ALL ENTRIES | PHYSICIAN signature includes complete Name and ID#

| DATE | TIME | |
|---|---|---|
| 4/24 | | c-EEG - Generalized slowing of background. There are frequent seizures c̄ periodic bursts of spikes & polyspikes, often c̄ generalized distribution, sometimes more prominent laterally, often more prominent on the (R). Seizures last many minutes [signature] |
| 4/25/09 | 8:45 AM | Video EEG Checked - working well Donald B Holmes REEG T |
| 4/25/09 | 9:25 AM | Neuro - Last clinical sz last pm ≈ 8:30 → pentobarb begun — on top of pheno & doses of versed. Ø further clinical sz since addition of pentobarb. Continuous EEG shows diffuse low voltage c̄ some bilateral centroparietal slowing & epileptiform activity. Would continue meds the same & if all stable in the AM — w/o any clinical sz, then try to wean back in the AM. Discussed c̄ mother & grandfather & PICU staff T Watkin - 88200 |

DO NOT USE: U, QD, qd, IU, µg, QOD, QID/qid, AU, AS, AD, MS, MS04, MgSO4, AZT, Nitro drip

PATIENT IDENTIFICATION

W[redacted]
N[redacted] G[redacted]08
04305493 4M M FH 37373672
PADM ADM ACCT STRT

INOVA HEALTH SYSTEM
**PATIENT PROGRESS NOTES**

CAT # 84797A / R102408
IHS-MS-PROG

MED0551

1PN

| Date & Time | | ALL ENTRIES PHYSICIAN signature includes complete Name and ID# |
|---|---|---|
| DATE | TIME | |
| 4/2[illegible] | | C-EEG |
| | | [illegible] slow [illegible] more complex waveforms now. Starting to differentiate wake/sleep |
| | | Occasional bursts of slow activity L>R - Much improved from yesterday. |
| | | [signature] |
| 4-26-09 | 9[illegible] AM | Neuro |
| | | cl. Sz - continuous EEG shows diffuse low voltage - Report of previous 24 hrs showed the same with rare EFD'S - much improved from the previous 24hrs |
| | | At this pt I would suggest slowing weaning off the versed. Continue the phenobarb. If he has some Sz like activity → begin Keppra - 20 mg/kg IV 1st dose & then 10 mg/kg IV BID. |
| | | T. Watkin [illegible] 200 |

DO NOT USE: U, QD, qd, IU, µg, QOD, QID/qid, AU, AS, AD, MS, MS04, MgSO4, AZT, Nitro drip

PATIENT IDENTIFICATION
W[redacted]
N[redacted]
04305493 4M M FH 37373672
PADM ADM 04/20/09 ACCT STRT
G[redacted]08

INOVA HEALTH SYSTEM
**PATIENT PROGRESS NOTES**

CAT # 84797A / R102408
IHS-MS-PROG

MED0552

1PN

| Date & Time | | ALL ENTRIES PHYSICIAN signature includes complete Name and ID# |
|---|---|---|
| DATE | TIME | |
| 4/26/09 | 10 15 | Video EEG checked - working well |
| | | [illegible] EEG T |

DO NOT USE

U
QD
qd
IU
µg
QOD
QID/qid
AU
AS
AD
MS
MS04
MgSO4
AZT
Nitro drip

W
N
04305493 4M M FH 37373672
PADM ADM ACCT STRT
04/20/09
G 08

INOVA HEALTH SYSTEM
**PATIENT PROGRESS NOTES**

CAT # 84797A / R102408
IHS-MS-PROG

MED0553

**Pediatric ICU Attending Note**
**4/26/09 Time: 1400**

W[redacted], N[redacted]G
MRN 4305493
DOB: [redacted]08

**ID:** 4.5 mo. male admitted with seizure, SDH, retinal hemorrhages c/w NAI with status epilepticus
**Interim history:** No seizures since 8 p.m. on 4/24/09. Sedated this a.m. Occ. Awakening per nursing. Hemodynamics stable. Phenobarb level 45 today. Tm 101.3

**Images reviewed=** ETT ok, perihilar haziness, no focal infiltrate
**Labs:** per HPI and resident note. WBC 11 Hct 27 Plt 230, Sputum with rare WBC
**Numeric details per resident note.**

**PE:**
AF- hard to assess given EEG leads and cap, Pupils- small and reactive bilat., intubated
RRR –m/r/g Lungs- clear, no distress, symmetric chest wall movement, -flaring, - retr
Abd- soft, NT, ND +BS
Extr- warm, 2+ pulses, CRT < 2 sec. No deformities.
Skin- no bruising.
**Neuro-** moving all extr when awake

**A/P:** 4.5 mo. male with SDH, bilateral retinal hemorrhages consistent with NAI. With status epilepticus-- cont. EEG in progress. No sz on EEG since 8 p.m. on 4/24/09. Will start to wean Versed drip and if breakthrough sz, use Keppra per Neuro recs. Cont phenobarb.

- Neuro- Cont. EEG. Phenobarb BID. Follow levels. Versed drip at 5 mg/hr→wean. EEG appears mostly suppressed. Will need MRI when stable. Will use Keppra if sz. PT/OT/Speech involved. On Fentanyl drip. Add Chloral Hydrate.
- CV- stable.
- Resp- Stable on PRVC. Adjust to keep ETCO2 35-45
- GI- On feeds ND
- Heme- No issues.
- ID- low grade temp. No abx for now. No deep lines.
- Dr. Houda consulted and involved. Skeletal survey negative, ? right wrist abnl. Repeat skeletal survey around May 1st. Recommend ophtho to re-examine around May 4th.
- Social- Both mom and dad and extended family updated. Psych/SW/Case Mgt involved.

Swati Agarwal, MD Pager 13742

# PICU Resident Progress Note

**Sunday, April 26, 2009**

Name: W[redacted] N[redacted] Room: 501 Age: 4.5 months
DOB: [redacted]2008 MRN: 4305493 Admit Date: 4/20/2009
Wt: 6.8kg PICU admit: 4/20/2009

| | |
|---|---|
| **Problem List:**<br>1. subdural hematoma<br>2. b/l retinal hemorrhages<br>3. NAT<br>4. status epilepticus | **Allergies**: NKDA , NKFA<br><br>**Lines/Tubes/Drains:**<br>1. PIV<br>2. ND<br>3. ETT, 3.5 cuffed |
| **Neuro:** optho c/s showed retinal hemorrhages, neuro c/s EEG and dilantin level, 4/22 R sided focal clonic movements, 4/23 generalized sz, Pentobarbital on 4/24 given x3<br><br>**Exam:** decreased tone, drowsy, pinpoint pupils, decreased mvt of R side > L<br><br>4/22 CT head stable SDH<br>4/23 Phenobarbital 25 (nl) -> 30<br>4/24 Phenobarbital 48<br>4/25 Phenobarbital 48<br>4/26 Phenobarbital 45 | 1. Phenobarbital 10mg IV q12<br>2. Fentanyl 10mcg/hr<br>3. Versed IV 5mg/hr<br>4. Fentanyl 20 mcg IV q1 prn<br>5. Versed 3mg IV q1 prn<br>6. Ativan 0.7mg IV q1 prn<br><br>**Neuro - Assessment & Plan:** subdural hematoma, NAT<br>1. neurosurgery following-> no CTs needed,<br>2. Will need to obtain MRI when stable<br>3. Will begin Chloral hydrate 175mg ND q6h<br>4. Will decrease Versed drip by 1mg/h q12h<br>5. Will obtain daily Phenobarbital levels, keep 35-45 |
| **CVS**. 4/22 occasional bradycardia lasting few seconds 4/24 hypotensive with versed drip x2 NS boluses<br>HR BP:<br><br>**Exam:** | 1.<br>**CVS - Assessment & Plan:** stable<br>1. Dopamine gtt ordered (RN to call) for persistent hypotension<br>2. |
| **Pulmonary**. Intubated 4/20- 4/21, stridor immediately post extubation and received Racemic Epi, 4/23 HHNC due to apnea + resp distress<br><br>**Mode:** PRVC TV: 70 R 35 $FIO_2$: 30% PEEP 5<br>RR: 25-30 Sats: 96-100% PIP: 17-19 $EtCO_2$: 29-34<br><br>**Exam:** CTA b/l no wheezes, rales or rhonchi<br><br>**CXR:** 4/26 Clear | 1. Racemic Epi 11.25mg inh q2 prn stridor<br>2.<br>**Pulmonary - Assessment & Plan:** stridor post extubation, apnea s/p PB administration, intubated 4/24 for protecting airway<br>1. CXR qAM while intubated<br>2. CBG prn<br>3. maintain ETCO2 in 30s |
| **Infectious Disease**<br>Tm: 101.3 (12a)<br><br>**WBC:** 11.2<br><br>Cultures: Blood cx 4/20 NGTD, urine cx 4/20 negative, sputum culture heavy growth staph aureus (pan sensitive) and strep pneumoniae<br>4/26 BCX pending<br>4/26 sputurm cx pending | 1. Tylenol 100mg prn po/pr q4 fever<br><br>**Infectious Disease - Assessment & Plan:**<br>1. Will continue to monitor<br>2. Will follow cultures |
| **Heme:** SDH stable<br><br>8.9 / 27 / 230 | 1.<br>**Heme – Assessment & Plan:** SDH s/p NAT<br>1. no active bleeding<br>2. Will continue to monitor |
| **FEN/GI:** 4/21 OG removed, advanced feeds, on 4/22 NPO, MIVF, 4/23 NS bolus, ND placement and start feeds<br><br>IN/OUT: 1064/758 Balance: +306<br>UOP: 4.6 mL/kg/hr BM/Emesis:<br>Diet: Similac 20cal/oz ND 40cc/hr<br>IVF: NS @4ml/h<br>KUB 4/23 ND in place<br><br>**Exam:** | 1. HLIV<br><br>**FEN/GI - Assessment & Plan:** enteric feeds started 4/23<br>1. Similac feeds at 40cc/hr (94 cal/kg/day)<br>2. Continue Similac 40cc/hr ND (94cal/kg/day) |
| **Social**: CPS called from ED, homicide detective involved (confession from baby sitter who shook baby), social work + Dr. Hauda involved, Dr. Kronen consulted for mom's anxiety | **Assesment & Plan:** NAT<br>1. skeletal survey 4/22 negative for fractures<br>2. per FACT team, needs May 1st repeat skeletal survey (inpt/outpt) |

