IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **TRUDY ELIANA MUÑOZ RUEDA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| v. | ) | 1:14cv699 (LMB/IDD) |
| | ) | |
| **HAROLD W. CLARKE, Director,** | ) | |
| **Virginia Department of Corrections,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**NOTICE OF SUBMISSION OF:**
**EXHIBIT/AMENDMENT TO MUNOZ APPENDIX**

Pursuant to this Court's December 5, 2014, Order, Petitioner Trudy Eliana Muñoz Rueda hereby electronically files the medical records (redacted) to which she cites in her petition. When Muñoz filed her petition she relied on the state court record for the medical records to which she cited because they are voluminous. This was erroneous because the medical records were submitted to the state court on CD and this Court does not accept filings in CD format. Therefore, undersigned counsel apologizes for this mistake and through this filing makes electronically available the relevant medical records. These redacted records are 143 total pages and filed in five parts to bring each document filed under the 10 MB size limit. This Notice is for the 4th and 5th submissions per pages 15-16 of this Court's EDVA Electronic Case Filing Policies and Procedures Manual.

Respectfully submitted,

_____/s/_____
Trudy Eliana Muñoz Rueda
by counsel

Matthew L. Engle, Va. Bar No. 46833
WASHINGTON & LEE UNIVERSITY SCHOOL
OF LAW
1 Denny Circle
Lexington, Virginia 24450
(540) 458-8188
engle.matthew@gmail.com

Jonathan P. Sheldon, Va. Bar No. 66726
SHELDON, FLOOD & HAYWOOD, PLC
10621 Jones Street, Suite 301
Fairfax, Virginia 22030
(703) 691-8410
(703) 251-0757 (fax)
jsheldon@sfhdefense.com

*Counsel for Trudy Muñoz Rueda*

CERTIFICATE OF SERVICE

I certify that on December 15, 2014, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF filing system that will send notification of such filing to Warden's counsel, Rosemary Bourne, Office of the Attorney General, 900 East Main Street, Richmond, VA 232198, *at rbourne@oag.state.va.us*.

_____/s/_____
Jonathan P. Sheldon
Sheldon, Flood & Haywood, PLC
Counsel for Trudy Muñoz Rueda
10621 Jones Street, Suite 301A
Fairfax, VA 22030
Office (703) 691-8410
Fax (703) 251-0757
JSheldon@SFHdefense.com

2