

## Lab Values

| TIME | 0330 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Glu | | | | | | | | |
| BUN | | | | | | | | |
| Creat | | | | | | | | |
| Na | | | | | | | | |
| K | | | | | | | | |
| Cl | | | | | | | | |
| $CO_2$ | | | | | | | | |
| ICA | | | | | | | | |
| Hgb | 8.9 | | | | | | | |
| Hct | 27 | | | | | | | |
| Plts | 230 | | | | | | | |
| WBC | 11.2 | | | | | | | |
| PT | | | | | | | | |
| PTT | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Glu / Ket | | | | | | | | |
| Sg / pH | | | | | | | | |
| bld / prot | | | | | | | | |

| Reference Range for unit based lab tests | |
|---|---|
| Accucheck: 70-100 mg/dl | |
| URINE DIPSTICK | |
| glucose | – negative |
| bilirubin | – negative |
| ketone | – negative |
| blood | – negative |
| ph | – 5.0-8.0 |
| protein | – neg.-trace |
| sp. gravity | –1.001-1.035 |
| occult blood in stool | – negative |
| occult blood in gastric content | – negative |

| Hours Post Dose → | | | | | | |
|---|---|---|---|---|---|---|
| DRUG LEVELS | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

W
N
04305493 4M M FH 37373672 G [redacted]08
PADM ADM 04/20/09 ACCT STRT

### PUPIL SCALE

B = Brisk S = Sluggish N = Non-react

1 2 3 4 5 6 7 8 mm

### LINEAR ANALOGUE PAIN SCALE

No Pain — Excruciating Pain

0 1 2 3 4 5 6 7 8 9 10

0500 0600 0700

0500 0600 0700

00 0400 0500 0600 0700

| | 4 | |
|---|---|---|
| + | eH | |
| l | 1 | |
| l | 6 | |
| Y | Y | |
| | N | |
| 2 | B2 | |
| 2 | B2 | |
| 2 | R | |
| | 4 | |
| | 4 | |
| | 4 | |
| | 4 | |
| + | + | |
| NA | NA | |

es / flacc / linear

INIT DW ☐ NO PROBLEM

**INOVA HOSPITAL FOR CHILDREN**

**PICU Flowsheet**

page 3 of 4

RN [signature] Date 4/16/13

RN [signature]

| 0700-1900 INITIAL | 1900-0700 INITIAL |
|---|---|

MED0960

RESPIRATORY

Secretions: Color: white Consistency: ☑ Thin ☐ Thick ☐ Frothy ☐ Tenacious

4. Breath Sounds: Right side 5 → 1 ē sxn Left side 5 → 1 ē sxn, 5I. 7 in base

1. Clear 2. Crackles 3. Inspiratory wheezes 4. Exp. wheezes 5. Rhonchi 6. Stridor 7. Diminished 8. Absent

5. Chest Tubes: Type of Device ______ CM suction ______ ☐ Water Seal
Location ______ ☐ Tidaling ☐ Air leak ______ ☐ Straight Drainage
Character of Drainage ☐ Serous ☐ Sero Sanguinous ☐ Sanguinous ☐ Cloudy N/A

Comment

CARDIOVASCULAR

☐ System Assessed, No Problem Identified TIME 0800 INIT SK

1. Heart Rhythm: ☑ NSR ☐ SVT ☐ Sinus Brady ☐ Ventricular Dysrhythmia ☐ Sinus Tachycardia ☐ Junctional/Nodal

Pacemaker: ☐ Temporary ☐ Transcutaneous ☐ Permanent ☐ Transvenous ☐ Epicardial
MA: AO ______ Mode ______ Rate ______
VO ______ Sensitivity A ______ V ______ AV Delay ______

2. Pulses: 0-Absent 1 Weak 2 Normal 3 Bounding D-Doppler

| Pulse | B | R | F | DP | PT | Carotid |
|---|---|---|---|---|---|---|
| R | 2+ | | | 2+ | | |
| L | 2+ | | | 2+ | | |

– d/t IV infiltrate

CAPILLARY REFILL IN SECONDS

| | | | |
|---|---|---|---|
| CFT: RUE | < 5-6 sec | LUE | < 3 sec |
| RLE | < 3 sec | LLE | < 3 sec |

3. Heart Tones: ☐ Active Precordium ☐ Gallup ☑ Normal ☐ Rub ☐ Murmur ☐ Distant PMI ______

4. Edema: ☐ Generalized ☐ Other ______ ☑ Extremity Ⓡ arm/hand ☐ Sacral ☐ Periorbital

5. Vascular Catheters:

| Line Type | Location | Date of Insertion | Device | Site Condition |
|---|---|---|---|---|
| PIV | Ⓡ HAND → d/c'd d/t ↑ hand/arm swelling, sluggish to flush | | | |
| PIV | Ⓛ HAND | | pump | C/D/I, flushes easily |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PA catheter CM Insertion ______ CM Sheath ______

Comment

INTEGUMENTARY

☐ System Assessed, No Problem Identified TIME 0800 INIT SK

1. Skin Turgor: ☐ Poor ☑ Taut (above) ☑ elastic
2. Skin Temperature: ☑ Cool (BLE's) ☐ Clammy ☐ Diaphoretic ☑ Warm ☑ Hot ē core etimes
3. Skin Color: ☐ Pale ☐ Mottled ☐ Cyanotic ☐ Jaundiced ☐ Pink ☐ Red/Flushed
4. Rash/Lesions: Location / Type ______
5. Pressure Ulcers: Site ______ Site in cm ______
Stage: ☐ Red Area ☐ II Partial Thickness ☐ III Full Thickness ☐ Penetration to Muscle

~~BRADEN SCALE:~~ SSS
Total Score: ______

| | |
|---|---|
| 15 - 16 | Low Risk |
| 12 - 14 | Mod Risk |
| ≤ 11 | Hi Risk |

Incision/Wounds/Drains: location / Condition: Comment: cont. EEG leads on scalp, cared ē sock-cap; Ⓡ arm/hand swollen d/t IV infiltrate – warm compress placed, extremity elevated

GI / GU

☐ System Assessed, No Problem Identified TIME 0800 INIT SK

1. Abdominal Palpitation: ☑ Soft ☐ Firm ☐ Distended ☐ Tender ☐ Rigid ☐ Girth ______ Ⓑ flatus
2. Bowel Sounds: ☑ Active ☐ Hyperactive ☐ Hypoactive ☐ Absent
3. Gastric Tube: Type ND Size ______ Measures (cm) 40cm ☐ To suction ☐ To gravity drainage ☑ Feeding (intermittent/continuous)
Type ______ Size ______ Measures (cm) ______ ☐ To suction ☐ To gravity drainage ☐ Feeding (intermittent/continuous)
drainage: color ______ guiac ______
4. Urine Catheter: ☐ External ☐ Suprapubic ☐ Indwelling size ______ Date Inserted ______
color ______ ☐ Cloudy ☐ Sediment ☐ Fruity Smell ☐ Foul Smell

Comment
diapered for urine/stool – loose/brown

OBSERVED

care bilaterally nished in both e.

