

| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 |
|---|---|---|---|---|---|---|---|
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

## Nurses' Progress Notes

1500 Orders recieved to extubate pt. Feeds & fentanyl gtt turned off @ 1200. IMV rate decreased to 8. pt RR 20's c̄ etco2 c̄ 40's. MD, RT, RN at bedside for extubation. pt suctioned & extubated to 2L NC sats 100 ⊕ cough, swallows secretions well. nonlabored breathing. Will monitor WOB, sats closely. JHuddleston RN

1600 Nursing outcomes #1 pt extubated @ 1500, no stridor noted at this time. Will monitor WOB sats closely. #2 No seizure activity noted at this time. cont EEG monitoring underway. pupils 3-4 brisk reactive, UAE, pt does turn head to voices. pt continues on scheduled phenobarb. Level on 4/29 was 35. plan: continue EEG for another 24°, monitor for seizures, Neuro V'S Q 2 hrs. Follow up with neurology consults. outcome #3 versed d/d yesterday. Fentanyl gtt off at 1200. continues on scheduled chloral hydrate. Flacc scores 2-4, calms c̄ chloral & nursing interventions. plan: Monitor flacc scores closely. JHuddleston RN

2000 Axillary temp 100.4 Tylenol 100mg given via NDT will recheck temp frequently Skin warm pink & dry. [illegible] RN

0200 S#1 Pt weaned from O2 by NC. Now on Room Air. O2 Sat Remain 99-100%. No noted ↑WOB. P#1 Continue to observe for Stridorous Rup for which Racemic Epi given @ 1/no further Stridor presented. Pt handling own Oral & Resp Secretions now c̄ little Intervention needed for Airway Clearance

#2 Continuous EEG monitoring in progress, no Clinical Seizures evident throughout night. See Neuro V flow sheet, Pupils Reactive from 4 → 3 then return to 4mm. Plus [illegible]



D = mcg/hr

Previous 24°

I

O

Today's Weight

Yesterday's Weight

INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 1 of 4

RN JH Date 4/29/09

RN

Assistive Devices
T - TEDS
A - Air Mattress
S - Splints
C - Compression Device

04305493 4M M FH 37373672
PADM ADM 04/20/09 ACCT STRT

CAT #81213 / R5-01 • PKGS

## INTAKE

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fentanyl | 2 | 2/4 | 2/6 | 2/8 | off | | | | 8 | ← | | | | | | |
| NS | 2 | 2/4 | 2/6 | 2/8 | 2/10 | 2/12 | 2/14 | 2/16 | 16 | 2 | 2/4 | 2/6 | 2/8 | 2/10 | 2/12 | 2/14 |
| Sim. Adv. | 40 | 40/80 | 40/120 | 40/160 | off | | | | 160 | | | | 40/40 | 40/80 | 40/120 | 40/160 |
| Meds/flush | | 4 | | 4/8 | | | | | 8 | | | 15 | | 3/18 | | |
| | | | | | | | TOTAL INTAKE ➤ | | 192 | | | | | | TOTAL INTAKE | |

## OUTPUT

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| URINE | 58 | | dry | | 155 | | x1 wet bed | | 268 | 65 | 38/103 | 50/153 | dry | | 42/195 | |
| STOOL/GUIAC | x1 | | | | ∅ | | 55 | | | x1 | | x1 | | | 30cc | |
| GASTRIC GUIAC/PH | | | | | | | | | | | | | | | | |
| CHEST TUBE | | | | | | | | | | | | | | | | |
| | | | | | | | TOTAL OUTPUT ➤ | | 268 | | | | | | TOTAL OUTPUT | |

## PRN MEDS

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fent. | 2 mcg 0800 | 2 mcg 0940 | | | | | | | | | | | | | | |
| Tylenol | | 100mg 0920 | | | | | | 100mg 1500 | | | | | | 160mg 2000 | | |
| Chloral Hydrate | | | | | | | | | | | | | | | | |
| HEPARIN FLUSH | | | | | | | | | | | | | | | | |

## MISC

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OXIMETRY PROBE SITE | Δ | | | | Δ | | | | | Δ | | | | Δ'd | | |
| ACCUCHECK | | | | | | | | | | | | | | | | |
| HWE/C | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Position | L | L | R | R | S | S | L | L | | S | S | R | R | R | | L |
| PROTECTIVE / SAFETY DEVICE | | | | | | | | | | | | | ✓ | | | |
| CIRC CHECK | ✓ | | ✓ | | ✓ | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| ASSISTIVE DEVICE | | | | | | | | | | | | | | | | |

MED0981

| Total | 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | 8 hr Total |
|---|---|---|---|---|---|---|---|---|---|
| D | 40 | 40/80 | 40/120 | 40/160 | 40/200 | 40/240 | 40/280 | 40/320 | 320 |
| | 3/3 | | | | 3/6 | | 10/16 | | 16 |

| TOTAL INTAKE | 336 |
|---|---|

| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | 8 hr Total |
|---|---|---|---|---|---|---|---|---|
| 40/40 | | 160/200 | 52/252 | 62/314 | | dry | | 314 |
| | | | ✓ | ✓✓ | | | | |

760

24°

829

| TOTAL OUTPUT | 314 |
|---|---|

| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 |
|---|---|---|---|---|---|---|---|
| 100mg 0015 | | | | 100mg 0415 | | | |
| | | | | | 0520 130mg | | |
| | | | Std | | | | |
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| R | | S | | L | S | R | |
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |

by Brother Bedside. — (PH3) Pain moderate Noted c movement & Dressing Changes. Tylenol Given @ 4° this night. Calm music played in Room. (PH3) Continue to monitor VS & Pain scores acceptable levels. Chloral Hydrate / c Tylenol available for Pain/anxiety relief. — Y. Marlow RN

| Room Check | 0700 - 1900 | 1900 - 0700 |
|---|---|---|
| BAG / MASK / SUCTION / DRUG SHEET | ✓✓✓✓ JH | ✓✓✓✓ RM |
| SIDE RAILS / BED POSITION | ✓✓ JH | ✓✓ RM |
| Alarm Parameters ON | ✓ JH | ✓✓ RM |
| 2 RN Signatures to verify IV Drip rates | | |
| 0700 ① J Huddleston RN | ② Ø gtts | |
| 1900 ① | ② | |