[signature]
Susan Mabrouk, M.D., P13755
4/26/2009 6:47 PM

MED0555

**PICU Resident Progress Note** **Sunday, April 26, 2009**

Name: W[redacted] N[redacted] Room: 501 Age: 4.5 months
DOB: [redacted]2008 MRN: 4305493 Admit Date: 4/20/2009
Wt: 6.8kg PICU admit: 4/20/2009

| PMR: Speech: reassess when taking po, PT/OT recs: extensive therapy | |
|---|---|

[signature]
Susan Mabrouk, M.D., P13755
4/26/2009 6:47 PM

1PN

| Date & Time | ALL ENTRIES | PHYSICIAN signature includes complete Name and ID# |
|---|---|---|
| DATE | TIME | |
| | | Neurology Att Note |
| 4/27/09 | | Pt seen & examined s/p [illegible] from [illegible] |
| | | Chart rd Images personally reviewed. |
| | | Pt suffered NAT 1 week ago w/ |
| | | subacute subdural hematoma, retinal |
| | | hemorrhages d. [illegible] |
| | | Placed in [illegible] after [illegible] |
| | | Current Phenobarbital [illegible] is 39 on [illegible] |
| | | EEG: diffusely slow & encephalopathic |
| | | [illegible] activity seen. |
| | | Exam: Sedated, intubated, [illegible] |
| | | does not withdraw from |
| | | noxious stim. [illegible] |
| | | [illegible] spont. mvmt. [illegible] |
| | | [illegible] (R) hyperemia |
| | | noted |
| | | Plan: Wean Versed [illegible] if Sz |
| | | occurs pls USE push button |
| | | [illegible] 20mg/kg [illegible] Keppra |
| | | XT & start 10 mg/kg/d BID |
| | | [illegible] |
| | | – Cont [illegible] monitoring. |
| | | – Cont Phenobarbital |
| | | [signature] |

DO NOT USE: U, QD, qd, IU, μg, QOD, QID/qid, AU, AS, AD, MS, MSO4, MgSO4, AZT, Nitro drip

PATIENT IDENTIFICATION

W[redacted]
N[redacted]
04305493 4 m M FH 37373672
PADM ADM
G[redacted]2008
ACCT STRT 4/20/2009

INOVA HEALTH SYSTEM
**PATIENT PROGRESS NOTES**

CAT # 84797A / R102408
IHS-MS-PROG

1PN

| Date & Time | | ALL ENTRIES — PHYSICIAN signature includes complete Name and ID# |
|---|---|---|
| DATE | TIME | |
| 4/27/09 | | PICU STAFF |
| | | [illegible] 57 - [illegible] weaning the |
| | | VERSED - now down to 2 mg/hr |
| | | [illegible] level 39 |
| | | Also on Fentanyl prn |
| | | lungs clear - moderate vent settings |
| | | PRVC 70 x 28 FiO2 36% - good sats |
| | | [illegible] good pulses + perfusion |
| | | Abd soft ⊕ Bowel Sounds - |
| | | Feeds going well [illegible] |
| | | intermittently febrile (now 99.9°) - |
| | | No ⊕ Cultures |
| | | [signature] 7830 Futterman |
| 4/27/09 | 4:00PM | EEG |
| | | No seizures seen. Background 3Hz - asymmetric vertex waves over left. Not as well seen compared to right. Sleep spindles present - less over left fronto/central. |
| | | occasional sharps F4, P4, P3 - right frontoparietal, left parietal. Ø seizures. Predominantly during sleep - overused. |
| | | S. D[illegible] Altarawneh 703-845-I[illegible] |

DO NOT USE: U, QD, qd, IU, µg, QOD, QID/qid, AU, AS, AD, MS, MS04, MgSO4, AZT, Nitro drip

PATIENT IDENTIFICATION

W[redacted]
N[redacted]
04305493 4 m M FH 37373672
PADM ADM
G[redacted]2008
ACCT STRT 4/20/2009

INOVA HEALTH SYSTEM

## PATIENT PROGRESS NOTES

CAT # 84797A / R102408

MED0558

# PICU Resident Progress Note

**Monday, April 27, 2009**

Name: W[redacted] N[redacted] Room: 501 Age: 5 months
DOB: [redacted]/2008 MRN: 4305493 Admit Date: 4/20/2009
Wt: 6.8kg PICU admit: 4/20/2009

**Problem List:**
1. subdural hematoma
2. b/l retinal hemorrhages
3. NAT
4. status epilepticus

**Allergies:** NKDA , NKFA

**Lines/Tubes/Drains:** 2 PIV, ND, ETT, 3.5 cuffed

**Neuro:** optho c/s showed retinal hemorrhages, neuro c/s EEG and dilantin level, 4/22 R sided focal clonic movements, 4/23 generalized sz continuous EEG, Pentobarbital on 4/24 given x3, 4/26 wean Versed

**Exam:** decreased tone, sedated, pinpoint pupils, decreased mvt of R side > L

4/22 CT head stable SDH

| Date | Phenobarbital lvl | Date | Phenobarbital lvl |
|---|---|---|---|
| 4/23 | 25 | 4/27 | 39 |
| 4/24 +25 | 48, 48 | 4/28 | |
| 4/26 | 45 | 4/29 | |

1. Phenobarbital 10mg IV q12
2. Fentanyl 10mcg/hr
3. Versed IV 2mg/hr
4. Chloral hydrate 210mg ND q6
5. Fentanyl 27 mcg IV q1 prn
6. Versed 3mg IV q1 prn
7. Ativan 0.7mg IV q1 prn

**Neuro - Assessment & Plan:** subdural hematoma, NAT
1. neurosurgery following-> no CTs needed,
2. Will need to obtain MRI when stable
3. Will decrease Versed drip by 1mg/h q12h
4. Will obtain daily Phenobarbital levels, keep 35-45

**CVS.** 4/22 occasional bradycardia lasting few seconds 4/24 hypotensive with versed drip x2 NS boluses
HR BP:

Exam: RRR S1S2 ØM 2+ pulses

1.

**CVS - Assessment & Plan:** stable
1. Dopamine gtt ordered (RN to call) for persistent hypotension.
2. try bolus with NS if hypotensive

**Pulmonary.** intubated 4/20- 4/21, stridor immediately post extubation and received Racemic Epi, 4/23 HHNC due to apnea + resp distress

**Mode:** PRVC **TV:** 70 **R** 28 **$FIO_2$:** 36% **PEEP** 5
RR: Sats: PIP: $EtCO_2$:

**Exam:** CTA b/l no wheezes, rales or rhonchi

**CXR:** 4/27 improved pulmonary edema

1. Racemic Epi 11.25mg inh q2 prn stridor
2.

**Pulmonary - Assessment & Plan:** stridor post extubation, apnea s/p PB administration, intubated 4/24 for protecting airway
1. CXR qAM while intubated
2. CBG prn
3. maintain ETCO2 in 30s
4. pull ETT back 1 cm today, plan to extubated tomorrow 4/28

**Infectious Disease**
Tm:
~~WBC:~~

Cultures: Blood cx 4/20 NGTD, urine cx 4/20 negative, sputum culture heavy growth staph aureus (pan sensitive) and strep pneumoniae
4/26 BCX pending
4/26 sputurm cx pending

1. Tylenol 100mg prn po/pr q4 fever

**Infectious Disease - Assessment & Plan:**
1. Will continue to monitor
2. Will follow cultures

**Heme:** SDH stable

1.

**Heme – Assessment & Plan:** SDH s/p NAT
1. no active bleeding
2. Will continue to monitor

**FEN/GI:** 4/21 OG removed, advanced feeds, on 4/22 NPO, MIVF, 4/23 NS bolus, ND placement and start feeds

IN/OUT: 1064/758 Balance: +306
UOP: 4.6 mL/kg/hr BM/Emesis:
Diet: Similac 20cal/oz ND 40cc/hr (94 cal/kg/day)
IVF: NS @4ml/h

Exam: SOFT NT ND NABS

Glycerin suppository 0.5 tab pr q24 prn

**FEN/GI - Assessment & Plan:** enteric feeds started 4/23
1. Continue Similac 40cc/hr ND (94cal/kg/day)

**FACT:** CPS called from ED, homicide detective involved (confession from baby sitter who shook baby), social work + Dr. Hauda involved, Dr. Kronen consulted for mom's anxiety. skeletal survey 4/22 negative for fractures
**PMR:** Speech: reassess when taking po, PT/OT recs: extensive therapy

**Assesment & Plan:** NAT
1. per FACT team, needs May 1st repeat skeletal survey (inpt/outpt)

☐ Monitor for seizures

[signature]
Susan Mabrouk, M.D., P13755
4/27/2009 3:46 PM

1PN

| Date & Time | ALL ENTRIES | PHYSICIAN signature includes complete Name and ID# |
|---|---|---|
| DATE | TIME | Neurology Att Note |
| 4/28/09 | | Pt seen & examined. Vised pt's big brand & clinical SZ reported. EEG reviewed for duration 20 (could not do more 2° computer issues). No electrographic SZ seen. Pt more awake today briefly opens eyes. PERRL EOMI. min spont movt, but more forceful withdrawal. Plan – cont to mon neuro pt. plan to transit w/ IV keppra (as per [illegible] note) if SZ recur. Cont phenobarbital @ current dose. [signature] |
| 1426 4/28/09 | | PICU STAFF. On Fent + chloral hydrate prn. VVEEG [illegible] to [illegible] will be [illegible] in 30 minutes. No evidence of SZ activity. Also on PBARB – On rate = 20 on vent ETCO2 38-42 – not breathing over vent lungs clear to auscultation. NN: [illegible] good pulses + perfusion. Abd soft (+) Bowel sounds – Feeds going well – Hct down to 22%. Now Afebrile No (+) Cx's – other than sputum repeat sputum pending. [signature] 1330 |

DO NOT USE: U, QD, qd, IU, µg, QOD, QID/qid, AU, AS, AD, MS, MSO4, MgSO4, AZT, Nitro drip

PATIENT IDENTIFICATION

W[redacted]
N[redacted]
04305493 4 m M FH 37373672 G[redacted]2008
PADM ADM ACCT STRT 4/20/2009