A

INIT [initials] ☐ NO PROBLEM

ee.

c̄ ↑ cap refill 1sec.

gree

TE GENERAL

PIV (22 gauge) td 4/20/09. CI - flushes ).

INIT [initials] ☐ NO PROBLEM

in All mities d/t ↑ a. & PK

c̄ eeg assessment HANDS PIV's c̄ hands/fingers

INIT [initials] ☐ NO PROBLEM

ee

pr : for temp trring

| Section | Item | | | | |
|---|---|---|---|---|---|
| NEURO | Comments: Pnt/Versed GTT & prn cont. EEG sedation | | | SK | [initials] |
| NUTRITION | Diet: | | | | |
| | Formula: Similac 20 kcal | | | SK | [initials] |
| | ☐ NG ☑ ND/NJ ☐ GT ☐ po | | | SK | [initials] |
| | ☑ Total feed ☐ Needs assistance ☐ Feeds self | | | SK | [initials] |
| ALLERGIES | NKDA | | | SK | [initials] |
| PSYCHOSOCIAL | ☑ Communications Barrier sedation, ET, head wrap | | | SK | [initials] |
| | ☐ Unable to assess: | ☐ Pt. | ☐ Family | | |
| | ☐ Coping Ineffective: | ☐ Pt. | ☐ Family | | |
| | ☐ Fears: | | | | |
| | Pain | ☐ Pt. | ☐ Family | | |
| | Dying | ☐ Pt. | ☐ Family | | |
| | Being Alone | ☐ Pt. | ☐ Family | | |
| | ☐ Emotional State: | | | | |
| | Anxious | ☐ Pt. | ☑ Family | SK | [initials] |
| | Agitated | ☑ Pt. | ☐ Family | SK | [initials] |
| | Tearful/Crying | ☐ Pt. | ☑ Family | SK | [initials] |
| | Euphoric | | | | |
| | ☐ Parents: | ☐ Called | ☑ Visited | SK | [initials] |
| | ☐ Pt./Parent Teaching | ☐ Return demonstration | | | |
| | Comments: Maternal, paternal grandparents, mom & dad @ bedside, all very emotional, updated re: status by RN, MD, Asamoa | | | SK | Mom & friends @ bedside [initials] |
| NURSING CARE / PROCEDURES | TRANSDUCERS: level / calibrated | | | | |
| | Activity: ☑ total care ☐ need assistance ☐ self care | | | SK | [initials] |
| | HOB: ☐ flat ☑ 30° ☐ 45° ☐ 90° | | | SK | [initials] |
| | ☑ other High Falls Precautions | | | SK | [initials] |
| | Bedrest / Turn Q2° | | | SK | [initials] |
| | Chair / HELD | | | | |
| | Ambulate ☐ on own ☐ with assist | | | | |
| | ROM | | | | |
| | Protective Device / RELEASE Q2° | | | | |
| | Seizure Precautions | | | | [initials] |
| | HYGIENE: Bath | | | | |
| | Oral Hygiene | | | SK | [initials] |
| | Peri / Foley Care | = diaper | | SK | [initials] |
| | Skin Care | Δ's | | SK | [initials] |
| | Gastric Tube Care | | | | |
| | Feeding Bag Rinsed / Changed | | | SK | [initials] |
| | Trach Care / Trach Changed | | | | |
| | Cervical Collar Site Care | | | | |
| | Line Tubing Changed / Injection Cap Changed | | | | |
| | Carrier System Changed | | | | [initials] |
| | IV Started / Location | | | | |
| | PREP for test or procedure | | | | |
| | x ray | | | | |
| | other | | | | |
| | NURSING CARE > 16 hrs day | | | SK | |

INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 4 of 4
RN SK
RN [initials] Date 4/20/09

[redacted] G[redacted]/08 FH 37373672 ACCT STRT
M 4M ADM 04/20/09
W[redacted] N 04305493 PADM

MED0962

°C F° 0700 0800 0900 1000 1100 1200 1300 1400 1500
1600 1700 1800 1900 2000 2100 2200 2300
100.4 R Probe 101.1
101.1/R 99.5R
BP
Art
Cuff
RESP
HR
Temp
MABP
CUFF MEAN
PAIN SCALE (1-10)
103 52 55 48 67 44 48 59
42 48 62 49 49 49 44 60
Admit Date 4/20/09
OR Date
Height 65cm
Head Circ Infants under 2 yrs 43.5cm
ett/trach size cuffed/uncuffed 3.5
Taped at 12@lip
When placed 4/24/09
Retaped on 4/25/09 4/27/09
HEMODYNAMICS
CVP
LAP
PAS PAD
MPAP
PCWP
SVO2
EtCO2 42 34 45 38 51 38 38 43 37 34 43 37 43 39 37
O2 Sat 100 100 100 100 100 100 100 99 100 100 100 100 100 100 100
ICP
CPP
DRIPS
Fentanyl 10 10 10 10 10 10 10 10 10 10 10 10 10 10 10
Versed 3 3 3 3 3 3 3 2 2 2 2 2 2 2 2
INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 1 of 4
RN MKB
RN
Date 4/27/09
04305493
PADM
4M M
ADM 04/20/09
FH 37373672
ACCT STRT
MED0963

| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 |
|---|---|---|---|---|---|---|---|
| 42 | 37 | 34 | 45 | 47 | 43 | 45 | 44 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 2 | 2 | 2 | ↓1 | 1 | 1 | 1 | 1 |
| | | | 4/KS | | | | |

# Nurses' Progress Notes

4/27/09 1425 #1S: Pt remains on servo via ETT. MD aware of CXR. Sxn prn for moderate amts white secretions, good cough, good gag. Breath sounds remain clear c̄ good air movement. P: Keep pt intubated today. ETT retaped & pulled back as ordered by MD. Cont. to monitor resp status and sxn prn. #2S: Fentanyl & Versed gtt cont'd. PRN boluses administered for agitation and coughing against ventilator. Chloral administered as scheduled. EEG continuously cont'd. Phenobarb as scheduled. Neuro updated parents today. Mother aware to push button on EEG monitor if visualize seizures. P: Monitor for break through seizures & ↓ Versed gtt by 1 mg/hr rate q12° due @1500. Sedation available prn for pt. discomfort. #3 S/P: See note under #2 S/P.