**VENTILATION**

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 | 0100 | 0200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $O_2$ SOURCE | SRVO | | | | | | | NC | | | | | | | | | | | |
| $FIO_2$ | 35 | | | | | | | 2L | | | | | | | | ↓1.5L | ↓1.0L | | off |
| MODE | SIMV PC PS | | | | | | | | | | | | | | | | | | |
| RATE (IMV) | 28 | | ↓23 | ↓18 | ↓13 | ↓8 | | | | | | | | | | | | | |
| TV | | | | | | | | | | | | | | | | | | | |
| PIP / PEEP | / 5 | | | | | | | | | | | | | | | | | | |
| PS | 10 | | | | | | | | | | | | | | | | | | |
| PC | 12 | | | | | | | | | | | | | | | | | | |
| $SaO_2$ (PULSE OX) | | | | | | | | | | | | | | | | | | | |
| $ETCO_2$ | | | | | | | | | | | | | | | | | | | |
| pH | | | | | | | | | | | | | | | | | | | |
| $PCO_2$ | | | | | | | | | | | | | | | | | | | |
| $PO_2$ | | | | | | | | | | | | | | | | | | | |
| $HCO_2$ | | | | | | | | | | | | | | | | | | | |
| BE | | | | | | | | | | | | | | | | | | | |
| Art $O_2$ Sat (calc) | | | | | | | | | | | | | | | | | | | |
| Art $O_2$ Sat (dir.) | | | | | | | | | | | | | | | | | | | |
| VEN $O_2$ Sat (dir.) | | | | | | | | | | | | | | | | | | | |
| NEB/ CPT | | | | | | | | | | | | | | | | | | | |
| SUCTION | ✓✓ | ✓ | ✓ | ✓ | | ✓✓ | | ✓✓ | ✓✓ | | ✓ | | | | | | [illegible signature] | | |

**GLASGOW COMA SCALE / NEURO**

| CHILD/ADOLESCENT | INFANT | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EYES: 4 Spontaneous, 3 Open to Speech, 2 Open to Pain, 1 Remain Closed | | 4 | | 4 | | 4 | | 4 | | 4 | | | 4 | | 4 | | 4 | |
| VERBAL: 5 Oriented, 4 Confused, 3 Words, 2 Sounds Only, 1 No Response | Coos/Babbles, Irritable Cry, Cries to Pain, Moans to Pain | 1 ETT | | 1 ETT | | 1 ETT | | 1 ETT | | 4 | | | 4 | | 4 | | 4 | |
| MOTOR: 6 Obeys Commands, 5 Localizes Pain, 4 Withdraws, 3 Abnormal Flexion, 2 Extension, 1 No Response | Spontaneous Movement, Withdraws to Touch, Withdraws to Pain | 5 | | 5 | | 5 | | 5 | | 5 | | | 6 | | 6 | | 6 | |
| | SEDATED Y / N | Y | | Y | | Y | | Y | | Y | | | N | | N | | N | |
| | TOTAL | 10 | | 10 | | 10 | | 10 | | 10 | | | 14 | | 14 | | 14 | |
| PUPILS RIGHT: Size/Reaction | R | 4B | | 4B | | 4B | | 4B | | 4B | | | 4B | | 4B | | 4B | |
| PUPILS LEFT: Size/Reaction | L | 4B | | 4B | | 4B | | 4B | | 4B | | | 4B | | 4B | | 4B | |
| Fontanelle: Fl - Flat Fu - Full B - Bulging T - Tense S - Sunken | | NA | | NA | | NA | | NA | | NA | | | UTA | | UTA | | UTA | |
| ARMS: 5 Normal, 4 Slightly Weak, 3 Breaks Gravity, 2 Does Not Break Gravity, 1 Flicker, 0 No Motor Response | R | 4 | | 4 | | 4 | | 4 | | 4 | | | 4 | | 4 | | 4 | |
| | L | 4 | | 4 | | 4 | | 4 | | 4 | | | 4 | | 4 | | 4 | |
| LEGS: 5 Normal, 4 Slightly Weak, 3 Breaks Gravity, 2 Does Not Break Gravity, 1 Flicker, 0 No Motor Response | R | 4 | | 4 | | 4 | | 4 | | 4 | | | 4 | | 4 | | 4 | |
| | L | 4 | | 4 | | 4 | | 4 | | 4 | | | 4 | | 4 | | 4 | |
| COUGH / GAG | + OR - | ++ | | ++ | | ++ | | ++ | | ++ | | | ++ | | ++ | | ++ | |
| SUCK / SWALLOW | + OR - | UTA | | UTA | | UTA | | UTA | | UTA | | | + / UTA | | | | | |
| PAIN SCALE *circle method:* | | cries / faces / flacc / linear | | | | | | | | cries / faces / (flacc) / linear | | | | | | | | |

☐ System Assessed, No Problem Identified Combat TIME 0800 INIT [illegible]

1. Respirations: ☐ Shallow ☐ Labored ☐ Nasal Flaring ☐ Stridor ☐ Grunting ☐ Periodic

MED0983

## Lab Values

| TIME | 0400 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Glu | | | | | | | | |
| BUN | | | | | | | | |
| Creat | | | | | | | | |
| Na | | | | | | | | |
| K | | | | | | | | |
| Cl | | | | | | | | |
| $CO_2$ | | | | | | | | |
| ICA | | | | | | | | |
| Hgb | | | | | | | | |
| Hct | | | | | | | | |
| Plts | | | | | | | | |
| WBC | | | | | | | | |
| PT | | | | | | | | |
| PTT | | | | | | | | |
| Phenobarb Lvl | 31 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Glu / Ket | | | | | | | | |
| Sg / pH | | | | | | | | |
| bld / prot | | | | | | | | |

| Reference Range for unit based lab tests |
|---|
| Accucheck: 70-100 mg/dl |
| URINE DIPSTICK |
| glucose – negative |
| bilirubin – negative |
| ketone – negative |
| blood – negative |
| ph – 5.0-8.0 |
| protein – neg.-trace |
| sp. gravity – 1.001-1.035 |
| occult blood in stool – negative |
| occult blood in gastric content – negative |

V N 04305493 4M M FH 37373672 G 08
PADM ADM 04/20/09 ACCT STRT

| DRUG LEVELS | Hours Post Dose → | 0614 | 10 ~~1800~~ | | | | |
|---|---|---|---|---|---|---|---|
| | Phenobarbitol | 35 | | | | | |
| | Phenobarbitol | | 31 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

4/20 0400

| 0500 | 0600 | 0700 |
|---|---|---|

| 0400 | 0500 | 0600 | 0700 |
|---|---|---|---|
| 4 | 4 | | |
| 4 | 4 | | |
| | 4 | | |
| | N | | |
| | 14 | | |
| | 40 | | |
| | 40 | | |
| | URN | | |
| | 4 | | |
| | 4 | | |
| | 4 | | |
| | 4 | | |
| | + | | |

flacc / linear

INIT URN ☐ NO PROBLEM

### PUPIL SCALE

B = Brisk S = Sluggish N = Non-react

1 2 3 4 5 6 7 8 mm

### LINEAR ANALOGUE PAIN SCALE

No Pain — Excruciating Pain

0 1 2 3 4 5 6 7 8 9 10

INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 3 of 4

RN [initials]
RN [initials]
Date 4/20/09

| 0700-1900 INITIAL | 1900-0700 INITIAL |
|---|---|

MED0984

RESPIRATORY

Secretions: Color: white Amount: Scant / Moderate / Copious
Consistency: ☐ Thin ☒ Thick ☐ Frothy ☐ Tenacious