INOVA HEALTH SYSTEM Fatterman

PATIENT PROGRESS NOTES

CAT # 84797A / R102408

MED0560

# PICU Resident Progress Note

**Wednesday, April 29, 2009**

Name: W[redacted], N[redacted]
Room: 501
Age: 5 months
DOB: [redacted]2008
MRN: 4305493
Admit Date: 4/20/2009
Wt: 6.8kg
PICU admit: 4/20/2009

**Problem List:**
1. subdural hematoma
2. b/l retinal hemorrhages
3. NAT
4. status epilepticus

**Allergies:** NKDA , NKFA

**Lines/Tubes/Drains:** 2 PIV, ND, ETT, 3.5 cuffed

**Neuro:** optho c/s showed retinal hemorrhages, neuro c/s EEG and dilantin level, 4/22 R sided focal clonic movements, 4/23 generalized sz continuous EEG, Pentobarbital on 4/24 given x3, 4/26-28 Versed drip

**Exam:** decreased tone, sedated, pinpoint pupils, decreased mvt of R side > L

4/22 CT head stable SDH

| date | PB level |
|---|---|
| 26-Apr | 45 |
| 27-Apr | 39 |
| 28-Apr | 33 |
| 29-Apr | 35 |

1. Phenobarbital 10mg IV q12
2. Fentanyl 20mcg/hr (↑ from 10 mcg/hr)
3. Chloral hydrate 270mg ND q6 (↑ from 210 mg)
4. Fentanyl 27 mcg IV q1 prn x 8
5. Ativan 0.7mg IV q1 prn

**Neuro - Assessment & Plan:** subdural hematoma, status epilepticus
1. neurosurgery following-> no CTs needed
2. neuro recs: EEG for 24 more hours to r/o subclinical seizures, if seizures recur 20mg/kg IV Keppra, then 10mg/kg/day DIV BID
3. Will need to obtain MRI later date
4. Will obtain daily Phenobarbital levels, keep 35-45
5. After keppra load, can give Phenobarbital 5mg/kg/dose bolus if still seizing
6. in 2hrs D/C fentanyl drip / s̄ Decadron

**CVS.** 4/22 occasional bradycardia lasting few seconds 4/24 hypotensive with versed drip x2 NS boluses
HR 51-87 BP: 80-110 / 40-50's

**Exam:**

1.
**CVS - Assessment & Plan:** stable
1. Dopamine gtt ordered (RN to call) for persistent hypotension
2. try bolus with NS if hypotensive

**Pulmonary.** intubated 4/20- 4/21, stridor immediately post extubation and received Racemic Epi, 4/23 HHNC due to apnea + resp distress
Mode: ~~PRVC~~ PSDS TV: 70 R 28 $FiO_2$: 36% PEEP 5
RR: 28 Sats: 99-100% PIP: 18 $EtCO_2$: 35-49

**Exam:** CTA b/l no wheezes, rales or rhonchi

**CXR:** 4/27 improved pulmonary edema 4/29 rotated pulm edema R>L

1. Racemic Epi 11.25mg inh q2 prn stridor
2.

**Pulmonary - Assessment & Plan:** stridor post extubation, apnea s/p PB administration, intubated 4/24 for protecting airway
1. CXR qAM while intubated
2. CBG prn
3. maintain ETCO2 in 30s
4. wean rate for plan to extubate 4/29 → ~~HHNC 8LNC~~ ↓ 5 per 1 hr NC
5. Decadron one dose now 4mg IV

**Infectious Disease**
Tm: 102.5°
WBC: 10 4/28
Cultures: sputum culture heavy growth staph aureus (pan sensitive) and strep pneumoniae (pan sensitive)
4/26 BCX NGTD
4/26 sputurm cx : staph aureus and strep pneumoniae
4/27 Blood cx NGTD

1. CTX 340mg IV q12 day 2/5
2. Tylenol 100mg prn po/pr q4 fever x 6

**Infectious Disease - Assessment & Plan:**
1. Will follow cultures
2. Treat for sputum MSSA and strep with CTX, monitor fevers

**Heme:** SDH stable
4/28 7.2 / 22

1.
**Heme – Assessment & Plan:** SDH s/p NAT, anemia
1. no active bleeding
2. Will continue to monitor
3. Start Fe ND

**FEN/GI:** 4/21 OG removed, advanced feeds, on 4/22 NPO, MIVF, 4/23 NS bolus, ND placement and start feeds

IN/OUT: 1033/1025 Balance +13cc
UOP: 6.3 mL/kg/hr BM/Emesis: x6
Diet: Similac 20cal/oz ND 40cc/hr (94 cal/kg/day)
IVF: NS @4ml/h

**Exam:**

1. Glycerin suppository 0.5 tab pr q24 prn no stool

**FEN/GI - Assessment & Plan:** enteric feeds started 4/23
1. Continue Similac 40cc/hr ND (94cal/kg/day)
2. Loose stools developed 4/27

[signature]
Susan Mabrouk, M.D., P13755
4/29/2009 12:37 AM

## PICU RESIDENT TRANSFER SUMMARY, 4/30/09

Name: W[redacted], N[redacted] Room: 501 Age: 4.5 month

DOB: [redacted]2008 MRN: 4305493 PICU Admission Date: 4/20/2009

**FEN/GI/Heme:** NPO while intubated and started Pedialyte on 4/21 and advanced to Similac po ad lib. NPO while seizing on 4/22 with D5 NS at maintenance. On 4/23 ND placed and started goal feeds. 4/30 speech to reevaluate ability to feed po. Anemia on 4/28 H/H 7/22

**Plan:** currently Similiac 20cal/oz @ 40cc/hr ND, can pull to NG and/or start po feeds per Speech, continue Iron for anemia

**PMR:** Speech and PT/OT consulted on 4/22 to assess developmental status post injury. Requires extensive PT/OT. Speech to reassess when extubated 4/30.

**Plan:** outpatient Speech, PT/OT at IFHC required (parents aware)

**FACT:** Homicide detective was involved on DOA. CPS called from the ED and Police investigation obtained confession from babysitter who shook the baby. Dr. Hauda (child abuse team) was consulted 4/21 and recommended repeat skeletal survey on May 1st (inpatient or outpatient). Social work involved. Skeletal survey on 4/22 was negative for fracture. Dr. Kronen consulted because mom had anxiety and wasn't visiting Noah earlier on in PICU course. Parents are both currently at bedside and involved in care.

**Plan:** on May 1st repeat skeletal survey required, will need FACT team follow up as outpatient

All remaining systems stable.

**Problem List:**

1. subdural hematoma, stable
2. b/l retinal hemorrhages
3. NAT
4. status epilepticus
5. encephalopathy

**Meds:**

Phosphenytoin 20mg ND q12
Valium 0.5mg ND q6
Ceftriaxone 340mg IV q12 day 3/5
Iron Sulfate 15mg ND q12
Ativan 0.7mg IV q1 prn seizures
Tylenol 100mg pr/po q4 prn fever
Racemic epi 11.25mg q2 prn stridor

**PHYSICAL EXAM:**

See today's Progress Note

**Consults: Neurology (Dr. Lateef), Neurosurgery (pager 61447), FACT Team (Dr. Hauda)**, PMR (Dr. [illegible])
**Attending: Hospitalist, Futterman (ICU)**
**PMD: Kidz Docs**

G [redacted]08
043054 93 5M M FH 37373672
PADM ADM ACCT STRT
04/20/09

Susan Mabrouk, M.D.
Pager 13755
4/30/09

1PN

Date & Time | ALL ENTRIES | PHYSICIAN signature includes complete Name and ID#

| DATE | TIME | |
|---|---|---|
| 5/1/09 | 2000 | Nursing #35 - Pt irritable at times today + sucked on pacifier vigorously. Quieter when Valium given + when feeds started. P- assess for pain. Pt to start Methadone tonight. Parents + many family members at bedside + very anxious about tests. Pt had skeletal survey in am + MRI with anesthesia in pm. Parents tearful at times. Emotional support given. — [signature] RN |
| 5/2/09 | 0715 | Nursing Note<br>Outcome 2 (S) Pts neuro VS show no Δ's throughout the shift. Pts VSS pt sleeping comfortably for most of the night. Ø seizures. (P) Cont. to monitor neuro status Q4; notify MD c̄ any Δ's.<br>Outcome 3 (S) Pt. rating Ø on Flacc scale through the night. While awake pt. content c̄ pacifier holding hands of family members. (P) Cont. to assess pain Q4° and PRN.<br>Pts ND moved to NG - confirmed by KUB + feeds ↑ to 40mL/hr cont. at 2200 from 20 mL/hr from 2000-2200. Pt. tol. well Ø N/V. Will cont to monitor for vomiting. — Lee A Knight RN |

DO NOT USE: U, QD, qd, IU, µg, QOD, QID/qid, AU, AS, AD, MS, MSO4, MgSO4, AZT, Nitro drip

PATIENT IDENTIFICATION

INOVA HEALTH SYSTEM
**PATIENT PROGRESS NOTES**

CAT # 84797A / R102408
IHS-MS-PROG

MED0585

1PO

DO NOT USE: U, IU, µg, QOD, QID, **QD/qd**, AU, AS, AD, MS, MSO4, MgSO4, AZT, Nitro drip

Date: 4/21/09
Time: 0130
Physician Signature
Printed Name / ID#
Susan Mabrouk, MD
ID # 13755
Pager # 13755
☐ Telephone Order
☐ Order read back & verified
RN / RT Signature
☐ Therapeutic interchange NOT permitted

Patient Weight: 6.8 kg ☑ actual ☐ ideal ☐ adjusted BSA: _____ m2
☐ DISCONTINUE ALL PREVIOUS ORDERS FOR THIS MEDICATION OR FLUID
**MEDICATION OR FLUID:** Ceftriaxone
calculation (meds): ☑ 50 mg / kg / dose ☐ _____ / kg / day
☐ other:
**DOSE:** 340 ☐ grams ☑ mg ☐ mcg ☐ units ☐ other:
**ROUTE:** ☑ IV ☐ IM ☐ SC ☐ PO ☐ NG or GT ☐ ND ☐ PR ☐ Inhaled
☐ Other
**FREQUENCY:** ☑ every 24 hours ☐ _____ times a day ☑ 1 dose now
☐ every _____ hours, **PRN:**
☐ _____ mL/hr (fluid) ☐ other:
Medication concentration *(if indicated, e.g. digoxin):*
Notes:

**SCANNED TO PHARMACY**
Date: 4/21/09
Time: 0215
MKBatterton
RN Signature
#39
IDX order #
4/21/09 0300
Date/Time:
☑ 12 hour check
☑ 24 hour check

---

Date: 4/21/09
Time: 0345
Physician Signature
Susan Mabrouk, MD
Printed Name / ID#
ID # 13755
Pager # 13755
☐ Telephone Order
☐ Order read back & verified
RN / RT Signature
☐ Therapeutic interchange NOT permitted

Patient Weight: 6.8 kg ☑ actual ☐ ideal ☐ adjusted BSA: _____ m2
☑ DISCONTINUE ALL PREVIOUS ORDERS FOR THIS MEDICATION OR FLUID
**MEDICATION OR FLUID:** Versed
calculation (meds): ☑ ~~0.2 mg~~ / kg / dose ☐ _____ / kg / day
☐ other: 0.2 / error SM
**DOSE:** 1.2 ☐ grams ☑ mg ☐ mcg ☐ units ☐ other:
**ROUTE:** ☑ IV ☐ IM ☐ SC ☐ PO ☐ NG or GT ☐ ND ☐ PR ☐ Inhaled
☐ Other
**FREQUENCY:** ☐ every _____ hours ☐ _____ times a day ☐ 1 dose now
☑ every 1 hours, **PRN:** agitation
☐ _____ mL/hr (fluid) ☐ other:
Medication concentration *(if indicated, e.g. digoxin):*
Notes:

**SCANNED TO PHARMACY**
Date: 4/21/09
Time: 0400
MKBatterton
RN Signature
#40
IDX order #
4/21/09 0430
Date/Time:
☑ 12 hour check
☑ 24 hour check

---

Date:
Time:
Physician Signature
Printed Name / ID#
☐ Telephone Order
☐ Order read back & verified
RN / RT Signature
☐ Therapeutic interchange NOT permitted

Patient Weight: 6.8 kg ☑ actual ☐ ideal ☐ adjusted BSA: _____ m2
☐ DISCONTINUE ALL PREVIOUS ORDERS FOR THIS MEDICATION OR FLUID
**MEDICATION OR FLUID:** fentanyl
calculation (meds): ☑ 1 mcg kg / dose ☐ _____ / kg / day
☐ other: error SM
**DOSE:** 7 ~~error~~ SM ☐ grams ☐ mg ☑ mcg ☐ units ☐ other:
**ROUTE:** ☑ IV ☐ IM ☐ SC ☐ PO ☐ NG or GT ☐ ND ☐ PR ☐ Inhaled
☐ Other
**FREQUENCY:** ☐ every _____ hours ☐ _____ times a day ☒ 1 dose now
☑ every 1 hours, PRN: agitation
☐ _____ mL/hr (fluid) ☐ other:
Medication concentration *(if indicated, e.g. digoxin):*
Notes:

**SCANNED TO PHARMACY**
Date: 4/21/09
Time: 0400
MKBatterton
RN Signature
#41
IDX order #
4/21/09 0430
Date/Time:
☑ 12 hour check
☑ 24 hour check

---

PATIENT IDENTIFICATION
W[redacted]
N[redacted]
04305493 4M M FH 37373672
PADM ADM ACCT STRT
G[redacted]08

**INOVA FAIRFAX HOSPITAL FOR CHILDREN**

# PEDIATRIC MEDICATION ORDERS

CAT #85335 / R090908 • IFHC-PEDS-ORD • PKGS OF 100

MED0620



1PO

DO NOT USE: U, IU, µg, QOD, QID, **QD/qd**, AU, AS, AD, MS, MSO4, MgSO4, AZT, Nitro drip

| | | |
|---|---|---|
| Date: 4/28/09<br>Time: 1730<br>Physician Signature<br>Hasan Mabrouk, MD<br>Printed Name / ID# 13755<br>☐ Telephone Order<br>☐ Order read back & verified<br>RN / RT Signature<br>☐ Therapeutic interchange NOT permitted | Patient Weight: 6.8 kg ☒ actual ☐ ideal ☐ adjusted BSA: ____ m2<br>☐ DISCONTINUE ALL PREVIOUS ORDERS FOR THIS MEDICATION OR FLUID<br>**MEDICATION OR FLUID:** Ceftriaxone<br>calculation (meds): ☒ 50 mg / kg / dose ☐ ____ / kg / day<br>☐ other:<br>**DOSE:** 340 ☐ grams ☒ mg ☐ mcg ☐ units ☐ other:<br>**ROUTE:** ☒ IV ☐ IM ☐ SC ☐ PO ☐ NG or GT ☐ ND ☐ PR ☐ Inhaled ☐ Other<br>**FREQUENCY:** ☒ every 12 hours ☐ ____ times a day ☒ 1 dose now<br>☐ every ____ hours, PRN:<br>☐ ____ mL/hr (fluid) ☐ other:<br>Medication concentration *(if indicated, e.g. digoxin)*:<br>Notes: | **SCANNED TO PHARMACY**<br>Date: 4/28/09<br>Time: 1745 KA<br>Karen Clark<br>RN Signature #158<br>IDX order #<br>4/28/09 18[illegible]<br>Date/Time:<br>☒ 12 hour check<br>☒ 24 hour check |
| Date: 4/28/09<br>Time: 0005<br>Physician Signature<br>Mabrouk<br>Printed Name / ID# 13755<br>☐ Telephone Order<br>☐ Order read back & verified<br>RN / RT Signature<br>☐ Therapeutic interchange NOT permitted | Patient Weight: 6.8 kg ☒ actual ☐ ideal ☐ adjusted BSA: ____ m2<br>☐ DISCONTINUE ALL PREVIOUS ORDERS FOR THIS MEDICATION OR FLUID<br>**MEDICATION OR FLUID:** Fentanyl<br>calculation (meds): ☐ ____ / kg / dose ☒ ____ / kg / day<br>☐ other:<br>**DOSE:** ____ ☐ grams ☐ mg ☐ mcg ☐ units ☐ other:<br>**ROUTE:** ☒ IV ☐ IM ☐ SC ☐ PO ☐ NG or GT ☐ ND ☐ PR ☐ Inhaled ☐ Other<br>**FREQUENCY:** ☐ every ____ hours ☐ ____ times a day ☐ 1 dose now<br>☐ every ____ hours, PRN:<br>☐ ____ mL/hr (fluid) ☒ other: 20mcg/hr<br>Medication concentration *(if indicated, e.g. digoxin)*:<br>Notes: | **SCANNED TO PHARMACY**<br>Date: 4-29-09 JO<br>Time: 00:15<br>RN Signature<br>IDX order #<br>Date/Time:<br>☒ 12 hour check<br>☒ 24 hour check |
| Date:<br>Time:<br>Physician Signature<br>Mabrouk<br>Printed Name / ID# 13755<br>☐ Telephone Order<br>☐ Order read back & verified<br>RN / RT Signature<br>☐ Therapeutic interchange NOT permitted | Patient Weight: 6.8 kg ☒ actual ☐ ideal ☐ adjusted BSA: ____ m2<br>☒ DISCONTINUE ALL PREVIOUS ORDERS FOR THIS MEDICATION OR FLUID<br>**MEDICATION OR FLUID:** Chloral hydrate<br>calculation (meds): ☒ 40 mg / kg / dose ☐ ____ / kg / day<br>☐ other:<br>**DOSE:** 270 ☐ grams ☒ mg ☐ mcg ☐ units ☐ other:<br>**ROUTE:** ☐ IV ☐ IM ☐ SC ☐ PO ☐ NG or GT ☒ ND ☐ PR ☐ Inhaled ☐ Other #155<br>**FREQUENCY:** ☐ every ____ hours ☐ ____ times a day ☐ 1 dose now<br>☒ every 6 hours, PRN: agitation<br>☐ ____ mL/hr (fluid) ☐ other:<br>Medication concentration *(if indicated, e.g. digoxin)*:<br>Notes: * will D/C to schedule | **SCANNED TO PHARMACY**<br>Date: 4-29-09 JO<br>Time: 00:15<br>RN Signature<br>144<br>IDX order #<br>Date/Time:<br>☐ 12 hour check<br>☒ 24 hour check |

W N 04305493 4M M FH G 37373672 PADM ADM 04/20/09 ACCT STRT

INOVA FAIRFAX HOSPITAL FOR CHILDREN

**PEDIATRIC MEDICATION ORDERS**

CAT #85335 / R031409 • IFHC-PEDS-ORD • PKG OF 100

MED0650



1PO

DO NOT USE: U, IU, µg, QOD, QID, **QD/qd**, AU, AS, AD, MS, MSO4, MgSO4, AZT, Nitro drip

Date: 5/1/09
Time: 2000

Physician Signature

Printed Name / ID#

☐ Telephone Order
☐ Order read back & verified

RN / RT Signature

☐ Therapeutic Interchange NOT permitted

Patient Weight: 6.8 kg ☐ actual ☐ ideal ☐ adjusted BSA: ____ m2
☒ DISCONTINUE ALL PREVIOUS ORDERS FOR THIS MEDICATION OR FLUID
MEDICATION OR FLUID: Rectal Tylenol
calculation (meds): ☐ ____ / kg / dose ☐ ____ / kg / day
☐ other:
DOSE: ____ ☐ grams ☐ mg ☐ mcg ☐ units ☐ other: ____
ROUTE: ☐ IV ☐ IM ☐ SC ☐ PO ☐ NG or GT ☐ ND ☐ PR ☐ Inhaled
☐ Other
FREQUENCY: ☐ every ____ hours ☐ ____ times a day ☐ 1 dose now
☐ every ____ hours, PRN: ____
☐ ____ mL/hr (fluid) ☐ other: ____
Medication concentration *(if indicated, e.g. digoxin)*:
Notes:

SCANNED TO PHARMACY
Date: 5/1
Time: 2000
RN Signature: DONE
IDX order #
Date/Time:
☒ 12 hour check
☒ 24 hour check

---

Date:
Time:
Meredith Le...
Physician Signature
M. Carter 13205
Printed Name / ID#