MKButterworth

4/28/09 0630 – P#1 (S) pt stable on vent overnight. unlabored respirations c̄ clear BS bilaterally p̄ suctioning. Vent Δ'd from PRVC to SIMV PC/PS mode, pts O2 sats have been 100% overnight. (P) pt tolerated vent Δ's s̄ difficulty – cont to monitor resp status closely. P# 2/3 (S) neuro ✓ Q2° pt continues on Fentanyl & Versed gtts. Versed gtt ↓ to 1mg/hr @ 0300. cont EEG monitoring. Ø seizure activity noted. pt c̄ spontaneous movement in bilaterally upper extremities, breaking gravity. slight movement noted in lower extremities. pt opens eyes spontaneously appeared comfortable o/N. sedation given for agitation / fighting / coughing against vent. (P) cont to

MED0964



D = mode
Previous 24°

I

O

Today's Weight 7.6 Kg 4/27/09

Yesterday's Weight 6.8 kg

INOVA HOSPITAL FOR CHILDREN
**PICU Flowsheet**
page 1 of 4

RN MKB
RN
Date 4/27/09

Assistive Devices
T - TEDS
A - Air Mattress
S - Splints
C - Compression Device

04305493 4M M FH 37373672
PADM ADM 04/20/09 ACCT STRT
CAT #81213 / R5-01 • PKGE

**INTAKE**

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Similac 20 | 40 | 40/80 | 40/120 | 40/160 | 40/200 | 40/240 | 40/280 | 40/320 | 320 | 40 | 40/80 | 40/120 | 40/160 | 40/200 | 40/240 | 40/280 |
| Fentanyl | 1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 8 | 1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 |
| Versed | 0.6 | 0.6/1.2 | 0.6/1.8 | 0.6/2.4 | 0.6/3 | 0.6/3.6 | 0.6/4.2 | 0.6/4.8 | 4.8 | .4/.4 | 0.4/0.8 | 0.4/1.2 | 0.4/1.6 | 0.4/2 | 0.4/2.4 | 0.4/2.8 |
| NS | 2 | 2/4 | 2/6 | 2/8 | 2/10 | 2/12 | 2/14 | 2/16 | 18 | 2 | 2/4 | 2/6 | 2/8 | 2/10 | 2/12 | 2/14 |
| Meds | | | | | 2+1/3 | | | | 3 | | | 3 | | | | |
| TOTAL INTAKE | | | | | | | | | 353.8 | | | | | | | |

**OUTPUT**

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| URINE | 138 | | | 22/160 | 52/212 | | 44/256 | | 256 | 52 | | | | 110/162 | | 95/257 |
| STOOL/GUIAC | xt | | | | | | | | | | | | | | | large xt 100% |
| GASTRIC GUIAC/PH | | | | | | | | | | | | | | | | |
| CHEST TUBE | | | | | | | | | | | | | | | | |
| TOTAL OUTPUT | | | | | | | | | 256 | | | | | | | |

**PRN MEDS**

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fentanyl | 0800 20mcg | 0945 20mcg | | 1100 20mcg | 1200 20mcg | | 1430 20mcg | 1500 7mcg | 1540 27mcg | | 1700 27mcg | | 1950 27mcg | | | 2250 27mcg |
| Versed | 0800 3mg | 0945 3mg | | 1100 3mg | 1200 3mg | | 1430 3mg | | | | 1700 3mg | | 1950 3mg | | | 2250 3mg |
| Tylenol | | | | | 1248 100mg | | | | | | | | | | 2105 100mg | |
| Chloral | | | | | 1215 175mg | | | | | | | 1800 210mg | | | | |
| HEPARIN FLUSH | | | | | | | | | | | | | | | | |

**MISC**

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OXIMETRY PROBE SITE | Δ | | Δ | | | | Δ | | | | | | | Δ | | |
| ACCUCHECK | | | | | | | | | | | | | | | | |
| HWE/C | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Activity | R | | | L | | B | | R | | | L | | | | | |
| PROTECTIVE/ SAFETY DEVICE | | | | | | | | | | | | | | | | |
| CIRC CHECK | ✓ | | ✓ | ✓ | | ✓ | ✓ | | | ✓ | | ✓ | ✓ | | ✓ | |
| ASSISTIVE DEVICE | | | | | | | | | | | | | | | | |

2400 0100 0200 0300 0400 0500 0600 0700
8 hr Total
Addendum 4/28/09 0630- pt tmax of 102 last night MD notified. Blood cx sent. sputum cx / CBC ordered/pending
TOTAL INTAKE
TOTAL OUTPUT
Room Check
0700 - 1900
1900 - 0700
BAG / MASK / SUCTION / DRUG SHEET
SIDE RAILS / BED POSITION
Alarm Parameters ON
MKB
KS
2 RN Signatures to verify IV Drip rates
0700
1900
MED0966

**VENTILATION**

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 | 0100 | 0200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $O_2$ SOURCE | servo | | | | | | | | | | | | servo | | | | | Servo | |
| $FIO_2$ | 35% | | | | | | | | | | | | 35% | | | | | 35% | |
| MODE | PRVC | | | | | | | | | | | | PRVC | | | | | simv | |
| RATE (IMV) | 28 | | | | | | | | | | | | 28 | | | | | 28 | |
| TV | 70 | | | | | | | | | | | | 70 | | | | | | |
| PIP / PEEP | (18)/5 | | | | | | | | | | | | /5 | | | | | 12/10 | |
| PS | | | | | | | | | | | | | | | | | | 16/10 | |
| | | | | | | | | | | | | | | | | | | | |
| $SaO_2$ (PULSE OX) | | | | | | | | | | | | | 100% | | | | | 100 | |
| $ETCO_2$ | | | | | | | | | | | | | 51 | | | | | 46 | |
| pH | | | | | | | | | | | | | | | | | | | |
| $PCO_2$ | | | | | | | | | | | | | | | | | | | |
| $PO_2$ | | | | | | | | | | | | | | | | | | | |
| $HCO_2$ | | | | | | | | | | | | | | | | | | | |
| BE | | | | | | | | | | | | | | | | | | | |
| Art $O_2$ Sat (calc) | | | | | | | | | | | | | | | | | | | |
| Art $O_2$ Sat (dir.) | | | | | | | | | | | | | | | | | | | |
| VEN $O_2$ Sat (dir.) | | | | | | | | | | | | | | | | | | | |
| NEB/ CPT | | | | | | | | | | | | | | | | | | | |
| SUCTION | ✓ | | ✓ | ✓ | ✓ | | ✓ | | ✓ | | | | ✓ | | | | | ✓ | |

pc/ps peep
pc/ps

**GLASGOW COMA SCALE**

| CHILD/ADOLESCENT | INFANT | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EYES: 4 Spontaneous; 3 Open to Speech; 2 Open to Pain; 1 Remain Closed | | 4 | | 4 | | 4 | | 3 | | 3 | | 3 | | 3 | | 4 | | 3 |
| VERBAL: 5 Oriented; 4 Confused; 3 Words; 2 Sounds Only; 1 No Response | Coos/Babbles; Irritable Cry; Cries to Pain; Moans to Pain | 1 ET | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 |
| MOTOR: 6 Obeys Commands; 5 Localizes Pain; 4 Withdraws; 3 Abnormal Flexion; 2 Extension; 1 No Response | Spontaneous Movement; Withdraws to Touch; Withdraws to Pain | 6 | | 6 | | 6 | ~~6~~ | 6 | | 6 | | 6 | | 6 | | 6 | | 6 |
| | SEDATED Y / N | Y | | Y | | Y | | Y | | Y | | Y | | Y | | Y | | Y |
| | TOTAL | 11 | | 11 | | 11 | | 10 | | 10 | | 10 | | 10 | | 11 | | 10 |