4. Breath Sounds: Right side 1 Left side 1

1. Clear 2. Crackles 3. Inspiratory wheezes 4. Exp. wheezes 5. Rhonchi 6. Stridor
7. Diminished 8. Absent

5. Chest Tubes: Ø Type of Device ______ CM suction ______ ☐ Water Seal
Location ______ ☐ Tidaling ☐ Air leak ______ ☐ Straight Drainage
Character of Drainage ☐ Serous ☐ Sero Sanguinous ☐ Sanguinous ☐ Cloudy

Comment cont RR sat monitoring, etco2

CARDIOVASCULAR

☐ System Assessed, No Problem Identified TIME 0800 INIT JH

1. Heart Rhythm: ☒ NSR ☐ Sinus Brady ☒ Sinus Tachycardia c̄ fevers
☐ SVT ☐ Ventricular Dysrhythmia ☐ Junctional/Nodal
Pacemaker: ☐ Temporary ☐ Permanent ☐ Transvenous ☐ Epicardial
☐ Transcutaneous Mode ______ Rate ______
MA: AO ______ VO ______ Sensitivity A ______ V ______ AV Delay ______

2. Pulses: 0-Absent 1 Weak 2 Normal 3 Bounding
D-Doppler

| Pulse | B | R | F | DP | PT | Carotid |
|---|---|---|---|---|---|---|
| R | | 2 | | 2 | | |
| L | | 2 | | 2 | | |

CAPILLARY REFILL IN SECONDS

| CFT: RUE | <3 | LUE | <3 |
|---|---|---|---|
| RLE | <3 | LLE | <3 |

3. Heart Tones: ☐ Active Precordium ☒ Normal ☐ Murmur
☐ Gallup ☐ Rub ☐ Distant PMI ______

4. Edema: Ø ☐ Generalized ☐ Extremity ☐ Sacral ☐ Periorbital
☐ Other ______

5. Vascular Catheters:

| Line Type | Location | Date of Insertion | Device | Site Condition |
|---|---|---|---|---|
| PIV | (R) foot | 4/28/09 | Ø | SL flushes well |
| PIV | (L) AC | 4/27/09 | pump | infusing, site c/d/i |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PA catheter CM Insertion ______ CM Sheath ______

Comment cont. cardiac monitoring

INTEGUMENTARY

☐ System Assessed, No Problem Identified TIME 0800 INIT JH

1. Skin Turgor: ☐ Poor ☒ Taut
2. Skin Temperature: ☐ Cool ☐ Clammy ☐ Diaphoretic ☒ Warm ☐ Hot
3. Skin Color: ☐ Pale ☐ Mottled ☐ Cyanotic ☐ Jaundiced ☒ Pink ☐ Red/Flushed
4. Rash/Lesions: Location / Type ______
5. Pressure Ulcers: Site ______ Site in cm ______
Stage: ☐ Red Area ☐ II Partial Thickness ☐ III Full Thickness ☐ Penetration to Muscle

Incision/Wounds/Drains: location / Condition: skin c/d/i
Comment cont EEG monitoring

**BRADEN SCALE:**

Total Score: 20

| 15 - 16 | Low Risk |
|---|---|
| 12 - 14 | Mod Risk |
| ≤ 11 | Hi Risk |

GI / GU

☐ System Assessed, No Problem Identified TIME 0800 INIT JH

1. Abdominal Palpitation: ☒ Soft ☐ Firm ☐ Distended ☐ Tender ☐ Rigid ☐ Girth ______
2. Bowel Sounds: ☒ Active ☐ Hyperactive ☐ Hypoactive ☐ Absent
3. Gastric Tube: Type ND Size 8Fr Measures (cm) 40 ☐ To suction ☐ To gravity drainage ☒ Feeding (intermittent/continuous)
Type ______ Size ______ Measures (cm) ______ ☐ To suction ☐ To gravity drainage ☐ Feeding (intermittent/continuous)
drainage: color ______ guiac ______
4. Urine Catheter: Diapered ☐ External ☐ Suprapubic ☐ Indwelling size ______ Date Inserted ______
color ______ ☐ Cloudy ☐ Sediment ☐ Fruity Smell ☐ Foul Smell

Comment

| Section | Item | | | Init | Init |
|---|---|---|---|---|---|
| | Comments: Fent gtt, sch. chloral | | | JH | VRM |
| NUTRITION | Diet: SIM20 | | | JH | VRM |
| | Formula: | | | | |
| | ☐ NG ☒ ND/NJ | ☐ GT | ☐ po | JH | VRM |
| | ☒ Total feed | ☐ Needs assistance | ☐ Feeds self | JH | VRM |
| ALLERGIES | NKDA | | | JH | VRM |
| PSYCHOSOCIAL | ☒ Communications Barrier ETT | | | JH | [illegible] |
| | ☐ Unable to assess: | ☐ Pt. | ☐ Family | | |
| | ☐ Coping Ineffective: | ☐ Pt. | ☐ Family | | |
| | ☐ Fears: | | | | |
| | Pain | ☐ Pt. | ☐ Family | | |
| | Dying | ☐ Pt. | ☐ Family | | |
| | Being Alone | ☐ Pt. | ☐ Family | | |
| | ☐ Emotional State: | | | | |
| | Anxious | ☐ Pt. | ☒ Family | JH | |
| | Agitated | ☐ Pt. | ☐ Family | | |
| | Tearful/Crying | ☐ Pt. | ☐ Family | | |
| | Euphoric | | | | |
| | ☐ Parents: | ☐ Called | ☒ Visited | JH | RM |
| | ☐ Pt./Parent Teaching | ☐ Return demonstration | | | |
| | Comments: | | | | |
| NURSING CARE / PROCEDURES | TRANSDUCERS: level / calibrated | | | | |
| | Activity: ☒ total care | ☐ need assistance | ☐ self care | JH | VRM |
| | HOB: ☐ flat | ☒ 30° ☐ 45° | ☐ 90° | JH | VRM |
| | ☐ other | High Falls Precautions JH | | | VRM |
| | Bedrest / Turn Q2° | | | JH | VRM |
| | Chair / HELD | | | | |
| | Ambulate | ☐ on own | ☐ with assist | | |
| | ROM | | | | |
| | Protective Device / RELEASE Q2° | | | JH | VRM No [illegible] site |
| | Seizure Precautions | | | JH | VRM |
| | HYGIENE: Bath | | | | |
| | Oral Hygiene | | | JH | VRM |
| | Peri / Foley Care | | | JH | VRM |
| | Skin Care | | | JH | VRM |
| | Gastric Tube Care | | | | |
| | Feeding Bag Rinsed / Changed | | | JH | VRM |
| | Trach Care / Trach Changed | | | | |
| | Cervical Collar Site Care | | | | |
| | Line Tubing Changed / Injection Cap Changed | | | | |
| | Carrier System Changed | | | | |
| | IV Started / Location | | | | |
| | PREP for test or procedure | | | | |
| | x ray | | | | VRM |
| | other | | | | |
| | NURSING CARE > 16 hrs day | | | | VRM |