☐ Telephone Order
☐ Order read back & verified

RN / RT Signature

☐ Therapeutic Interchange NOT permitted

Patient Weight: 6.8 kg ☐ actual ☐ ideal ☐ adjusted BSA: ____ m2
☐ DISCONTINUE ALL PREVIOUS ORDERS FOR THIS MEDICATION OR FLUID
MEDICATION OR FLUID: Methadone
calculation (meds): ☒ 0.1 mg / kg / dose ☐ ____ / kg / day
☐ other:
DOSE: 0.7 ☐ grams ☒ mg ☐ mcg ☐ units ☐ other: ____
ROUTE: ☐ IV ☐ IM ☐ SC ☒ PO ☐ NG or GT ☐ ND ☐ PR ☐ Inhaled
☐ Other
FREQUENCY: ☒ every 12 hours ☐ ____ times a day ☐ 1 dose now
☐ every ____ hours, PRN: ____
☐ ____ mL/hr (fluid) ☐ other: ____
Medication concentration *(if indicated, e.g. digoxin)*:
Notes:

SCANNED TO PHARMACY
Date: 5/1
Time: 2000
L. Knight
RN Signature
210
IDX order #
5/1 2200
Date/Time:
☒ 12 hour check
☒ 24 hour check

---

Date: 5/2/09
Time: 1730
[signature], M.D.
Physician Signature
Freedy #10915
Printed Name / ID#

☐ Telephone Order
☐ Order read back & verified

RN / RT Signature

☐ Therapeutic Interchange NOT permitted

Patient Weight: ____ kg ☐ actual ☐ ideal ☐ adjusted BSA: ____ m2
☒ DISCONTINUE ALL PREVIOUS ORDERS FOR THIS MEDICATION OR FLUID
MEDICATION OR FLUID: Cefotaxime
calculation (meds): ☐ ____ / kg / dose ☐ ____ / kg / day
☐ other:
DOSE: ____ ☐ grams ☐ mg ☐ mcg ☐ units ☐ other: ____
ROUTE: ☐ IV ☐ IM ☐ SC ☐ PO ☐ NG or GT ☐ ND ☐ PR ☐ Inhaled
☐ Other
FREQUENCY: ☐ every ____ hours ☐ ____ times a day ☐ 1 dose now
☐ every ____ hours, PRN: ____
☐ ____ mL/hr (fluid) ☐ other: ____
Medication concentration *(if indicated, e.g. digoxin)*:
Notes:

SCANNED TO PHARMACY
Date:
Time:
RN Signature
IDX order #
5/2 1815
Date/Time:
☒ 12 hour check
☒ 24 hour check
Scanned to Pharmacy Date/Time/Initials

---

PATIENT IDENTIFICATION
W[redacted]
N[redacted]
04305493 4M M FH 37373672
PADM ADM ACCT STRT
G[redacted]08

INOVA FAIRFAX HOSPITAL FOR CHILDREN

**PEDIATRIC MEDICATION ORDERS**

CAT #85335 / R031409 • IFHC-PEDS-ORD

MED0658


1PO

DO NOT USE: U, IU, µg, QOD, QID, **QD/qd**, AU, AS, AD, MS, MSO4, MgSO4, AZT, Nitro drip

**Order 1**

Date: 5/2/09
Time: 1730
Physician Signature: [signature] M.D.
Printed Name / ID#: Freddy #10915
☐ Telephone Order
☐ Order read back & verified
RN / RT Signature
☐ Therapeutic Interchange NOT permitted

Patient Weight: 7 kg ☒ actual ☐ ideal ☐ adjusted BSA: ____ m2
☐ DISCONTINUE ALL PREVIOUS ORDERS FOR THIS MEDICATION OR FLUID
**MEDICATION OR FLUID:** Bactrim
calculation (meds): ☐ ____ / kg / dose ☒ 20mg / kg / day
☐ other: (TMP component)
**DOSE:** 45 ☐ grams ☒ mg ☐ mcg ☐ units ☐ other:
**ROUTE:** ☐ IV ☐ IM ☐ SC ☒ PO ☐ NG or GT ☐ ND ☐ PR ☐ Inhaled ☐ Other
**FREQUENCY:** ☒ every 8 hours ☐ ____ times a day ☐ 1 dose now
☐ every ____ hours, PRN:
☐ ____ mL/hr (fluid) ☐ other:
Medication concentration *(if indicated, e.g. digoxin)*:
Notes: 1m D/C after last dose on 5/5

SCANNED TO PHARMACY
Date:
Time:
RN Signature: [signature]
IDX order #: 222
Date/Time: 5/2/09 1840
☒ 12 hour check UK
☐ 24 hour check

Scanned to Pharmacy Date/Time Initials

**Order 2**

Date: 5/4/09 5/5/09 0600
Time:
Physician Signature: [signature] MD
Printed Name / ID#: Selden 17140
STAT
☐ Telephone Order
☐ Order read back & verified
RN / RT Signature
☐ Therapeutic Interchange NOT permitted

Patient Weight: ____ kg ☐ actual ☐ ideal ☐ adjusted BSA: ____ m2
☐ DISCONTINUE ALL PREVIOUS ORDERS FOR THIS MEDICATION OR FLUID
**MEDICATION OR FLUID:** Cyclomydril
calculation (meds): ☐ ____ / kg / dose ☐ ____ / kg / day
☒ other: standard dose
**DOSE:** 1 drop ☐ grams ☐ mg ☐ mcg ☐ units ☒ other: drop
**ROUTE:** ☐ IV ☐ IM ☐ SC ☐ PO ☐ NG or GT ☐ ND ☐ PR ☐ Inhaled ☐ Other
**FREQUENCY:** ☐ every ____ hours ☐ ____ times a day ☐ 1 dose now
☐ every ____ hours, PRN:
☐ ____ mL/hr (fluid) ☐ other:
Medication concentration *(if indicated, e.g. digoxin)*:
Notes: 1 drop each eye, wait 5min, repeat x 3 start at 9:15am

SCANNED TO PHARMACY
Date:
Time:
RN Signature: [signature]
IDX order #: 227
Date/Time: 5/5/09 1800
☒ 12 hour check 5/5 UK
☐ 24 hour check

**Order 3**

Date: 5/5/09
Time: 0600
Physician Signature: [signature] MD
Printed Name / ID#: Selden 17140
STAT
☐ Telephone Order
☐ Order read back & verified
RN / RT Signature
☐ Therapeutic Interchange NOT permitted

Patient Weight: ____ kg ☐ actual ☐ ideal ☐ adjusted BSA: ____ m2
☐ DISCONTINUE ALL PREVIOUS ORDERS FOR THIS MEDICATION OR FLUID
**MEDICATION OR FLUID:** tetracaine
calculation (meds): ☐ ____ / kg / dose ☐ ____ / kg / day
☐ other:
**DOSE:** ____ ☐ grams ☐ mg ☐ mcg ☐ units ☐ other:
**ROUTE:** ☐ IV ☐ IM ☐ SC ☐ PO ☐ NG or GT ☐ ND ☐ PR ☐ Inhaled ☐ Other: one bottle at bedside.
**FREQUENCY:** ☐ every ____ hours ☐ ____ times a day ☐ 1 dose now
☐ every ____ hours, PRN:
☐ ____ mL/hr (fluid) ☐ other:
Medication concentration *(if indicated, e.g. digoxin)*:
Notes: hold at bedside for opthamology

SCANNED TO PHARMACY
Date: 5/5
Time: 1817
RN Signature: [signature]
IDX order #: 226
Date/Time: 5/5/09 1800
☒ 12 hour check 5/5 L
☐ 24 hour check

PATIENT IDENTIFICATION

W[redacted]
N[redacted]
04305493 4M M
PADM ADM
G[redacted]08
FH 37373672
ACCT STRT

**INOVA FAIRFAX HOSPITAL FOR CHILDREN**

# PEDIATRIC MEDICATION ORDERS

CAT #85335 / R031409 • IFHC-PEDS-ORD • PKGS OF 100

MED0659

4305493 W[redacted] N[redacted]
Report ID:LABORATORY REPORT
Terminal ID : FHMR01C
Reporting period = 20Apr2009 thru 9May2009 Requested by:MICHAEL LEYVA U53880

LABORATORY REPORT

Page 6 (more)

** Sputum Culture 28APR2009 08:26 MCRO Final

W[redacted] N[redacted] G

RESPIRATORY CULTURES AND ASSOCIATED TESTS

CULTURE, SPUTUM
ENDOTRACHEAL TUBE

ACCESSION #: MM-09-040189
COLLECTED: 04/28/09 AT 0826
RECEIVED: 04/28/09 AT 1024

STAINS AND PREPARATIONS
04/28/09 1345
FEW WBCS
RARE EPITHELIAL CELLS
MODERATE GRAM POSITIVE COCCI
FINAL REPORT
04/30/09 0933
MODERATE GROWTH OF STAPHYLOCOCCUS AUREUS
MODERATE GROWTH OF STREPTOCOCCUS PNEUMONIAE
SUSCEPTIBILITY TESTING WAS NOT REPEATED ON THIS ISOLATE BECAUSE IT WAS PERFORMED ON THE SAME ORGANISM FROM A CULTURE COLLECTED WITHIN 14 DAYS OF THIS ONE
SUSCEPTIBILITY TESTING

| S AUREUS | MIC | INTERP |
|---|---|---|
| AZITHROMYCIN | | S |
| CIPROFLOXACIN | <=0.5 | S |
| CLINDAMYCIN | <=0.25 | S |
| D-TEST | NEGATIVE | |
| ERYTHROMYCIN | <=0.25 | S |
| LEVOFLOXACIN | 0.25 | S |
| OXACILLIN | 0.5 | S |
| SULFA/TRIMETH | <=10 | S |
| TETRACYCLINE | <=1 | S |
| VANCOMYCIN | <=0.5 | S |

DATE AND TIME OF REPORT: 04/30/2009 AT 0934

** Blood Cult (Aerobic) 28APR2009 05:09 MCRO Final

W[redacted] N[redacted] G

BLOOD CULTURES

CULTURE, BLOOD, AEROBIC
BLOOD OBTAINED BY VENIPUNCTURE

ACCESSION #: BL-09-025412
COLLECTED: 04/28/09 AT 0509
RECEIVED: 04/28/09 AT 0533

FINAL REPORT
05/03/09 0921
NO GROWTH 5 DAYS
DATE AND TIME OF REPORT: 05/03/2009 AT 0921

** Blood Cult (Aerobic) 26APR2009 02:14 MCRO Final

W[redacted] N[redacted] G

BLOOD CULTURES

CULTURE, BLOOD, AEROBIC
BLOOD FROM ARTERIAL DRAW

ACCESSION #: BL-09-024946
COLLECTED: 04/26/09 AT 0214
RECEIVED: 04/26/09 AT 0513

FINAL REPORT
05/01/09 1000

MED0712

4305493 W[redacted] N[redacted] LABORATORY REPORT Page 7 (more)
Report ID:LABORATORY REPORT
Terminal ID : FHMR01C
Reporting period = 20Apr2009 thru 9May2009 Requested by:MICHAEL LEYVA U53880