**NEURO**

| | | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PUPILS: RIGHT: Size/Reaction | R | 3B | | 3R | | 3R | | 3R | | 3R | | 3R | | 2R | | 3R | | 3R |
| PUPILS: LEFT: Size/Reaction | L | 3B | | 3R | | 3R | | 3R | | 3R | | 3R | | 2R | | 3R | | 3R |
| Fontanelle: Fl - Flat Fu - Full B - Bulging T - Tense S - Sunken | | Fl | | Fl | | Fl | | Fl | | Fl | | Fl | | FL | | FL | | FL |
| ARMS: 5 Normal; 4 Slightly Weak; 3 Breaks Gravity; 2 Does Not Break Gravity; 1 Flicker; 0 No Motor Response | R | 4 | | 4 | | 4 | | 4 | | 2 | | 2 | | 2 | | 3 | | 3 |
| | L | 4 | | 4 | | 4 | | 4 | | 2 | | 2 | | 2 | | 3 | | 3 |
| LEGS: 5 Normal; 4 Slightly Weak; 3 Breaks Gravity; 2 Does Not Break Gravity; 1 Flicker; 0 No Motor Response | R | 4 | | 4 | | 4 | | 3 | | 1 | | 1 | | 2 | | 3 | | 3 |
| | L | 4 | | 4 | | 4 | | 3 | | 1 | | 1 | | 2 | | 3 | | 3 |
| COUGH / GAG | + OR - | +/+ | | +/+ | | +/+ | | +/+ | | +/+ | | +/+ | | + + | | + + | | + + |
| SUCK / SWALLOW | + OR - | ~~+/+~~ UTA | | UTA | | UTA | | UTA | | UTA | | UTA | | UTA | | UTA | | UTA |

PAIN SCALE *circle method:* cries / faces / (flacc) / linear — cries / faces / (flacc) / linear

☐ System Assessed, No Problem Identified — TIME 0800 INIT MKB

1. Respirations: ☐ Shallow ☐ Labored ☐ Nasal Flaring ☐ Stridor ☐ Grunting ☐ Periodic

MED0967

Lab Values

| TIME | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Glu | | | | | | | | |
| BUN | | | | | | | | |
| Creat | | | | | | | | |
| Na | | | | | | | | |
| K | | | | | | | | |
| Cl | | | | | | | | |
| $CO_2$ | | | | | | | | |
| ICA | | | | | | | | |
| Hgb | | | | | | | | |
| Hct | | | | | | | | |
| Plts | | | | | | | | |
| WBC | | | | | | | | |
| PT | | | | | | | | |
| PTT | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Glu / Ket | | | | | | | | |
| Sg / pH | | | | | | | | |
| bld / prot | | | | | | | | |

| 0500 | 0600 | 0700 |
|---|---|---|
| | ✓ | |

| 0400 | 0500 | 0600 | 0700 |
|---|---|---|---|
| 2 | | 3 | |
| 1 | | 1 | |
| 6 | | 6 | |
| 4 | | 4 | |
| 9 | | 10 | |
| 3R | | 3R | |
| 3R | | 3R | |
| FL | | FL | |
| 3 | | 3 | |
| 3 | | 3 | |
| 2 | | 2 | |
| 2 | | 2 | |
| | | 7 | |
| UTA | | UTA | |

es / flacc / linear

INIT KS ☐ NO PROBLEM

G 08 FH 37373672 ACCT STRT
W N 04305493 4M M ADM 04/20/09 PADM

Reference Range for unit based lab tests

| Accucheck: 70-100 mg/dl | | |
|---|---|---|
| URINE DIPSTICK | | |
| glucose | – | negative |
| bilirubin | – | negative |
| ketone | – | negative |
| blood | – | negative |
| ph | – | 5.0-8.0 |
| protein | – | neg.-trace |
| sp. gravity | – | 1.001-1.035 |
| occult blood in stool | – | negative |
| occult blood in gastric content | – | negative |

| DRUG LEVELS | Hours Post Dose ⟶ | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

PUPIL SCALE

B = Brisk S = Sluggish N = Non-react

1 2 3 4 5 6 7 8 mm

LINEAR ANALOGUE PAIN SCALE

No Pain — Excruciating Pain

0 1 2 3 4 5 6 7 8 9 10

| 0700-1900 INITIAL | 1900-0700 INITIAL |
|---|---|
| | |

INOVA HOSPITAL FOR CHILDREN

PICU Flowsheet

page 3 of 4

RN MKB

RN

Date 4/27/09

MED0968

RESPIRATORY

Consistency: ☐ Thin ☐ Thick ☐ Frothy ☐ Tenacious

4. Breath Sounds: Right side 1 ē sxn, ⁊ @ base Left side 1 ē sxn, ⁊ @ base

1. Clear 2. Crackles 3. Inspiratory wheezes 4. Exp. wheezes 5. Rhonchi 6. Stridor 7. Diminished 8. Absent

5. Chest Tubes: Ø Type of Device ____ CM suction ____ ☐ Water Seal
Location ____ ☐ Tidaling ☐ Air leak ____ ☐ Straight Drainage
Character of Drainage ☐ Serous ☐ Sero Sanguinous ☐ Sanguinous ☐ Cloudy

Comment cont CR monitor

CARDIOVASCULAR

☐ System Assessed, No Problem Identified TIME 0800 INIT MKB

1. Heart Rhythm: ☑ NSR ☐ Sinus Brady ☐ Sinus Tachycardia
☐ SVT ☐ Ventricular Dysrhythmia ☐ Junctional/Nodal
Pacemaker: Ø ☐ Temporary ☐ Permanent ☐ Transvenous ☐ Epicardial
☐ Transcutaneous Mode ____ Rate ____
MA: AO ____ VO ____ Sensitivity A ____ V ____ AV Delay ____

2. Pulses: 0-Absent 1 Weak 2 Normal 3 Bounding D-Doppler

| Pulse | B | R | F | DP | PT | Carotid |
|---|---|---|---|---|---|---|
| R | | 2 | | 2 | | |
| L | | 2 | | 2 | | |

CAPILLARY REFILL IN SECONDS

| CFT: RUE | <3 | LUE | <3 |
|---|---|---|---|
| RLE | <3 | LLE | <3 |

3. Heart Tones: ☐ Active Precordium ☑ Normal ☐ Murmur
☐ Gallup ☐ Rub ☐ Distant PMI ____

4. Edema: ☑ Generalized moderate ☐ Extremity ☐ Sacral ☐ Periorbital
☐ Other ____

5. Vascular Catheters:

| Line Type | Location | Date of Insertion | Device | Site Condition |
|---|---|---|---|---|
| PIV | Ⓛ AC | 4/27/09 | pump | CDI |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PA catheter CM Insertion ____ CM Sheath ____

Comment Cont CV monitor

INTEGUMENTARY

☐ System Assessed, No Problem Identified TIME 0800 INIT MKB

1. Skin Turgor: ☐ Poor ☑ Taut slightly elastic α
2. Skin Temperature: ☐ Cool ☐ Clammy ☐ Diaphoretic ☑ Warm ☐ Hot
3. Skin Color: ☐ Pale ☐ Mottled ☐ Cyanotic ☐ Jaundiced ☑ Pink ☐ Red/Flushed
4. Rash/Lesions: Location / Type ____
5. Pressure Ulcers: Site ____ Site in cm ____
Stage: ☐ Red Area ☐ II Partial Thickness ☐ III Full Thickness ☐ Penetration to Muscle