Left margin (partial, cut off): ...se BS Bilat. / RR Sat/monit... / INIT VR ☐ NO PROBLEM / ...R ...temp / ...ree / ...ree / INIT VRM ☐ NO PROBLEM / 20 / ...m pink / C/D/I / ...mous BEG / monitoring / INIT VM ☐ NO PROBLEM / soft / x4 / 3FR @40cm / continuous feeding / ...4 [illegible]

INOVA HOSPITAL FOR CHILDREN
**PICU Flowsheet**
page 4 of 4
RN JH
RN VRM
Date 4/29/09

W[redacted]
N[redacted]
04305493 4M M FH 37373672 G[redacted]08
PADM ADM 04/20/09 ACCT STRT



INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 1 of 4
Admit Date 4-20-09
OR Date
Height 65 Cm
Head Circ Infants under 2 yrs 43.5 Cm
Ett/Trach size cuffed/uncuffed
Taped at
When placed
Retaped on
RN
RN
Date 4/20/09
04305493
ADM 04/20/09
37373672
ACCT STRT
FH
5M M
PADM
BP
T ⊥ Art
V Λ Cuff
RESP °
HR •
Temp •
MABP
CUFF MEAN 83 77 73 77 76 73 56 64 62 86 78
PAIN SCALE (1-10) Ø Ø 2 4 4/0 0 Ø 4/0 0 Ø Ø
100.9 AX
102.3
100°
HEMODYNAMICS
CVP
LAP
PAS PAD
MPAP
PCWP
SVO2
EtCO2
O2 Sat 100 100 100 100 100 100 100 100 100 100 100 100 100
ICP
CPP
RIPS
MED0987

2400 0100 0200 0300 0400 0500 0600 0700 F°

104 103 102 101 100 99 98 97 96 95 94 93 92 91 90 89 88

2400 0100 0200 0300 0400 0500 0600 0700

250 200 150 100 50 0

2400 0100 0200 0300 0400 0500 0600 0700

## Nurses' Progress Notes

Nursing note outcome #1 pt on RA throughout shift, BS clear, no ↑ WOB, sats 100%. will monitor Resp status closely. #2 pt continues on phenobarb. Neurology at bedside this am, orders recieved to DC continuous EEG monitoring & to give loading dose of phenobarb (goal LVL >35) pt also transitioned to ND phenobarb c̄ IV loading dose given. No seizure activity noted, continuing Q 2° neuro checks. Moving all extremities but stiff movements noted. MRI c̄ Anesthesia scheduled for ~~[illegible]~~ 5/1 at 1200. Will continue to monitor neuro status closely. #3 pt fussy this shift. Chloral hydrate d/cd and ND valium started. pt calmed c̄ valium but easily arousable. FLACC scores 0-4 Plan: Monitor FLACC scores closely & cont. valium as ordered, JHuddleston RN

2030 - Plan for transfer to Peds Room 516 Parents informed - Report called to B. Armstrong RN @ 2100 - Tyl ~~[illegible]~~ given

2120 Transferred to Rm 516 - Y. Marlowe

MED0988

D = ... Previous 24°

I 760

O 809

Today's Weight 7.1 Kg

Yesterday's Weight 6.8 Kg

INOVA HOSPITAL FOR CHILDREN

PICU Flowsheet

page 1 of 4

RN

RN

Date 4/30/09

Assistive Devices
T - TEDS
A - Air Mattress
S - Splints
C - Compression Device

04305493 PADM 5M M ADM 04/20/09 FH 37373672 ACCT STRT

CAT #81213 / R5-01 • PKGS

**INTAKE**

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sim Adv | 40 | 40/80 | 40/120 | 40/160 | 40/200 | 40/240 | 40/280 | 40/320 | 320 | 40 | 40/80 | 40/120 | 40/160 | 40/200 | | |
| Med/Fluid | 3 | | 3/6 | | | | | | | 3 | | 13/16 | | | | |
| TOTAL INTAKE ➤ | | | | | | | | | 320 | | | | | | | |

**OUTPUT**

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| URINE | 115 | | 60 | 80/255 | 30/285 | | sleep | 110 | 285 | 80 | | 50/130 | | | | |
| STOOL/GUIAC | x1 | | x1 | | | | | x1 | | x1 | | | | | | |
| GASTRIC GUIAC/PH | | | | | | | | | | | | | | | | |
| CHEST TUBE | | | | | | | | | | | | | | | | |
| TOTAL OUTPUT ➤ | | | | | | | | | 285 | 635 | | | | | | |

**PRN MEDS**

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol | 100mg 0800 | | | | 100mg 1200 | | | | | 100mg 1600 | | | | | 100mg 2100 | |
| Fentanyl | | | 1130 14mcg | | | | | | | | | | | | | |
| HEPARIN FLUSH | | | | | | | | | | | | | | | | |

**MISC**

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 8 hr Total | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OXIMETRY PROBE SITE | Δ | | | | Δ | | | | | Δ | | | | | | |
| ACCUCHECK | | | | | | | | | | | | | | | | |
| HWE/C | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Position | R | R | S | S | held | held | L | L | | R | R | S | S | S | | |
| PROTECTIVE / SAFETY DEVICE | | | | | | | | | | | | | | | | |
| CIRC CHECK | ✓ | | ✓ | | ✓ | | ✓ | | | ✓ | | ✓ | | ✓ | | |
| ASSISTIVE DEVICE | | | | | | | | | | | | | | | | |

| tal | 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | 8 hr Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| TOTAL INTAKE > | | | | | | | | | |

| 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 24° |
| TOTAL OUTPUT > | | | | | | | | |

| Room Check | 0700 - 1900 | 1900 - 0700 |
|---|---|---|
| BAG / MASK / SUCTION / DRUG SHEET | ✓✓✓✓ JH | [illegible] |
| SIDE RAILS / BED POSITION | | [illegible] |
| Alarm Parameters ON | | [illegible] |

2 RN Signatures to verify IV Drip rates

| 0700 ❶ | ❷ |
|---|---|
| 1900 ❶ | ❷ |

MED0990

## VENTILATION

| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 | 0100 | 0200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $O_2$ SOURCE | RA | | | | | | | | | | | | | | | | | | |
| $FIO_2$ | | | | | | | | | | | | | | | | | | | |
| MODE | | | | | | | | | | | | | | | | | | | |
| RATE (IMV) | | | | | | | | | | | | | | | | | | | |
| TV | | | | | | | | | | | | | | | | | | | |
| PIP / PEEP | | | | | | | | | | | | | | | | | | | |
| PS | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| $SaO_2$ (PULSE OX) | | | | | | | | | | | | | | | | | | | |
| $ETCO_2$ | | | | | | | | | | | | | | | | | | | |
| pH | | | | | | | | | | | | | | | | | | | |
| $PCO_2$ | | | | | | | | | | | | | | | | | | | |
| $PO_2$ | | | | | | | | | | | | | | | | | | | |
| $HCO_2$ | | | | | | | | | | | | | | | | | | | |
| BE | | | | | | | | | | | | | | | | | | | |
| Art $O_2$ Sat (calc) | | | | | | | | | | | | | | | | | | | |
| Art $O_2$ Sat (dir.) | | | | | | | | | | | | | | | | | | | |
| VEN $O_2$ Sat (dir.) | | | | | | | | | | | | | | | | | | | |
| NEB/ CPT | | | | | | | | | | | | | | | | | | | |
| SUCTION | | | | | | | | | | | | | | | | | | | |
| | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 | 0100 | 0200 |