BLOOD CULTURES (Continued)

NO GROWTH 5 DAYS
DATE AND TIME OF REPORT: 05/01/2009 AT 1001

---

** Sputum Culture 26APR2009 01:44 MCRO Final

W[redacted] N[redacted] G
RESPIRATORY CULTURES AND ASSOCIATED TESTS

CULTURE, SPUTUM ACCESSION #: MM-09-039436
TRACHEAL ASPIRATE COLLECTED: 04/26/09 AT 0144
RECEIVED: 04/26/09 AT 0305

STAINS AND PREPARATIONS
04/26/09 0348
RARE WBCS
NO ORGANISMS SEEN
FINAL REPORT
04/27/09 1317
MODERATE GROWTH OF STREPTOCOCCUS PNEUMONIAE
LIGHT GROWTH OF STAPHYLOCOCCUS AUREUS
REFER TO PREVIOUS SUSCEPTIBILITY RESULTS
DATE AND TIME OF REPORT: 04/27/2009 AT 1319

---

** Sputum Culture 20APR2009 23:42 MCRO Final

W[redacted] N[redacted] G
RESPIRATORY CULTURES AND ASSOCIATED TESTS

CULTURE, SPUTUM ACCESSION #: MM-09-037895
TRACHEAL ASPIRATE COLLECTED: 04/20/09 AT 2342
RECEIVED: 04/21/09 AT 0029

STAINS AND PREPARATIONS
04/21/09 0106
FEW WBCS
MANY GRAM POSITIVE COCCI
FEW GRAM POSITIVE RODS
RARE GRAM NEGATIVE RODS
FINAL REPORT
04/24/09 1406
HEAVY GROWTH OF STAPHYLOCOCCUS AUREUS AND STREPTOCOCCUS PNEUMONIAE
SUSCEPTIBILITY TESTING

| S AUREUS | | MIC | INTERP |
|---|---|---|---|
| | AZITHROMYCIN | | S |
| | CIPROFLOXACIN | <=0.5 | S |
| | CLINDAMYCIN | <=0.25 | S |
| | D-TEST | NEGATIVE | |
| | ERYTHROMYCIN | <=0.25 | S |
| | LEVOFLOXACIN | <=0.12 | S |
| | OXACILLIN | 0.5 | S |
| | SULFA/TRIMETH | <=10 | S |
| | TETRACYCLINE | <=1 | S |
| | VANCOMYCIN | <=0.5 | S |

| S PNEUMO | | MIC | INTERP |
|---|---|---|---|
| | AMPICILLIN | | S |

MED0713


1DAILY

| Desired Outcome | Time 08 Initials BA | Time 20 Initials TV |
|---|---|---|
| **Respiratory** | ☒ Outcome met | ☐ Outcome met |
| RR at rest<br>Infant 30-60<br>Child 18-40<br>Adolescent 12-16 | Respirations:<br>☐ Shallow ☐ Labored<br>☐ Grunting ☐ Nasal Flaring<br>☐ Stridor ☐ Apneic<br>☐ Retractions ___<br>☐ Dyspnea<br>Cough: ☒ Productive ☐ Non-Productive<br>☐ Sputum ___ ☒ UAC | Respirations:<br>☐ Shallow ☐ Labored<br>☐ Grunting ☐ Nasal Flaring<br>☐ Stridor ☐ Apneic<br>☐ Retractions ___<br>☐ Dyspnea<br>Cough: ☒ Productive ☐ Non-Productive<br>☐ Sputum ___ ☐ UAC |
| Respirations unlabored & regular without use of accessory muscles. Lungs clear bilaterally without adventitious sounds. No sputum production. Nail beds and mucous membranes are pink. | Tracheostomy ☐ Shiley ☐ Bivona ☐ Other<br>☐ Neo ☐ Peds ☐ Adult<br>☐ Size ___ ☐ Cuffed ☐ Uncuffed<br>Last Δ'd ___ Site condition ___<br>☐ Precautions at Bedside<br>Breath Sounds:<br>R L Anterior / R L Posterior<br>☐ ☐ Crackles / ☐ ☐ Crackles<br>☐ ☐ Wheezes Ins/Exp / ☐ ☐ Wheezes Ins/Exp<br>☒ ☒ Rhonchi / ☒ ☒ Rhonchi<br>☐ ☐ Diminished / ☐ ☐ Diminished<br>☐ ☐ Absent / ☐ ☐ Absent<br>Oxygen Source: ☒ % 21 ☒ Route RA ☒ $SaO_2$ 95%<br>Chest Tubes: ☐ Last Dsg Δ ___<br>☐ Precautions at Bedside<br>Suction: ☐ Water Seal ☐ Wall Suction ☐ Cm Suction ___<br>CT Position: Anterior ☐ R ☐ L Lateral ☐ R ☐ L Mediastinal ☐ R ☐ L<br>CT Drainage: ☐ Serous ☐ Sanguinous ☐ Serosanguinous ☐ Purulent ☐ Tidaling ☐ Airleak ☐ Crepitus ☐ Location<br>Other: ___ | Tracheostomy ☐ Shiley ☐ Bivona ☐ Other<br>☐ Neo ☐ Peds ☐ Adult<br>☐ Size ___ ☐ Cuffed ☐ Uncuffed<br>Last Δ'd ___ Site condition ___<br>☐ Precautions at Bedside<br>Breath Sounds:<br>R L Anterior / R L Posterior<br>☐ ☐ Crackles / ☐ ☐ Crackles<br>☐ ☐ Wheezes Ins/Exp / ☐ ☐ Wheezes Ins/Exp<br>☒ ☒ Rhonchi / ☒ ☒ Rhonchi<br>☐ ☐ Diminished / ☐ ☐ Diminished<br>☐ ☐ Absent / ☐ ☐ Absent<br>Oxygen Source: ☐ % 21 ☐ Route RA ☐ $SaO_2$ 99%<br>Chest Tubes: ☐ Last Dsg Δ ___<br>☐ Precautions at Bedside<br>Suction: ☐ Water Seal ☐ Wall Suction ☐ Cm Suction ___<br>CT Position: Anterior ☐ R ☐ L Lateral ☐ R ☐ L Mediastinal ☐ R ☐ L<br>CT Drainage: ☐ Serous ☐ Sanguinous ☐ Serosanguinous ☐ Purulent ☐ Tidaling ☐ Airleak ☐ Crepitus ☐ Location<br>Other: ___ |
| **Cardiovascular** | ☒ Outcome met | ☒ Outcome met |
| Heart rate:<br>Neonate 80-180<br>Infant 75-160<br>Child 60-110<br>Adol 60-90<br><br>Pulses palpable<br>Cap refill <3 sec<br>No edema. | Edema:<br>☐ Generalized ☐ Periorbital<br>☐ Sacral ☐ Extremity ___<br>☐ Ascites<br>Heart Rhythm:<br>☐ Irregular ___<br>☐ Murmur ☐ Rub<br>Pacemaker:<br>☐ Permanent ☐ Temporary ☐ Rate: ___<br>Telemetry ☒ Yes ☐ No<br>Pulses: (+) pulses | Edema:<br>☐ Generalized ☐ Periorbital<br>☐ Sacral ☐ Extremity ___<br>☐ Ascites<br>Heart Rhythm:<br>☐ Irregular ___<br>☐ Murmur ☐ Rub<br>Pacemaker:<br>☐ Permanent ☐ Temporary ☐ Rate: ___<br>Telemetry ☒ Yes ☐ No<br>Pulses: (+) |

| Arterial Pulses DA | | B | R | F | DP | PT | CAROTID |
|---|---|---|---|---|---|---|---|
| | R | | | | | | |
| | L | | | | | | |

| Arterial Pulses DA | | B | R | F | DP | PT | CAROTID |
|---|---|---|---|---|---|---|---|
| | R | | | | | | |
| | L | | | | | | |

W[redacted]
N[redacted]
04305493 5M M FH G[redacted]/08 37373672
PADM ADM 04/20/09 ACCT STRT

**INOVA HEALTH SYSTEM**

**PEDIATRIC PATIENT DAILY ASSESSMENT**

Date: 5/3/09

Page 1 of 7

CAT # 86138 / R031109

MED0837

MR 24-25

INOVA HOSPITAL FOR CHILDREN

PICU Flowsheet

page 1 of 4

RN [illegible] Date 4/20

04305493 4M M FH 37373672

PADM ADM ACCT STRT

Admit Date 4/10

OR Date

Height 65 cm

Head Circ (Infants under 2 yrs) 43.5 cm

Ett/Trach size (cuffed/uncuffed) 3.5

Taped at 10cm @ lip

When placed

Retaped on

Foley temp. 100.8 101.1 101.3 Foley →

| | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 |
|---|---|---|---|---|---|---|---|
| CUFF MEAN | 67 | 70 70 67 | 77 | 72 | 78 | | |
| PAIN SCALE (1-10) | Ø | | Ø | Ø | Ø | Ø | |

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CVP | | | | | | | | | | | | | | | |
| LAP | | | | | | | | | | | | | | | |
| PAS / PAD | | | | | | | | | | | | | | | |
| MPAP | | | | | | | | | | | | | | | |
| PCWP | | | | | | | | | | | | | | | |
| $SVO_2$ | | | | | | | | | | | | | | | |
| $EtCO_2$ | | | | | | | | | | 34 | 38 | 38 | 41 | 42 | 40 |
| $O_2$ Sat | | | | | | | | | | 100 | 100 | 100 | 100 | 100 | 100 |
| ICP | | | | | | | | | | | | | | | |
| CPP | | | | | | | | | | | | | | | |
| RIPS | None | | | | | | | | | | | | | | |