~~BRADEN SCALE:~~ SSS
Total Score: 18

| | |
|---|---|
| ~~15 - 16~~ | ~~Low Risk~~ |
| ~~12 - 14~~ | ~~Mod Risk~~ |
| ~~≤ 11~~ | ~~Hi Risk~~ |

Incision/Wounds/Drains:
location / Condition: Cont. EEG leads on scalp c̄ cap intact
Comment

GI / GU

☐ System Assessed, No Problem Identified TIME 0800 INIT MKB

1. Abdominal Palpitation: ☑ Soft ☐ Firm ☐ Distended ☐ Tender ☐ Rigid ☐ Girth ____
2. Bowel Sounds: ☑ Active ☐ Hyperactive ☐ Hypoactive ☐ Absent
3. Gastric Tube: Type ND Size ____ Measures (cm) 40cm ☐ To suction ☐ To gravity drainage ☑ Feeding (intermittent/continuous)
Type ____ Size ____ Measures (cm) ____ ☐ To suction ☐ To gravity drainage ☐ Feeding (intermittent/continuous)
drainage: color ____ guiac ____
4. Urine Catheter: ☐ External ☐ Suprapubic ☐ Indwelling size ____ Date Inserted ____
color ____ ☐ Cloudy ☐ Sediment ☐ Fruity Smell ☐ Foul Smell Diapered

Comment

| | Section | Item | | |
|---|---|---|---|---|
| agree | NEURO | Comments: Fent/Versed gtt + PRN Sedation | MKB | KS |
| agree | NUTRITION | Diet: | | |
| | | Formula: Similac 20 cal | MKB | KS |
| | | ☐ NG ☑ ND/NJ ☐ GT ☐ po | MKB | KS |
| | | ☑ Total feed ☐ Needs assistance ☐ Feeds self | MKB | KS |
| NA | ALLERGIES | NKDA | MKB | KS |
| agree | | | | |
| INIT KS ☐ NO PROBLEM | | | | |
| agree | PSYCHOSOCIAL | ☑ Communications Barrier sedation, ETT, head injury | MKB | KS |
| | | ☐ Unable to assess: ☐ Pt. ☐ Family | | |
| | | ☐ Coping ineffective: ☐ Pt. ☐ Family | | |
| agree | | ☐ Fears: | | |
| | | Pain ☐ Pt. ☐ Family | | |
| | | Dying ☐ Pt. ☐ Family | | |
| | | Being Alone ☐ Pt. ☐ Family | | |
| | | ☐ Emotional State: | | |
| agree | | Anxious ☐ Pt. ☑ Family | MKB | KS |
| agree | | Agitated ☐ Pt. ☐ Family | | |
| | | Tearful/Crying ☐ Pt. ☐ Family | | |
| | | Euphoric | | |
| | | ☐ Parents: ☐ Called ☑ Visited | MKB | KS |
| agree | | ☐ Pt./Parent Teaching ☐ Return demonstration | | |
| | | Comments: Mom & Friends @ bedside | MKB | KS |
| | NURSING CARE / PROCEDURES | TRANSDUCERS: level / calibrated | | |
| | | Activity: ☑ total care ☐ need assistance ☐ self care | MKB | KS |
| | | HOB: ☐ flat ☑ 30° ☐ 45° ☐ 90° | MKB | KS |
| | | ☑ other High Falls Precautions | MKB | KS |
| agree | | Bedrest / Turn Q2° | MKB | KS |
| INIT KS ☐ NO PROBLEM | | Chair / HELD | | |
| | | Ambulate ☐ on own ☐ with assist | | |
| | | ROM | | |
| | | Protective Device / RELEASE Q2° | | |
| | | Seizure Precautions | | |
| agree | | HYGIENE: Bath | | KS |
| | | Oral Hygiene | MKB | KS |
| | | Peri / Foley Care | MKB | KS |
| | | Skin Care | MKB | KS |
| | | Gastric Tube Care | | |
| | | Feeding Bag Rinsed / Changed | MKB | KS |
| | | Trach Care / Trach Changed | | |
| INIT KS ☐ NO PROBLEM | | Cervical Collar Site Care | | |
| | | Line Tubing Changed / Injection Cap Changed | | |
| | | Carrier System Changed | | |
| agree | | IV Started / Location | | |
| | | PREP for test or procedure | | |
| | | x ray | | KS |
| | | other | | |
| | | NURSING CARE > 16 hrs day | MKB | KS |

INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 4 of 4
RN MKB Date 4/27/09
RN

W[redacted] G[redacted]
N[redacted]
043054934M M FH 37373672
PADM ADM 04/20/09 ACCT STRT
[redacted]08

MED0970



INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 1 of 4
Admit Date 4/20/09
OR Date
Height 65cm
Head Circ Infants under 2 yrs 43.5cm
Ett/Trach size cuffed/uncuffed 3.5
Taped at 12@Lip
When placed 4/24/09
Retaped on 4/27/09 @1200
RN
RN
Date
ADM 04/20/09
PADM
ACCT STRT
BP
Art
Cuff
RESP
HR
Temp
MABP
CUFF MEAN
PAIN SCALE (1-10)
HEMODYNAMICS
CVP
LAP
PAS
PAD
MPAP
PCWP
SVO2
EtCO2
O2 Sat
ICP
CPP
Versed
Fentanyl
MED0971





| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 |
|---|---|---|---|---|---|---|---|
| 47 | 43 | 40 | 38 | 44 | 46 | 41 | 41 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 99 |
| 10 | 10 | 20 | 20 | 20 | 20 | 20 | 20 |
| | 0130 ↑20 | | ↑ Fent | | | | |

## Nurses' Progress Notes

1200 - #1 - Stable on current vent. settings. Suctioned for thick white secreations. Planning to wean and extubate after coming off the versed gtt if no seizures. #2 - Weaning off Versed drip very slowly. Pupils equal and reactive to light. Moves all extrem. when he attempts to wake up. Does to appear to track at this time. #3 - Very comfortable ~~at~~ error on current sedation. Gave 1 dose of prn versed and prn Fentanyl this AM for agitation. Good relief with those doses. Plan to cont. prn's until extubated. — Karen Olmicok

1930 - ~~Ver~~ error #2 - Versed drip stopped at 1500. No seizure activity noted. Karen Olmick RN

(0200) S/P1 ∅ Δ's MADE to VENT SETTINGS. Continuing to SXN MODERATE THIN WHITE SECRETIONS. PT TOLERATES THICKENING & SXNING. MOM ANNOYED c̄ BEEPING from VENT heater; States "it's been going off all day & every 20 minutes" Addressed concerns c̄ RT & several pieces to heater Δ'd by RT; RT now replacing actual heater to vent p̄ previous interventions have failed. S/P 2 ∅ SZ ACTIVITY WITNESSED THUS far in SHIFT. Pt off VERSED gtt SINCE 1500 (4/28/09), & is receiving ~~to~~ VERSED PRN. Pt MAE'S & sometimes it is as though pt's eyes follow mom's &/or dads voice. Pt febrile much of night & Tylenol given. Antibx. started earlier. S/P 3 ↑ Fentanyl gtt since pt requiring ↑ number of boluses. Also ↑ [illegible]