## GLASGOW COMA SCALE / NEURO

| CHILD/ADOLESCENT | INFANT | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | 2400 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EYES: 4 Spontaneous; 3 Open to Speech; 2 Open to Pain; 1 Remain Closed | | 4 | | 4 | | 4 | | 4 | | 4 | | 4 | | | | | | |
| VERBAL: 5 Oriented; 4 Confused; 3 Words; 2 Sounds Only; 1 No Response | Coos/Babbles; Irritable Cry; Cries to Pain; Moans to Pain | 4 | | 4 | | 4 | | 4 | | 4 | | 4 | | | | | | |
| MOTOR: 6 Obeys Commands; 5 Localizes Pain; 4 Withdraws; 3 Abnormal Flexion; 2 Extension; 1 No Response | Spontaneous Movement; Withdraws to Touch; Withdraws to Pain | 6 | | 6 | | 6 | | 6 | | 6 | | 6 | | | | | | |
| | SEDATED Y / N | N | | N | | Y | | Y | | Y | | Y | | | | | | |
| | TOTAL | 14 | | 14 | | 14 | | 14 | | 14 | | 14 | | | | | | |
| PUPILS: RIGHT: Size/Reaction | R | 4B | | 4B | | 4B | | 4B | | 4B | | 4B | | | | | | |
| PUPILS: LEFT: Size/Reaction | L | 4B | | 4B | | 4B | | 4B | | 4B | | 4B | | | | | | |
| Fontanelle: Fl - Flat Fu - Full B - Bulging T - Tense S - Sunken | | FL | | FL | | FL | | FL | | FL | | FL | | | | | | |
| ARMS: 5 Normal; 4 Slightly Weak; 3 Breaks Gravity; 2 Does Not Break Gravity; 1 Flicker; 0 No Motor Response | R | 4 | | 4 | | 4 | | 4 | | 4 | | 4 | | | | | | |
| | L | 4 | | 4 | | 4 | | 4 | | 4 | | 4 | | | | | | |
| LEGS: 5 Normal; 4 Slightly Weak; 3 Breaks Gravity; 2 Does Not Break Gravity; 1 Flicker; 0 No Motor Response | R | 4 | | 4 | | 4 | | 4 | | 4 | | 4 | | | | | | |
| | L | 4 | | 4 | | 4 | | 4 | | 4 | | 4 | | | | | | |
| COUGH / GAG | + OR - | ++ | | ++ | | ++ | | ++ | | ++ | | ++ | | | | | | |
| SUCK / SWALLOW | + OR - | ++ | | ++ | | ++ | | ++ | | ++ | | ++ | | | | | | |
| PAIN SCALE *circle method:* | | (cries) / faces / flacc / linear | | | | | | | | (cries) / faces / flacc / linear | | | | | | | | |

☐ **System Assessed, No Problem Identified** TIME 0800 INIT JH

MED0991

1. **Respirations:** ☐ Shallow ☐ Labored ☐ Nasal Flaring ☐ Stridor ☐ Grunting ☐ Periodic
**Retractions:** ☐ Substernal ☐ Subcostal ☐ Intercostal ☐ Supraclavicular

0500 0600 0700
Lab Values
TIME
Glu
BUN
Creat
Na
K
Cl
CO2
ICA
Hgb
Hct
Plts
WBC
PT
PTT
Glu / Ket
Sg / pH
bld / prot
0400 0500 0600 0700
s / flacc / linear
INIT ___ NO PROBLEM
Hours Post Dose
DRUG LEVELS
Phenobarb 31
PUPIL SCALE
B = Brisk S = Sluggish N = Non-react
1 2 3 4 5 6 7 8 mm
No Pain
LINEAR ANALOGUE PAIN SCALE
Excruciating Pain
0 1 2 3 4 5 6 7 8 9 10
0700-1900 INITIAL
1900-0700 INITIAL
04305493 5M M G 08
FH 37373672
ACCT STRT
ADM 04/20/09
PADM
Reference Range for unit based lab tests
Accucheck: 70-100 mg/dl
URINE DIPSTICK
glucose – negative
bilirubin – negative
ketone – negative
blood – negative
ph – 5.0-8.0
protein – neg.-trace
sp. gravity – 1.001-1.035
occult blood in stool – negative
occult blood in gastric content – negative
INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 3 of 4
Date 4/20/09
RN
RN
MED0992

RESPIRATORY

3. Secretions: Color ... Amount: Scant / Moderate / Copious
Consistency: ☒ Thin ☐ Thick ☐ Frothy ☐ Tenacious

4. Breath Sounds: Right side 5 Left side 5 — /agree/

1. Clear 2. Crackles 3. Inspiratory wheezes 4. Exp. wheezes 5. Rhonchi 6. Stridor 7. Diminished 8. Absent

5. Chest Tubes: ϕ Type of Device ____ CM suction ____ ☐ Water Seal
Location ____ ☐ Tidaling ☐ Air leak ____ ☐ Straight Drainage
Character of Drainage ☐ Serous ☐ Sero Sanguinous ☐ Sanguinous ☐ Cloudy — /ϕ Chest tube

Comment: cont RR, sat monitoring — continuous monitoring

CARDIOVASCULAR

☐ System Assessed, No Problem Identified TIME 0800 INIT JN

1. Heart Rhythm: ☒ NSR ☐ SVT ☐ Sinus Brady ☐ Ventricular Dysrhythmia ☐ Sinus Tachycardia ☐ Junctional/Nodal — /NSR/
Pacemaker: ☐ Temporary ☐ Transcutaneous ☐ Permanent ☐ Transvenous ☐ Epicardial
MA: AO ____ Mode ____ VO ____ Rate ____ Sensitivity A ____ V ____ AV Delay ____

2. Pulses: 0-Absent 1 Weak 2 Normal 3 Bounding D-Doppler — /agree/

| Pulse | B | R | F | DP | PT | Carotid |
|---|---|---|---|---|---|---|
| R | | 2 | | 2 | | |
| L | | 2 | | 2 | | |

CAPILLARY REFILL IN SECONDS

| CFT: RUE | <3 | LUE | <3 |
|---|---|---|---|
| RLE | <3 | LLE | <3 |

3. Heart Tones: ☐ Active Precordium ☐ Gallup ☒ Normal ☐ Rub ☐ Murmur ☐ Distant PMI ____ — /normal/

4. Edema: ϕ ☐ Generalized ☐ Other ____ ☐ Extremity ☐ Sacral ☐ Periorbital — /ϕ Edema

5. Vascular Catheters: — /agree/

| Line Type | Location | Date of Insertion | Device | Site Condition |
|---|---|---|---|---|
| PIV | (R) Foot | 4/28/09 | ϕ | Site c/d/i, flushes well |
| PIV | (L) AC | 4/27/09 | ϕ | Site c/d/i " " |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PA catheter CM Insertion ____ CM Sheath ____