MED0907

| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | F° |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 104 |
| | | | | | | | | 103 |
| | | | | | | | | 102 |
| | | | | | | | | 101 |
| | | | | | | | | 100 |
| | | | | | | | | 99 |
| | | | | | | | | 98 |
| | | | | | | | | 97 |
| | | | | | | | | 96 |
| | | | | | | | | 95 |
| | | | | | | | | 94 |
| | | | | | | | | 93 |
| | | | | | | | | 92 |
| | | | | | | | | 91 |
| | | | | | | | | 90 |
| | | | | | | | | 89 |
| | | | | | | | | 88 |
| D/L Foley | | | | 99.7 | | | 100.8 | |

| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 250 |
| | | | | | | | | 200 |
| | | | | | | | | 150 |
| | | | | | | | | 100 |
| | | | | | | | | 50 |
| | | | | | | | | 0 |
| 76 | 100 | 100 | 59 | 55 | 71 | 101 | | |
| 10/0 | 9/0 | | 9/0 | 10/0 | 0 | | | |

| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 |
|---|---|---|---|---|---|---|---|
| 40 | 39 | 39 | 38 | 39 | 36 | 37 | 36 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

## Nurses' Progress Notes

1800. Pt admitted @ 1930 from emergency room. Pt placed on ventilator and [illegible] assessment done by admitting ~~[illegible]~~ bedside RN. Pt. also examined by Dr. [illegible]. Assessment ongoing. [signature] RN

Medical orders pending [signature]

4/21/09 0420 #[illegible]: Pt remains on servo via ETT. Awakes spontaneously and bucks vent, fighting c̄ arms & legs. ~~[illegible]~~ Pupils remain equal & reactive to light. Fontanel full to flat. MD aware & visualized pt. P: Go to CT scan @ 0500. Versed & Fent PRN administered to keep pt c̄ ETT. Neuro consulting. CXR while intubated man. Bake survey in AM shift c̄ Peds radiology Pt. Axilla [illegible] @ 4°. Run NS as ordered via MD. Sputum & urine cx sent. Results pending. Ceftriax. started per MD. Tylenol administered for fever. Mom & dad @ bedside, appropriate. Will cont to monitor. Attain coags, BMP, CBC. [signature] McBath[illegible]

MED0908



D = mcg/kg
Previous 24°

I

O

Today's Weight
6.8 Kg
Yesterday's Weight

INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 1 of 4
RN
RN
Date 4/20

Assistive Devices
T - TEDS
A - Air Mattress
S - Splints
C - Compression Device

| INTAKE | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N.S. | | | | | | | | | | | 50 | 30/100 | 50/150 | 50/200 | 50/250 | 27/277 |
| D5½NS+20K | | | | | | | | | | | | | | | | |
| Meds | | | | | | | | | | | | | | | | |
| TOTAL INTAKE ➤ | | | | | | | | | | | | | | | | |

| OUTPUT | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| URINE | | | | | | | | | | | | 34/34 | | 42/76 | 10/86 | 4/90 |
| STOOL/GUIAC | | | | | | | | | | | | ø | | | | |
| GASTRIC GUIAC/PH | | | | | | | | | | | | | | | | |
| CHEST TUBE | | | | | | | | | | | | | | | | |
| TOTAL OUTPUT ➤ | | | | | | | | | | | | | | | | |

| PRN MEDS / MISC | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol | | | | | | | | | | | | | | | | |
| Versed | | | | | | | | | | | | | | | | |
| Fentanyl | | | | | | | | | | | | | | | | |
| HEPARIN FLUSH | | | | | | | | | | | | | | | | |
| OXIMETRY PROBE SITE | | | | | | | | | | | | LE | | Δ | | |
| ACCUCHECK | | | | | | | | | | | | | | | | 172 |
| HWE/C | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ |
| PROTECTIVE / SAFETY DEVICE | | | | | | | | | | | | | | ✓ | | ✓ |
| CIRC CHECK | | | | | | | | | | | | | | | | |
| ASSISTIVE DEVICE | | | | | | | | | | | | | | | | |

CAT #81213 / R5-01 • PKGS
FH 37373672 ACCT STRT
04305493 4M M ADM PADM

MED0909



| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | 8 hr Total |
|---|---|---|---|---|---|---|---|---|
| 30 | 30/60 | 30/90 | 30/120 | 30/150 | 30/180 | 30/210 | 30/240 | 240 |
| | | | | | | | | 3 |
| | | | | | | | TOTAL INTAKE ➤ | 243 |

| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | | 24° |
|---|---|---|---|---|---|---|---|---|---|
| 50 | 30/80 | | 40/120 | 20/140 | 15/155 | 5/160 | 7/167 | 167 | 549 |
| | | | | | | | TOTAL OUTPUT ➤ | 167 | 277 |

| Room Check | 0700 - 1900 | 1900 - 0700 |
|---|---|---|
| BAG / MASK / SUCTION / DRUG SHEET | SJR | MKB |
| SIDE RAILS / BED POSITION | SJR | MKB |
| Alarm Parameters ON | SJR | MKB |

2 RN Signatures to verify IV Drip rates

0700 ● / ●

1900 ● / ●

1730 admit

**VENTILATION**

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 | 0100 | 0200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $O_2$ SOURCE | | | | | | | | | | - | | | SERVO | | | | | | |
| $FIO_2$ | | | | | | | | | | 30% | | | 30% | | | | | | |
| MODE | | | | | | | | | | SIMV VCPS | | | SIMV VCPS | | | | | | |
| RATE (IMV) | | | | | | | | | | 28 | | | 28 | | | | | | |
| TV | | | | | | | | | | 60 | | | 60 | | | | | | |
| PIP / PEEP | | | | | | | | | | /5 | | | /5 | | | | | | |
| PS | | | | | | | | | | 10 | | | 10 | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| $SaO_2$ (PULSE OX) | | | | | | | | | | | | | | | | | | | |
| $ETCO_2$ | | | | | | | | | | | | | | | | | | | |
| pH | | | | | | | | | | | | | | | | | | | |
| $PCO_2$ | | | | | | | | | | | | | | | | | | | |
| $PO_2$ | | | | | | | | | | | | | | | | | | | |
| $HCO_2$ | | | | | | | | | | | | | | | | | | | |
| BE | | | | | | | | | | | | | | | | | | | |
| Art $O_2$ Sat (calc) | | | | | | | | | | | | | | | | | | | |
| Art $O_2$ Sat (dir.) | | | | | | | | | | | | | | | | | | | |
| VEN $O_2$ Sat (dir.) | | | | | | | | | | | | | | | | | | | |
| NEB/ CPT | | | | | | | | | | | | | | | | | | | |
| SUCTION | | | | | | | | | | ✓ | | | ✓ | ✓ | ✓ | | | ✓ | ✓ |

**GLASGOW COMA SCALE / NEURO**

| CHILD/ADOLESCENT | INFANT | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EYES: 4 Spontaneous; 3 Open to Speech; 2 Open to Pain; 1 Remain Closed | | | | | | | | | | | 1 | | | 1 | 1 | 3 | 1 | 3 |
| VERBAL: 5 Oriented; 4 Confused; 3 Words; 2 Sounds Only; 1 No Response | Coos/Babbles; Irritable Cry; Cries to Pain; Moans to Pain | | | | | | | | | | 1 ETT | | | 1 ETT | 1 | 1 | 1 | 1 |
| MOTOR: 6 Obeys Commands; 5 Localizes Pain; 4 Withdraws; 3 Abnormal Flexion; 2 Extension; 1 No Response | Spontaneous Movement; Withdraws to Touch; Withdraws to Pain | | | | | | | | | | 5 | | | 5 | 5 | 5 | 1 | 5 |
| | SEDATED Y / N | | | | | | | | | | Y (ED) | | | Y (ED) | N | → | → | → |
| | TOTAL | | | | | | | | | | 7 | | | 7 | 7 | 9 | 3 | 9 |
| PUPILS RIGHT: Size/Reaction | R | | | | | | | | | | 3R | | | 3R | 3B | 3B | 3B | 3B |
| PUPILS LEFT: Size/Reaction | L | | | | | | | | | | 3R | | | 3R | 3B | 3B | 3B | 3B |
| Fontanelle: Fl - Flat Fu - Full B - Bulging T - Tense S - Sunken | | | | | | | | | | | Fl | | | Fl | Fl | Fl | Fl | Fl |
| ARMS: 5 Normal; 4 Slightly Weak; 3 Breaks Gravity; 2 Does Not Break Gravity; 1 Flicker; 0 No Motor Response | R | | | | | | | | | | 1 | | | 3 | 3 | 3 | 1 | 3 |
| | L | | | | | | | | | | 1 | | | 1 | 3 | 3 | 1 | 3 |
| LEGS: 5 Normal; 4 Slightly Weak; 3 Breaks Gravity; 2 Does Not Break Gravity; 1 Flicker; 0 No Motor Response | R | | | | | | | | | | 1 | | | 1 | 1 | 1 | 1 | 1 |
| | L | | | | | | | | | | 1 | | | 1 | 1 | 1 | 1 | 1 |
| COUGH / GAG | + OR - | | | | | | | | | | +/+ | | | +/+ | +/+ | +/+ | +/+ | +/+ |
| SUCK / SWALLOW | + OR - | | | | | | | | | | UTA | | | UTA | UTA | UTA | UTA | UTA |

PAIN SCALE *circle method:* cries / faces / flacc / linear — cries / faces / (flacc) / linear

☐ **System Assessed, No Problem Identified** TIME 1745 INIT [illegible]

1. **Respirations:** ☐ Shallow ☐ Labored ☐ Nasal Flaring ☐ Stridor ☐ Grunting ☐ Periodic

MED09111



## Lab Values

| TIME | 1535 | 4/26 0445 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Glu | 220 | 103 | | | | | | |
| BUN | 11 | 3 | | | | | | |
| Creat | 0.4 | 0.2 | | | | | | |
| Na | 140 | 137 | | | | | | |
| K | 3.8 | 3.7 | | | | | | |
| Cl | 105 | 106 | | | | | | |
| $CO_2$ | 19 | 23 | | | | | | |
| ICA/CA | 9 | 9.2 | | | | | | |
| Hgb | 8.8 | 8.5 | | | | | | |
| Hct | 26.9 | 25.3 | | | | | | |
| Plts | 318 | 271 | | | | | | |
| WBC/RBC | 11.99/3.51 | 10.4/3.4 | | | | | | |
| PT | | 13.7 | | | | | | |
| PTT | | | | | | | | |
| Glu / Ket | | | | | | | | |
| Sg / pH | | | | | | | | |
| bld / prot | | | | | | | | |