MED0972



INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 1 of 4

D =
Previous 24°
1047.2
I 663
O (+384.2)
Today's Weight 7.6kg 4/28/09
Yesterday's Weight

RN
RN
Date 4/28/09

Assistive Devices
T - TEDS
A - Air Mattress
S - Splints
C - Compression Device

INTAKE

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Similac | 40/40 | 40/80 | 40/120 | 40/160 | 40/200 | 40/240 | 40/280 | 40/320 | 320 | 40/40 | 40/80 | 40/120 | 40/160 | 40/200 | 40/240 | 40/280 |
| NS | 2/2 | 2/4 | 2/6 | 2/8 | 2/10 | 2/12 | 2/14 | 2/16 | 16 | 2/2 | 2/4 | 2/6 | 2/8 | 2/10 | 2/12 | 2/14 |
| Fentanyl | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 8 | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 |
| Versed | .2/.2 | .2/.4 | .2/.6 | .2/.8 | .2/1 | .2/1.2 | .2/1.4 | .2/1.6 | 1.6 | off | | | | | | |

TOTAL INTAKE ➤ 345.6 — TOTAL INTAKE

OUTPUT

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| URINE | 52/152 | 50/200 | | 100/300 | | 103/403 | | 100/503 | 503 | 42/42 | | 108 | | 22/130 | | 112/242 |
| STOOL/GUIAC | T large loose | | | T loose | | | | T | 1/1 | | | ⊖ T | | soft guiac | | soft Brown |
| GASTRIC GUIAC/PH | | | | | | | | | | | | | | | | |
| CHEST TUBE | | | | | | | | | | | | | | | | |

TOTAL OUTPUT ➤ 503 — TOTAL OUTPUT

PRN MEDS

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fentanyl | 0800 2.7mcg | | | | | | 1450 2.7mcg | | (-158) | | | | 1950 2.7mcg | | 2.7mcg | 2.7mcg |
| Versed | 0800 3mg | | | | | | 1450 3mg | | | | | | | | | |
| Tylenol | 0800 100mg | | | | 1230 100mg | | | | | 1630 100mg | | | | 2030 100mg | | |
| | | | | | | | | | | | | | | ice pack | | |
| HEPARIN FLUSH | | | | | | | | | | | | | | | | |

MISC

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OXIMETRY PROBE SITE | | | | | | | | | | | | | | | | |
| ACCUCHECK | | | | | | | | | | | | | | | | |
| HWE/C | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Activity | | | | | | | | | | | | | | (R) | | (S) 2230 |
| PROTECTIVE / SAFETY DEVICE | | | | | | | | | | | | | | ✓ | | ✓ |
| CIRC CHECK | | | | | | | | | | | | | | ✓ | | ✓ |
| ASSISTIVE DEVICE | | | | | | | | | | | | | | | | |

W N 04305493 4M M FH G 08 PADM ADM 04/20/09 ACCT STRT 37373672

CAT #81213 / R5-01

within appropriate range for pts. age. DW

| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | 8 hr Total |
|---|---|---|---|---|---|---|---|---|
| 40 | 40 / 80 | 40 / 120 | 40 / 160 | 40 / 200 | 40 / 240 | 40 / 280 | 40 / 320 | 320 |
| 2 | 2 / 4 | 2 / 6 | 2 / 8 | 2 / 10 | 2 / 12 | 2 / 14 | 2 / 16 | 16 |
| 1 | 2 / 3 | 2 / 5 | 2 / 7 | 2 / 9 | 2 / 11 | 2 / 13 | | 13 |

TOTAL INTAKE ➤ 349

| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | |
|---|---|---|---|---|---|---|---|---|
| 100 | | | 120 / 220 liquid | | | 60 / 280 | | 280 |

1038

24°

TOTAL OUTPUT ➤ 280 1025

0230 27mcg
0430 27mcg
100mg
0510 100mg
Ice packs

0200 (L) (S) (L)

| Room Check | 0700 - 1900 | 1900 - 0700 |
|---|---|---|
| BAG / MASK / SUCTION / DRUG SHEET | KA | DW |
| SIDE RAILS / BED POSITION | KA | DW |
| Alarm Parameters ON | KA | DW |

**2** RN Signatures to verify IV Drip rates

0700 ● Kristen [illegible] / ● Karen Omicoh

1900 ● D.W[illegible] / ●

## VENTILATION

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 | 0100 | 0200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $O_2$ SOURCE | servo | | | | | | | | | | | | servo | | | | | | |
| $FIO_2$ | .35 | | | | | | | | | | | | .35 | | | | | | |
| MODE | SIPC PS | | | | | | | | | | | | SIPC PS | | | | | | |
| RATE (IMV) | 28 | | | | | | | | | | | | 28 | | | | | | |
| TV | | | | | | | | | | | | | | | | | | | |
| PIP / PEEP | /5 | | | | | | | | | | | | /5 | | | | | | |
| PS | 10 | | | | | | | | | | | | 10 | | | | | | |
| PC | 12 | | | | | | | | | | | | 12 | | | | | | |
| $SaO_2$ (PULSE OX) | | | | | | | | | | | | | | | | | | | |
| $ETCO_2$ | | | | | | | | | | | | | | | | | | | |
| pH | | | | | | | | | | | | | | | | | | | |
| $PCO_2$ | | | | | | | | | | | | | | | | | | | |
| $PO_2$ | | | | | | | | | | | | | | | | | | | |
| $HCO_2$ | | | | | | | | | | | | | | | | | | | |
| BE | | | | | | | | | | | | | | | | | | | |
| Art $O_2$ Sat (calc) | | | | | | | | | | | | | | | | | | | |
| Art $O_2$ Sat (dir.) | | | | | | | | | | | | | | | | | | | |
| VEN $O_2$ Sat (dir.) | | | | | | | | | | | | | | | | | | | |
| NEB/ CPT | | | | | | | | | | | | | | | | | | | |
| SUCTION | | | | | | | | | | | | | ✓ | ✓ | | | | ✓ | |

0800 0900 1000 1100 1200 1300 1400 1500 1600 1700 1800 1900 2000 2100 2200 2300 2400 0100 0200