Comment: cont. cardiac monitoring — /continuous monitoring

INTEGUMENTARY

☐ System Assessed, No Problem Identified TIME 0800 INIT JN

SSS 22

1. Skin Turgor: ☐ Poor ☒ Taut
2. Skin Temperature: ☐ Cool ☐ Clammy ☐ Diaphoretic ☒ Warm ☐ Hot
3. Skin Color: ☒ Pale ☐ Mottled ☐ Cyanotic ☐ Jaundiced ☐ Pink ☐ Red/Flushed
4. Rash/Lesions: Location / Type ____
5. Pressure Ulcers: Site ____ Site in cm ____
Stage: ☐ Red Area ☐ II Partial Thickness ☐ III Full Thickness ☐ Penetration to Muscle

Incision/Wounds/Drains: location / Condition: Skin c/d/i

Comment: cont EEG completed @1100

BRADEN SCALE:

Total Score: /

| 15 - 16 | Low Risk |
|---|---|
| 12 - 14 | Mod Risk |
| ≤ 11 | Hi Risk |

GI / GU

☐ System Assessed, No Problem Identified TIME 0800 INIT JN

1. Abdominal Palpitation: ☒ Soft ☐ Firm ☐ Distended ☐ Tender ☐ Rigid ☐ Girth ____ — /agree/
2. Bowel Sounds: ☒ Active ☐ Hyperactive ☐ Hypoactive ☐ Absent
3. Gastric Tube: Type ND Size 8F Measures (cm) 40 ☐ To suction ☐ To gravity drainage ☒ Feeding (intermittent/continuous)
Type ____ Size ____ Measures (cm) ____ ☐ To suction ☐ To gravity drainage ☐ Feeding (intermittent/continuous)
drainage: color ____ guiac ____
4. Urine Catheter: Diapered ☐ External ☐ Suprapubic ☐ Indwelling size ____ Date Inserted ____
color ____ ☐ Cloudy ☐ Sediment ☐ Fruity Smell ☐ Foul Smell

Comment

| Section | Item | Init | |
|---|---|---|---|
| NEURO | Comments: prn fentanyl | JH | |
| NUTRITION | Diet: TF | JH | |
| | Formula: Similac 20 | JH | |
| | ☐ NG ☒ (ND)NJ ☐ GT ☐ po | JH | |
| | ☒ Total feed ☐ Needs assistance ☐ Feeds self | JH | |
| ALLERGIES | NKDA | JH | |
| PSYCHOSOCIAL | ☐ Communications Barrier | | |
| | ☒ Unable to assess: ☐ Pt. ☐ Family | | |
| | ☐ Coping Ineffective: ☐ Pt. ☐ Family | | |
| | ☐ Fears: | | |
| | Pain ☐ Pt. ☐ Family | | |
| | Dying ☐ Pt. ☐ Family | | |
| | Being Alone ☐ Pt. ☐ Family | | |
| | ☐ Emotional State: | | |
| | Anxious ☐ Pt. ☒ Family | JH | |
| | Agitated ☐ Pt. ☐ Family | | |
| | Tearful/Crying ☐ Pt. ☐ Family | | |
| | Euphoric | | |
| | ☐ Parents: ☐ Called ☒ Visited | JH | |
| | ☐ Pt./Parent Teaching ☐ Return demonstration | | |
| | Comments: | | |
| NURSING CARE / PROCEDURES | TRANSDUCERS: level / calibrated | | |
| | Activity: ☒ total care ☐ need assistance ☐ self care | JH | |
| | HOB: ☐ flat ☒ 30° ☐ 45° ☐ 90° | JH | |
| | ☐ other High Falls Precautions | JH | |
| | Bedrest / Turn Q2° | JH | |
| | Chair (HELD) | JH | |
| | Ambulate ☐ on own ☐ with assist | | |
| | ROM | | |
| | Protective Device / RELEASE Q2° | | |
| | Seizure Precautions | | |
| | HYGIENE: Bath | | |
| | Oral Hygiene | JH | |
| | Peri / ~~Foley~~ Care | JH | |
| | Skin Care | JH | |
| | ~~Gastric~~ Tube Care ND | JH | |
| | Feeding Bag ~~Rinsed~~ / Changed | JH | |
| | Trach Care / Trach Changed | | |
| | Cervical Collar Site Care | | |
| | Line Tubing Changed / Injection Cap Changed | | |
| | Carrier System Changed | | |
| | IV Started / Location | | |
| | PREP for test or procedure | | |
| | x ray | | |
| | other | | |
| | NURSING CARE > 16 hrs day | | |

_ INIT____ ☐ NO PROBLEM

_ INIT____ ☐ NO PROBLEM

_ INIT____ ☐ NO PROBLEM

INOVA HOSPITAL FOR CHILDREN
PICU Flowsheet
page 4 of 4
RN JH
RN [illegible]
Date 4/30/09

W[redacted]
N[redacted]
04305493 5M M
PADM ADM 04/20/09
FH 37373672 G [redacted] /08
ACCT STRT

1SIGN

| Date | Initials | Printed Full Name | Signature Including Title |
|---|---|---|---|
| 4/20 | KB | Kim Brickhouse | K Brickhouse RN |
| 4/20 | SJR | Suzanna Joy Ramsey | SJ Ramsey RN |
| 4/20 | MKB | Mary-Kate Butterton | MK Butterton RN |
| 4/21 | CC | CARA CALDERON | Cara Calderon CCLS |
| 4/21/09 | KT | Kristin Taylor | K Taylor RN |
| 4/22/09 | LZ | Lynn Zuercher | Lynn Zuercher RN |
| 4/22/09 | LAE | Lura A Edwards | LA Edwards |
| 4/23/09 | SPJ | Savannah Jenkins | [illegible] |
| 4/23/09 | KS | Kristen Self | Kristen Self RN |
| 4.24.09 | AW | Angela Wills | Angela Wills |
| 4/24/09 | SK | Sarah Kelchlin | [illegible] |
| 4/25/09 | DW | Danielle Williams | D Williams RN |
| 4/28/09 | KA | Karen Amico | Karen Amico RN |
| 4/29/09 | JH | J Huddleston RN | J Huddleston RN |
| 4/30/09 | VM | Veronica Morlock | Veronica Morlock |
| 5/1/09 | kf | Kathy Funk | Kathy Funk RN |
| 5/1/09 | HS | Holly Senn | Holly Senn, CCLS |
| 5/1/09 | LK | LeeAnn Knight | LeeA Knight RN |
| 5/2 | SS | Sarah Stilling | Sarah Stilling RN |
| 5/3/09 | BA | Bonnelle Armstrong | [illegible] |
| 5-4-09 | TV | Tara Vanne | Tara Vanne RN |
| 5.4.09 | SR | Susan Raeder | S Raeder RN |
| 5/5/09 | RK | Rebecca Kuo | Rebecca Kuo, RN |
| 5/6/09 | JW | Jessica Wagner | JWagner RN |

PATIENT IDENTIFICATION

04305493 4M M FH 37373672
PADM ADM ACCT STRT

INOVA HEALTH SYSTEM
**SIGNATURE LIST**

CAT #81795 / R103008
PKGS OF 100

MR 1-20 MED0995

**DISCHARGE SUMMARY**
W[redacted]N[redacted]
Document ID: 140009
Admit Date: 04/20/2009
Discharge Date: 05/08/2009

Inova Fairfax Hospital
Inova Fairfax Hospital for Children
Inova Heart and Vascular Institute
3300 Gallows Road
Falls Church, VA 22042

INFECTIOUS DISEASE: Blood and urine cultures were obtained on the day of admission and were negative. In the PICU, patient spiked a temperature to 101.3 and sputum cultures showed pan sensitive Staph aureus and Strep pneumonia. The patient was started on IV ceftriaxone and continued a 7-day course with the final 5 days completed with Bactrim once his IV came out. The patient had no further fevers and remained afebrile throughout the remainder of his admission. He showed no additional signs or symptoms of infection through the remainder of his admission.