Reference Range for unit based lab tests

Accucheck: 70-100 mg/dl

URINE DIPSTICK

| | |
|---|---|
| glucose | – negative |
| bilirubin | – negative |
| ketone | – negative |
| blood | – negative |
| ph | – 5.0-8.0 |
| protein | – neg.-trace |
| sp. gravity | – 1.001-1.035 |
| occult blood in stool | – negative |
| occult blood in gastric content | – negative |

| | 0500 | 0600 | 0700 |
|---|---|---|---|

| 0400 | 0500 | 0600 | 0700 |
|---|---|---|---|
| 4 | 4 | 2 | 2 |
| 1 | 1 | 1 | 1 |
| 6 | 6 | 5 | 4 |
| N | N | N | N |
| 11 | 11 | 8 | 7 |
| 3B | 3S | 3B | 3B |
| 3B | 3S | 3B | 3B |
| F1 | Fu/F1 | Fu/F3 | |
| 4 | 3 | 3 | 1 |
| 4 | 3 | 3 | 1 |
| 3 | 3 | 1 | |
| 3 | 3 | | |
| | +/+ | +/+ | +/+ |
| | | | |

-es / flacc / linear

INIT MKP □ NO PROBLEM

| DRUG LEVELS | Hours Post Dose → | | | | | | |
|---|---|---|---|---|---|---|---|

**PUPIL SCALE**

B = Brisk S = Sluggish N = Non-react

1 2 3 4 5 6 7 8 mm

**LINEAR ANALOGUE PAIN SCALE**

No Pain — Excruciating Pain

0 1 2 3 4 5 6 7 8 9 10

PADM 04305493 4M M FH G 37373672 ACCT STRT ADM

**INOVA HOSPITAL FOR CHILDREN**

**PICU Flowsheet**

page 3 of 4

RN Date 4/26

| 0700-1900 INITIAL | 1900-0700 INITIAL |
|---|---|

MED0912

RESPIRATORY

3. Secretions: Color Amount: ☐ Scant ☐ Moderate ☐ Copious
Consistency: ☐ Thin ☐ Thick ☐ Frothy ☐ Tenacious

4. Breath Sounds: Right side Clear Left side Clear

(+) air leak

1. Clear 2. Crackles 3. Inspiratory wheezes 4. Exp. wheezes 5. Rhonchi 6. Stridor
7. Diminished 8. Absent

5. Chest Tubes: Type of Device ____ CM suction ____ ☐ Water Seal
Location ____ ☐ Tidaling ☐ Air leak ____ ☐ Straight Drainage None
Character of Drainage ☐ Serous ☐ Sero Sanguinous ☐ Sanguinous ☐ Cloudy

Comment Cont. ETCO2 / O2 sat monitoring

CARDIOVASCULAR

☐ System Assessed, No Problem Identified TIME 1745 INIT YB

1. Heart Rhythm: ☐ NSR ☐ Sinus Brady ☑ Sinus Tachycardia @ this time
☐ SVT ☐ Ventricular Dysrhythmia ☐ Junctional/Nodal
Pacemaker: ☐ Temporary ☐ Permanent ☐ Transvenous ☐ Epicardial
☐ Transcutaneous Mode ____ Rate ____
MA: AO ____ VO ____ Sensitivity A ____ V ____ AV Delay ____

2. Pulses: 0-Absent 1 Weak 2 Normal 3 Bounding
D-Doppler

| Pulse | B | R | F | DP | PT | Carotid |
|---|---|---|---|---|---|---|
| R | 2 | 2 | | 2 | 2 | |
| L | 2 | 2 | | 2 | 2 | |

CAPILLARY REFILL IN SECONDS

| | | | |
|---|---|---|---|
| CFT: RUE | ~3 sec | LUE | |
| RLE | | LLE | ~3 sec |

3. Heart Tones: ☐ Active Precordium ☑ Normal ☐ Murmur
☐ Gallup ☐ Rub ☐ Distant PMI ____

4. Edema: ☐ Generalized ☐ Extremity ☐ Sacral ☐ Periorbital
☐ Other ____ ∅ noted

5. Vascular Catheters:

| Line Type | Location | Date of Insertion | Device | Site Condition |
|---|---|---|---|---|
| PIV | 24g (R) foot | 4/20 | IV fluids → pump | |
| PIV | 24g (R) hand | 4/20 | H.L | |
| | | | | |
| | | | | |
| | | | | |

PA catheter ____ CM Insertion ____ CM Sheath ____

Comment Cont. CR. monitoring c̄ limits set & alarms on

INTEGUMENTARY

☐ System Assessed, No Problem Identified TIME 1745 INIT YB

1. Skin Turgor: ☐ Poor ☐ Taut elastic
2. Skin Temperature: ☐ Cool ☐ Clammy ☐ Diaphoretic ☑ Warm ☐ Hot afebrile
3. Skin Color: ☑ Pale slightly ☐ Mottled ☐ Cyanotic ☐ Jaundiced ☑ Pink ☑ Red/Flushed
4. Rash/Lesions: ∅ Location / Type ____
5. Pressure Ulcers: ∅ Site ____ Site in cm ____
Stage: ☐ Red Area ☐ II Partial Thickness ☐ III Full Thickness ☐ Penetration to Muscle

Incision/Wounds/Drains: location / Condition: None @
Comment

SSS
~~BRADEN SCALE:~~
Total Score: 18

| | |
|---|---|
| 15 - 16 | Low Risk |
| 12 - 14 | Mod Risk |
| ≤ 11 | Hi Risk |

GI / GU

☐ System Assessed, No Problem Identified TIME 1745 INIT YB

1. Abdominal Palpitation: ☑ Soft ☐ Firm ☐ Distended ☐ Tender ☐ Rigid ☐ Girth ____
2. Bowel Sounds: ☑ Active ☐ Hyperactive ☐ Hypoactive ☐ Absent
3. Gastric Tube: Type OG Size 10FR Measures (cm) ____ ☐ To suction ☐ To gravity drainage ☐ Feeding (intermittent/continuou
Type ____ Size ____ Measures (cm) ____ ☐ To suction ☐ To gravity drainage ☐ Feeding (intermittent/continuou
drainage: color ____ guiac ____
4. Urine Catheter: ☐ External ☐ Suprapubic ☑ Indwelling size 8FR Date Inserted 4/20
color ____ ☐ Cloudy ☐ Sediment ☐ Fruity Smell ☐ Foul Smell

Comment

observed

oarse bilaterally

Ø

agree

INIT MKB ❑ NO PROBLEM

agree

agree

agree

agree

agree

INIT MKB ❑ NO PROBLEM

agree
+ fever @ this time

INIT MKB ❑ NO PROBLEM

agree
pale yellow urine
a red +

| | | | |
|---|---|---|---|
| | Comments: | | |
| NUTRITION | Diet: NPO | XB | MKB |
| | Formula: | | |
| | ❑ NG ❑ ND/NJ ❑ GT ❑ po | | |
| | ❑ Total feed ❑ Needs assistance ❑ Feeds self | | |
| ALLERGIES | NKDA | SJR | MKB |
| PSYCHOSOCIAL | ☑ Communications Barrier BETT | SJR | MKB |
| | ❑ Unable to assess: ❑ Pt. ❑ Family | | |
| | ❑ Coping Ineffective: ❑ Pt. ❑ Family | | |
| | ❑ Fears: | | |
| | Pain ❑ Pt. ❑ Family | | |
| | Dying ❑ Pt. ❑ Family | | |
| | Being Alone ❑ Pt. ❑ Family | | |
| | ❑ Emotional State: | | |
| | Anxious ❑ Pt. ☑ Family | SJR | MKB |
| | Agitated ❑ Pt. ❑ Family | | |
| | Tearful/Crying ❑ Pt. ☑ Family | SJR | |
| | Euphoric | | |
| | ☑ Parents: ❑ Called ☑ Visited | SJR | MKB |
| | ❑ Pt/Parent Teaching ❑ Return demonstration | | |
| | Comments: | | |
| NURSING CARE / PROCEDURES | TRANSDUCERS: level / calibrated | | |
| | Activity: ☑ total care ❑ need assistance ❑ self care | SJR | MKB |
| | HOB: ❑ flat ☑ 30° ❑ 45° ❑ 90° | SJR | MKB |
| | ☑ other high falls | SJR | MKB |
| | Bedrest / Turn Q2° | SJR | MKB |
| | Chair / HELD | | |
| | Ambulate ❑ on own ❑ with assist | | |
| | ROM | | |
| | Protective Device / RELEASE Q2° | | MKB |
| | Seizure Precautions | High Falls Precautions | |
| | HYGIENE: Bath | | |
| | Oral Hygiene | | MKB |
| | Peri / Foley Care | SJR | MKB |
| | Skin Care | SJR | MKB |
| | Gastric Tube Care | | |
| | Feeding Bag Rinsed / Changed | | |
| | Trach Care / Trach Changed | | |
| | Cervical Collar Site Care | | |
| | Line Tubing Changed / Injection Cap Changed | | |
| | Carrier System Changed | | |
| | IV Started / Location | | |
| | PREP for test or procedure | | |
| | x ray | | MKB |
| | other CPS/police/photos taken by PD / CT 0500 | | MKB |
| | NURSING CARE > 16 hrs/day | | MKB |

INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 4 of 4
RN XB/SJR
RN MKB
Date 4/30

G [redacted] /08
FH 37373672
ACCT STRT
4M M
ADM
[redacted] 04305493
PADM



Admit Date 4/20/09
OR Date
Height 65cm
Head Circ Infants under 2 yrs 43.5cm
Ett/Trach size cuffed/uncuffed 3.5
Taped at 12cm@lip
When placed 4/20/09
Retaped on 4/20/09
INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 1 of 4
RN
RN
Date 4/21/09
04305493
PADM
4M M
ADM
FH 37373672
ACCT STRT
°C F° 0700 0800 0900 1000 1100 1200 1300 1400 1500
1600 1700 1800 1900 2000 2100 2200 2300
Foley temp 99.7
BP
Art
Cuff
RESP
HR
Temp
MABP
CUFF MEAN 102 100 59 103 60 103 109 100 81 105 79 75 107 91 107
PAIN SCALE (1-10)
HEMODYNAMICS
CVP
LAP
PAS
PAD
MPAP
PCWP
SVO2
EtCO2 36 37 36 40 38 38 37 37
O2 Sat 100 100 100 100 100 100 100 100 100 100 100 99 95 97 100
ICP
CPP
RIPS
MED0915