## GLASGOW COMA SCALE / NEURO

| CHILD/ADOLESCENT | INFANT | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EYES: 4 Spontaneous; 3 Open to Speech; 2 Open to Pain; 1 Remain Closed | | 4 | | 4 | | | | | | | | | | 4 | | 4 | | 4 |
| VERBAL: 5 Oriented; 4 Confused; 3 Words; 2 Sounds Only; 1 No Response | Coos/Babbles; Irritable Cry; Cries to Pain; Moans to Pain | 1 ET | | 1 ET | | | | | | | | | | ett 1 | | ett 1 | | ett 1 |
| MOTOR: 6 Obeys Commands; 5 Localizes Pain; 4 Withdraws; 3 Abnormal Flexion; 2 Extension; 1 No Response | Spontaneous Movement; Withdraws to Touch; Withdraws to Pain | 6 | | 6 | | | | | | | | | | 6 | | 6 | | 6 |
| | SEDATED Y / N | Y | | Y | | | | | | | | | | Y | | Y | | Y |
| | TOTAL | 11 | | 11 | | | | | | | | | | 11 | | 11 | | 11 |
| PUPILS RIGHT: Size/Reaction | R | 4R | | 4B | | | | | | | | | | 3B | | B2 | | B2 |
| PUPILS LEFT: Size/Reaction | L | 4R | | 4B | | | | | | | | | | 3B | | B2 | | B2 |
| Fontanelle: Fl - Flat Fu - Full B - Bulging T - Tense S - Sunken | | Fl | | Fl | | | | | | | | | | Fl | | | | |
| ARMS: 5 Normal; 4 Slightly Weak; 3 Breaks Gravity; 2 Does Not Break Gravity; 1 Flicker; 0 No Motor Response | R | 4 | | 4 | | | | | | | | | | 4 | | 4 | | 4 |
| | L | 4 | | 4 | | | | | | | | | | 4 | | 4 | | 4 |
| LEGS: 5 Normal; 4 Slightly Weak; 3 Breaks Gravity; 2 Does Not Break Gravity; 1 Flicker; 0 No Motor Response | R | 4 | | 4 | | | | | | | | | | 4 | | 4 | | 4 |
| | L | 4 | | 4 | | | | | | | | | | 4 | | 4 | | 4 |
| COUGH / GAG | + OR - | + | | | | | | | | | | | | ++ | | ++ | | ++ |
| SUCK / SWALLOW | + OR - | | | | | | | | | | | | | NA | | NA | | NA |

PAIN SCALE *circle method:* cries / faces / flacc / linear — cries / faces / (flacc) / linear

☐ System Assessed, No Problem Identified TIME 0800 INIT KA

MED0975

1. Respirations: ☐ Shallow ☐ Labored ☐ Nasal Flaring ☐ Stridor ☐ Grunting ☐ Periodic

## Lab Values

| TIME | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Glu | | | | | | | | |
| BUN | | | | | | | | |
| Creat | | | | | | | | |
| Na | | | | | | | | |
| K | | | | | | | | |
| Cl | | | | | | | | |
| $CO_2$ | | | | | | | | |
| ICA | | | | | | | | |
| Hgb | | | | | | | | |
| Hct | | | | | | | | |
| Plts | | | | | | | | |
| WBC | | | | | | | | |
| PT | | | | | | | | |
| PTT | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Glu / Ket | | | | | | | | |
| Sg / pH | | | | | | | | |
| bld / prot | | | | | | | | |

| Reference Range for unit based lab tests |
|---|
| Accucheck: 70-100 mg/dl |
| URINE DIPSTICK |
| glucose – negative |
| bilirubin – negative |
| ketone – negative |
| blood – negative |
| ph – 5.0-8.0 |
| protein – neg.-trace |
| sp. gravity – 1.001-1.035 |
| occult blood in stool – negative |
| occult blood in gastric content – negative |

| DRUG LEVELS | Hours Post Dose → | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### PUPIL SCALE

B = Brisk S = Sluggish N = Non-react

1 2 3 4 5 6 7 8 mm

### LINEAR ANALOGUE PAIN SCALE

No Pain — Excruciating Pain

0 1 2 3 4 5 6 7 8 9 10

| 0500 | 0600 | 0700 |
|---|---|---|
| ✓ | ✓ | |

| 0400 | 0500 | 0600 | 0700 |
|---|---|---|---|
| 4 | | 4 | |
| eH | | eH | |
| 1 | | 1 | |
| 6 | | 6 | |
| Y | | Y | |
| 11 | | 11 | |
| B2 | | B3 | |
| B2 | | B3 | |
| 4 | | 4 | |
| 4 | | 4 | |
| 4 | | 4 | |
| 4 | | 4 | |
| | | Tx | |
| MM | | MM | |

es / flacc / linear

INIT MW ☐ NO PROBLEM

W[redacted] G[redacted]/08
N
04305493 4M M FH 37373672
PADM ADM 04/20/09 ACCT STRT

RN
RN MW Date 4/28/08

INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 3 of 4

| 0700-1900 INITIAL | 1900-0700 INITIAL |
|---|---|

MED0976

RESPIRATORY

Secretions: Amount: Color: Consistency: ☐ Thin ☑ Thick ☐ Frothy ☐ Tenacious

4. Breath Sounds: Right side 5 Left side 5

1. Clear 2. Crackles 3. Inspiratory wheezes 4. Exp. wheezes 5. Rhonchi 6. Stridor
7. Diminished 8. Absent

5. Chest Tubes: Ø Type of Device ______ CM suction ______ ☐ Water Seal
Location ______ ☐ Tidaling ☐ Air leak ______ ☐ Straight Drainage
Character of Drainage ☐ Serous ☐ Sero Sanguinous ☐ Sanguinous ☐ Cloudy

Comment

CARDIOVASCULAR

☐ System Assessed, No Problem Identified TIME 0800 INIT KA

1. Heart Rhythm: ☑ NSR ☐ Sinus Brady ☐ Sinus Tachycardia
☐ SVT ☐ Ventricular Dysrhythmia ☐ Junctional/Nodal
Pacemaker: ☐ Temporary ☐ Permanent ☐ Transvenous ☐ Epicardial
☐ Transcutaneous Mode ______ Rate ______
MA: AO ______ VO ______ Sensitivity A ______ V ______ AV Delay ______

2. Pulses: 0-Absent 1 Weak 2 Normal 3 Bounding
D-Doppler

| Pulse | B | R | F | DP | PT | Carotid |
|---|---|---|---|---|---|---|
| R | | +2 | | +2 | | |
| L | | +2 | | +2 | | |

CAPILLARY REFILL IN SECONDS

| | | | |
|---|---|---|---|
| CFT: RUE | 2-3 | LUE | 2-3 |
| RLE | 2-3 | LLE | 2-3 |

3. Heart Tones: ☐ Active Precordium ☐ Normal ☐ Murmur
☐ Gallop ☐ Rub ☐ Distant PMI ______

4. Edema: ☐ Generalized ☐ Extremity ☐ Sacral ☐ Periorbital
☐ Other ______

5. Vascular Catheters:

| Line Type | Location | Date of Insertion | Device | Site Condition |
|---|---|---|---|---|
| PIV | (L) ac | 4/27/09 | pump. | normal |
| PIV | (R) foot | 4/28/09 | SL | normal |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PA catheter CM Insertion ______ CM Sheath ______

Comment

INTEGUMENTARY

☐ System Assessed, No Problem Identified TIME 0800 INIT KA

1. Skin Turgor: ☐ Poor ☐ Taut
2. Skin Temperature: ☐ Cool ☐ Clammy ☐ Diaphoretic ☑ Warm ☐ Hot
3. Skin Color: ☐ Pale ☐ Mottled ☐ Cyanotic ☐ Jaundiced ☑ Pink ☐ Red/Flushed
4. Rash/Lesions: Location / Type ______
5. Pressure Ulcers: Site ______ Site in cm ______
Stage: ☐ Red Area ☐ II Partial Thickness ☐ III Full Thickness ☐ Penetration to Muscle