FEN/GASTROINTESTINAL: The patient was n.p.o. while intubated and maintained with D5 normal saline at maintenance. On April 23, a nasal duodenal tube was placed and he was started on goal feeds. Upon transfer out of the PICU onto the general pediatric floor, the patient had a speech eval with a swallow study to eval for ability to take p.o. feeds. Patient did well with no evidence of aspiration and p.o. feeds were slowly started. The patient did well with p.o. feeds and at time of discharge was tolerating full p.o. ad lib of Similac 20.

HEMATOLOGY: Patient was found to have an anemia in the PICU with an H and H of 7 and 22. Once enteral feeds were started the patient was started on elemental iron with improvement in his H and H. The patient did not require transfusion during this admission and remained on p.o. iron.

_____: Speech and PT, OT were consulted on April 22, to assess developmental status post injury. The patient was followed closely by PT/OT who reported daily improvement of his motor skills and interaction. He will have close followup, as well as outpatient speech, PT/OT upon discharge.

FACT: Homicide detectives were involved on the date of admission. CPS was called from the emergency department and a police investigation obtained a confession from the babysitter who shook the baby. Dr. Hauda from the child abuse team was consulted and skeletal survey was done. A skeletal survey on April 22 was negative for fracture, as well as a repeat skeletal survey on May 21. The patient will be followed by the FACT team as an outpatient.

SOCIAL: Social work was involved and psychology was consulted to help both parents deal with the injuries. Mom and dad remained at bedside throughout the admission and showed good coping skills.

FINAL DIAGNOSES:
Seizures, subdural hematoma, bilateral retinal hemorrhages, nonaccidental trauma.

CONDITION ON DISCHARGE:
Stable and improved.

DISCHARGE MEDICATIONS:
1. Phenobarbital 25 mg p.o. q.12 hours.
2. DIASTAT 1 gel q.12 hours p.r.n.
3. Methadone 0.5 mg p.o. q.12 hours. and a weaning schedule
4. Valium 0.45 mg p.o. q.8 hours. and a weaning schedule
5. Fer-In-Sol 1 mL p.o. daily.

Name: W[redacted]N[redacted]
MRN: 4305493
Account: 37373672
DOB: [redacted]2008
Page 3 of 4

CHART COPY

INOVA HEALTH SYSTEM
DISCHARGE SUMMARY

MED1003

W[redacted] N[redacted] G
DOB[redacted]2008 M4M
Wt/Ht: 6.8 Kg
MedRec: 04305493
AcctNum: 37373672

# INOVA FAIRFAX HOSPITAL PRIMARY

Patient Data

**Complaint:** seizures
**Triage Time:** Mon Apr 20, 2009 15:19
**Urgency:** 1–ESI I
**Bed:** PEDS PEDS
**Initial Vital Signs:** 4/20/2009 15:21

**ED Attending:** Thornton, MD, Dawn
**Primary RN:** Welling, RN, Tracy

**BP:** **R:**28 **O2 sat:**100 on 100%
**P:**160 **T:** **Pain:**

## AMBULANCE (15:10 LBS)

*NOTES:* Age 5m, male, Pulse: 160, O2 sat: 99, **appeared to be choking seizing,bagging but assistein 3.3 rectal valium dexi 254. Babysitter gave rescue breaths and compressions. decerebrate posturing.**

## TRIAGE (Mon Apr 20, 2009 15:19 JONI)

*PATIENT:* NAME: N[redacted] W[redacted], AGE: 100, GENDER: male, DOB:[redacted] 1908. (Mon Apr 20, 2009 15:19 JONI)
*PROVIDERS:* TRIAGE NURSE: Joan Grand, RN. (Mon Apr 20, 2009 15:19 JONI)
*ADMISSION:* URGENCY: 1–ESI I, AMBULANCE: ALS, TRANSPORT: 405M, DEPT: IFH MAIN EMERGENCY DEPT, BED: SOUTH TRAUMA–01. (Mon Apr 20, 2009 15:19 JONI)
*COMPLAINT:* COMPLAINT: seizures. (Mon Apr 20, 2009 15:19 JONI)
*ASSESSMENT:* Triage Assessment performed. (15:21 JONI)
*VITAL SIGNS:* Pulse: 160, Resp: 28, O2 sat: 100, 100%. (15:21 JONI)

## KNOWN ALLERGIES

Nkda.

## CURRENT MEDICATIONS (15:19 JONI)

*None*

## VITAL SIGNS

*VITAL SIGNS:* Pulse: 160, Resp: 28, O2 sat: 100 on 100%, Time: 4/20/2009 15:21. (15:21 JONI)
BP: 92/57, Pulse: 131, Resp: 27, O2 sat: 100 on 100, Time: Mon Apr 20, 2009 15:27. (15:27 JONI)
BP: 103/71, Pulse: 156, Resp: bvm, O2 sat: 100, Time: 4/20/2009 15:30. (15:31 JONI)
BP: 101/63, Pulse: 154, Resp: bvm, O2 sat: 100, Time: 4/20/2009 15:32. (15:36 JONI)
BP: 108/67, Pulse: 154, Resp: bvm, O2 sat: 100, Time: 4/20/2009 15:34. (15:37 JONI)
BP: 101/60, Pulse: 148, Resp: 26, Temp: 95.9, O2 sat: 100, Time: 4/20/2009 15:34. (15:41 JONI)
BP: 88/64, Pulse: 148, Resp: 28, O2 sat: 100, Time: 4/20/2009 15:34. (15:49 JONI)
BP: –89–/–49–, Pulse: 165, Resp: 28, Temp: 35.5, O2 sat: 100, Time: Mon Apr 20, 2009 16:56. (17:07 TWEL)

## PAST MEDICAL HISTORY (15:30 S041)

*PEDIATRIC HISTORY:* No past medical history.
*PED MALE SURGICAL HISTORY:* Patient has had no previous surgical history.
*PED SOCIAL HISTORY:* Patient attends Daycare, Lives at home with parents.
*NOTES:* Nursing records reviewed.