Incision/Wounds/Drains:
location / Condition:
Comment

Starkids
~~BRADEN SCALE:~~

Total Score: 18

| | |
|---|---|
| 15 - 16 | Low Risk |
| 12 - 14 | Mod Risk |
| ≤ 11 | Hi Risk |

GI / GU

☐ System Assessed, No Problem Identified TIME 0800 INIT KA

1. Abdominal Palpitation: ☑ Soft ☐ Firm ☐ Distended ☐ Tender ☐ Rigid ☐ Girth ______
2. Bowel Sounds: ☑ Active ☐ Hyperactive ☐ Hypoactive ☐ Absent
3. Gastric Tube: Type ND Size ______ Measures (cm) 40cm ☐ To suction ☐ To gravity drainage ☑ Feeding (intermittent/continuous)
Type ______ Size ______ Measures (cm) ______ ☐ To suction ☐ To gravity drainage ☐ Feeding (intermittent/continuous)
drainage: color ______ guiac ______
4. Urine Catheter: ☐ External ☐ Suprapubic ☐ Indwelling size ______ Date Inserted ______
color ______ ☐ Cloudy ☐ Sediment ☐ Fruity Smell ☐ Foul Smell diapered

Comment

| | | |
|---|---|---|
| Comments: Fentanyl gtt/prn & Chloral Hyd. | | DW |
| **NUTRITION** Diet: | | |
| Formula: Similac 20 kcal | | DW |
| ☐ NG ☑ ND/NJ ☐ GT ☐ po | | DW |
| ☑ Total feed ☐ Needs assistance ☐ Feeds self | | DW |
| **ALLERGIES** NKDA | | DW |
| **PSYCHOSOCIAL** ☑ Communications Barrier ett | | DW |
| ☐ Unable to assess: ☐ Pt. ☐ Family | | |
| ☐ Coping Ineffective: ☐ Pt. ☐ Family | | |
| ☐ Fears: | | |
| Pain ☐ Pt. ☐ Family | | |
| Dying ☐ Pt. ☐ Family | | |
| Being Alone ☐ Pt. ☐ Family | | |
| ☐ Emotional State: | | |
| Anxious ☐ Pt. ☑ Family | | DW |
| Agitated ☐ Pt. ☐ Family | | |
| Tearful/Crying ☐ Pt. ☐ Family | | |
| Euphoric | | |
| ☐ Parents: ☐ Called ☑ Visited | | DW |
| ☐ Pt./Parent Teaching ☐ Return demonstration | | |
| Comments: (0445) Dr. Kronan @ Bedside Pastor visiting - DW | | DW |
| **NURSING CARE / PROCEDURES** TRANSDUCERS: level/calibrated | | |
| Activity: ☑ total care ☐ need assistance ☐ self care | | DW |
| HOB: ☐ flat ☑ 30° ☐ 45° ☐ 90° | | DW |
| ☐ other High Falls Precautions | | DW |
| Bedrest (Turn Q2°) - 3° | | DW |
| Chair / HELD | | |
| Ambulate ☐ on own ☐ with assist | | |
| ROM | | |
| Protective Device / RELEASE Q2° | | DW |
| Seizure Precautions | | DW |
| HYGIENE: Bath Δ'd linens 0030 & 0230 | | DW |
| Oral Hygiene Vaseline to lips by Mom BID | | DW |
| Peri / Foley Care | | |
| Skin Care Mom brought Balmex for diaper area. | | |
| Gastric Tube Care | | |
| Feeding Bag Rinsed / (Changed) | | DW |
| Trach Care / Trach Changed | | |
| Cervical Collar Site Care | | |
| Line Tubing Changed / Injection Cap Changed | | |
| Carrier System Changed | | DW |
| IV Started / Location | | |
| PREP for test or procedure | | |
| x ray | | DW |
| other 0500 | | |
| NURSING CARE > 16 hrs day | | |

Left margin (partially cut off):

...gree
...ee; Clears c̄ ...xning
...A
INIT DW ☐ NO PROBLEM
...gree
...ormal
...eneral edema
...-dsg CDI infusing 3 ...ml/1.
...T PIV - site ...flushes easily ...e locked.
INIT DW ☐ NO PROBLEM
...nc; taint to ...s ...flushed
...rash - red area
INIT DW ☐ NO PROBLEM
.../Active Bowel ...ds
..., 40cm (L) nare ...at ms feeds ...red

INOVA HOSPITAL FOR CHILDREN
**PICU Flowsheet**
page 4 of 4
RN ______
RN DW
Date 4/28/09

W█ N█ 04305493 4M M FH G█/08
PADM ADM 04/20/09 ACCT STRT 37373672



W [redacted]
N [redacted]
04305493 4M M FH G [redacted] 08
PADM ADM 04/20/09 37373672 ACCT STRT

| °C | F° | 0700 | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 104 | | | | | | | | | | | | | | | | | |
| 39 | 102 | | | | | | | | | | | | | | | | | |
| 38 | 100 | | AX | AX | | | AX | | | | | | | | AX | AX | | |
| 37 | 98 | | | | | | | | | | | | | | | | | |
| 36 | 97 | | | | | | | | | | | | | | | | | |
| 35 | 95 | | | | | | | | | | | | | | | | | |
| 34 | 93 | | | | | | | | | | | | | | | | | |
| 33 | 91 | | | | | | | | | | | | | | | | | |
| 32 | 89 | | | | | | | | | | | | | | | | | |

(100.8 AX) 100.3 AX 99.8

Admit Date 4/20/09
OR Date
Height 65cm
Head Circ Infants under 2 yrs
Ett/Trach size cuffed/uncuffed 3.5
Taped at 12@lip
When placed 4/24/09
Retaped on 4/27/09

BP: T Art; V Cuff ^; RESP °; HR •; Temp •

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 |
|---|---|---|---|---|---|---|---|---|
| MABP | | | | | | | | |
| CUFF MEAN | 59 | 48 | 37 | 63 | 59 | 47 | 54 | 74 |
| PAIN SCALE COMFORT (1-10) | 20/20 | 23 | Flacc 2 | 2 | 2 | 2 | 2 | 2 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CUFF MEAN | 62 | | 62 | 73 | | 74 | 62 | 56 |
| PAIN SCALE | 4 | 2 | 2 | 2 | | 2 | | |

| HEMODYNAMICS | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 |
|---|---|---|---|---|---|---|---|---|
| CVP | | | | | | | | |
| LAP | | | | | | | | |
| PAS/PAD | | | | | | | | |
| MPAP | | | | | | | | |
| PCWP | | | | | | | | |
| $SVO_2$ | | | | | | | | |
| $EtCO_2$ | 40 | 36 | 43 | 45 | 43 | 41 | 42 | 42 |
| $O_2$ Sat | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| | | | | | | | | |
| ICP | | | | | | | | |
| CPP | | | | | | | | |
| DRIPS: Fentanyl @ | 20 | 20 | 20 | 20 | off | | | |

| | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|
| $EtCO_2$ | OFF | | | | | | |
| $O_2$ Sat | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 1 of 4
RN
RN
Date 4/29/09