## NURSING ASSESSMENT: HEAD–TO–TOE (15:57 JONI)

*TIME ASSESSED:* **This is a post–resuscitation assessment. Refer to Imaging section for the initial assessment on the trauma or cardiac flowsheet.**

**INOVA FAIRFAX HOSPITAL**
**PRIMARY**

W[redacted]N[redacted]G
DOB[redacted]/2008 M4M
Wt/Ht: 6.8 Kg
MedRec: 04305493
AcctNum: 37373672

## HPI TRAUMA

*CHIEF COMPLAINT:* Patient presents for the evaluation of **?"choking/seizing"**. (15:29 S041)
*HISTORIAN:* History obtained from parent, History obtained from EMS. (15:29 S041)
*MECHANISM:* Complaint occurred by **unknown**. (15:29 S041)
*OCCURRED:* Onset was **this PM, Patient currently has symptoms**, Occurred at daycare. (15:29 S041)
*NOTES:* **4 mo M with no significant PMH BIBA p/w questionable choking/sz onset this PM while pt was at daycare. Per EMS, babysitter gave a few rescue breaths and comrpressions. +sz. A)patent B)BBS C)BP:102/58, HR:165 D)GCS=3 E)yes.** (15:57 S041)

## ROS (18:13 KOOL)

*CONSTITUTIONAL PED:* No fever, No fussiness.
*RESPIRATORY PED:* No cough.
*GI PED:* No vomiting, No stool changes.
*NOTES:* All systems were reviewed and are negative for acute complaints except as described above.

## PHYSICAL EXAM (18:21 KOOL)

*CONSTITUTIONAL PED:* Triage vital signs reviewed, Appears well hydrated, **actively seizing**.
*HEAD PED:* Atraumatic, Normocephalic, **Fontanel mildly bulging**.
*EYES:* **eyes deviated to RIGHT, pupils sluggish to react.**
*ENT PED:* Ears and nose normal to inspection, Oropharynx normal, Tympanic membranes normal.
*NECK PED:* Trachea midline, No masses.
*RESPIRATORY CHEST PED:* Breath sounds clear and equal bilaterally, **mild suprasternal retractions**.
*CARDIOVASCULAR PED:* RRR, Heart sounds normal.
*ABDOMEN PED:* Abdomen is soft, No distension, No masses.
*GENITOURINARY MALE PED:* External genitalia normal.
*BACK:* Normal inspection.
*UPPER EXTREMITY:* Inspection normal, No edema.
*LOWER EXTREMITY:* Inspection normal, No edema.
*NEURO PED:* **Pt actively seizing.**
*SKIN:* Skin is dry, Skin is normal color.
*LYMPHATIC:* No adenopathy in neck.

## INTUBATION (15:46 CDAR)

*INTUBATION:* Emergent consent implied, Performed by resident, I was present for the entire procedure, Patient's airway is patent, **Patient being ventilated with bag valve mask, Airway suctioned**, Indication for intubation is respiratory failure, Oral–laryngoscopy intubation used, Patient sedated with benzodiazepine, Paralytic used: vecuronium, Patient was pre–oxygenated, Size of tube used is 3.5, Tube is cuffed, in 1 attempt, Tube visualized through cords, Breath sounds equal after intubation, OGT placed, Qualitative end tidal CO2 reading taken and confirms endotracheal intubation, Breath sounds heard bilaterally, no gurgling heard over epigastrium, Chest x–ray ordered to confirm placement, Patient tolerated procedure well, **Dr. Thorton at bedside for entire procedure**.

## NGT/OGT (15:48 CDAR)

*TIME OUT:* Attending Name: Thorton.
*NGT/OGT:* Emergent consent implied, Performed by resident, I was present for the entire procedure, Nasogastric tube placement indicated for airway management, in the oropharynx, Description of output: Clear secretions returned, NG tube inserted after 1 attempt, Tube was clamped, No complications noted, Patient tolerated

**INOVA FAIRFAX HOSPITAL**
**PRIMARY**

[redacted]
DOB: [redacted] 2008 M4M
Wt/Ht: 6.8 Kg
MedRec: 04305493
AcctNum: 37373672

procedure well.

## DOCTOR NOTES

*TIME:* Time: 1520 . (16:07 KOOL)
Time: 1535. (16:09 KOOL)
Time: approx 1530. (16:32 JKUN)
Time: approx 1550. (16:38 JKUN)
Time: approx 1620. (16:41 JKUN)
Time: approx 1800. (19:18 KOOL)

*TEXT:* **Pt expiditiously intubated for periods of apnea with 1 episode of brief brady. Intubation supervised in entirety by attending. No complications.** (15:58 KOOL)
**Head CT results d/w radiologist. +SDH.** (16:04 KOOL)
**Upon arrival pt with eyes deviated to RIGHT, generalized tonic activity, unresponsive.** (16:07 KOOL)
**After first versed dose pt with cessation of seizures, still unresponsive.** (16:09 KOOL)
**NSurg here. Wants Fosphenytoin load.** (16:27 KOOL)
**pt stopped seizing after first dose of versed. parents updated on patients condition.** (16:32 JKUN)
**after intubation pt had equal and BL breath sounds with good chest rise. pt's pupils equal and reactive. ant fontanelle bulging. heart RRR, pulse–140's, (+)femoral pulses BL, well perfused.** (16:38 JKUN)
**parents notified about CT results they understand that there will be a CPS case to r/o abuse.** (16:41 JKUN)
**reviewed CXR ETT in good place.** (16:45 JKUN)
**Placement of OGT supervised by attending.** (19:17 KOOL)
**d/w homicide detective.** (19:18 KOOL)

*CRITICAL CARE:* Time: **Between 75 and 104 minutes, Total number of minutes spent in direct and indirect care of this critically ill patient excluding procedure time.** (19:18 KOOL)

*PROVIDERS:* First MD: Thornton. (15:20 S041)

*D/W:* Discussed with appropriate consultants, Discussed this case with Dr. Nsurg, Neurosurgery, **Agrees to see in ED.** (16:26 KOOL)
Discussed this case with Dr. Whitmer, the primary care physician, **PMD informed of pt's status and admission to PICU.** (19:16 KOOL)

## DISPOSITION (18:06 TACK)

*PATIENT:* LAST LOCATION: PEDS, Disposition: Admit to PICU, Condition: 40 Critical, Remove from ER.

## DIAGNOSIS (17:42 KOOL)

*FINAL:* PRIMARY: **Subdural hemorrhage ˘ traumatic**, ADDITIONAL: **Seizure.**

## PRESCRIPTION: No recorded prescriptions

## IMAGING

*H AND P/PHYSICIAN CONSULTATION DOCUMENTS:* Image captured from scanner. (17:08 VHIL)
*EMS RECORD:* Image captured from scanner. (18:50 VHIL)
Page 002 addedImage captured from scanner. (18:50 VHIL)
Page 003 addedImage captured from scanner. (18:50 VHIL)
Page 004 addedImage captured from scanner. (18:50 VHIL)
Page 005 addedImage captured from scanner. (18:50 VHIL)